**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

AMY MOORE, et al.

*Plaintiffs*,

-against-

HOWARD RUBIN, et al.,

*Defendants*.

---

Case No.: 1:17-CV-06404
(BMC)(CLP)

**NOTICE OF APPEAL**

---

Notice is hereby given that DEFENDANT HOWARD RUBIN in the above-named action appeals to the United States Court of Appeals for the Second Circuit from (i) the Judgment entered in this action on the 12th Day of April, 2022 (ECF No. 407) ("the Judgment"), which ordered and adjudged that Plaintiffs Amy Moore, Mia Lytell, Natasha Tagai, Emma Hopper, Brittany Hassen, and Brittany Reyes shall have judgment against Defendant Rubin in certain amounts of compensatory and punitive damages; (ii) the Order entered in this action on the 19th Day of March, 2024 (ECF No. 425) ("the Order"), which denied Defendant Rubin's Motion Pursuant to Federal Rules of Civil Procedure 50(b) and 59 for Judgment as a Matter of Law or, in the Alternative, for a New Trial, filed on May 11, 2022 (ECF No. 413); and (iii) any and all orders and rulings that were adverse to Defendant and are merged within the aforementioned Judgment and Order.  This Notice is timely pursuant to the Court's March 27, 2024 Order extending Defendant Rubin's time to appeal under Rule 58(e) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       July 26, 2024

Respectfully Submitted,

DECHERT LLP

By: */s/ Edward A. McDonald*

Edward A. McDonald
Benjamin E. Rosenberg
May K. Chiang
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.: (212) 698-3500
Fax: (212) 698-3599


SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP

Michael J. Gilbert
Katherine Anne Boy Skipsey
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Tel.: (212) 653-8700
Fax: (212) 653-8701

LITIGATION.18519165.1

APPEAL,ACO,CASREF,MEDIATION

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:17−cv−06404−BMC−CLP

| | |
|---|---|
| Lawson et al v. Rubin et al | Date Filed: 11/02/2017 |
| Assigned to: Judge Brian M. Cogan | Date Terminated: 04/13/2022 |
| Referred to: Chief Magistrate Cheryl L. Pollak | Jury Demand: Plaintiff |
| Demand: $9,000,000 | Nature of Suit: 470 Racketeer/Corrupt |
| Cause: 18:1962 Racketeering (RICO) Act | Organization |
| | Jurisdiction: Federal Question |

**Mediator**

**Marjorie Berman**
represented by **Marjorie Berman**
Krantz & Berman LLP
747 Third Avenue, 32nd Floor
New York, NY 10017
PRO SE

**Movant**

**Robert Aloi**
represented by **Robert Aloi**
15480 Annapolis Road
#202
Bowie, MD 20715
301−938−5648
PRO SE

**Plaintiff**

**Hillary Lawson**
*TERMINATED: 10/30/2019*
represented by **John G. Balestriere**
Balestriere Fariello
225 Broadway, Suite 2900
New York, NY 10007
(212) 374−5401
Fax: (212) 208−2613
Email: john.balestriere@balestrierefariello.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
Reinhardt Savic Foley LLP
200 Liberty St FL 27
New York, NY 10281−1076
646−357−3239
Fax: 646−776−5743
Email: bgrossman@rsf−llp.com
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**David A. Forrest**
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10028
212−407−4877
Fax: 212−202−5408
Email: dforrest@loeb.com
*TERMINATED: 11/27/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
Jaspan Schlesinger LLP
300 Garden City Plaza
Ste 5th Floor

Garden City, NY 11530
516–393–8275
Fax: 212–208–2613
Email: jmcneil@jaspanllp.com
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
Balestriere Fariello
225 Broadway
29th Floor
New York, NY 10007
212–374–5421
Fax: 212–208–2613
Email: matt@schmidtlc.com
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristina Hallman**
*TERMINATED: 10/30/2019*

represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**David A. Forrest**
(See above for address)
*TERMINATED: 11/27/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Caldwell**
*TERMINATED: 12/04/2018*

represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Moira Hathaway**
*TERMINATED: 10/30/2019*

represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**David A. Forrest**
(See above for address)
*TERMINATED: 11/27/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Macey Speight**
*TERMINATED: 10/30/2019*

represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**David A. Forrest**
(See above for address)
*TERMINATED: 11/27/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosemarie Peterson**
*TERMINATED: 10/30/2019*

represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**David A. Forrest**
(See above for address)
*TERMINATED: 11/27/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Lauren Fuller**                    represented by   **John G. Balestriere**
*TERMINATED: 10/30/2019*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Brian L Grossman**
                                                     (See above for address)
                                                     *TERMINATED: 04/08/2019*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **David A. Forrest**
                                                     (See above for address)
                                                     *TERMINATED: 11/27/2019*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jillian Lee McNeil**
                                                     (See above for address)
                                                     *TERMINATED: 04/08/2019*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Matthew William Schmidt**
                                                     (See above for address)
                                                     *TERMINATED: 03/04/2024*
                                                     *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Amy Moore**                        represented by   **Mandeep S Minhas**
                                                     Balestriere Fariello
                                                     225 Broadway
                                                     29th Floor
                                                     New York, NY 10007
                                                     646–434–1169
                                                     Email: mminhas@scott–scott.com
                                                     *TERMINATED: 01/05/2024*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Matthew William Schmidt**
                                                     (See above for address)
                                                     *TERMINATED: 03/04/2024*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **John G. Balestriere**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Mia Lytell**                              represented by    **Mandeep S Minhas**
                                                              (See above for address)
                                                              *TERMINATED: 01/05/2024*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Matthew William Schmidt**
                                                              (See above for address)
                                                              *TERMINATED: 03/04/2024*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **John G. Balestriere**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natasha Tagai**                           represented by    **Mandeep S Minhas**
                                                              (See above for address)
                                                              *TERMINATED: 01/05/2024*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Matthew William Schmidt**
                                                              (See above for address)
                                                              *TERMINATED: 03/04/2024*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **John G. Balestriere**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emma Hopper**                             represented by    **Mandeep S Minhas**
                                                              (See above for address)
                                                              *TERMINATED: 01/05/2024*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Matthew William Schmidt**
                                                              (See above for address)
                                                              *TERMINATED: 03/04/2024*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **John G. Balestriere**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Hassen**                         represented by    **Mandeep S Minhas**
                                                              (See above for address)
                                                              *TERMINATED: 01/05/2024*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Matthew William Schmidt**
                                                              (See above for address)
                                                              *TERMINATED: 03/04/2024*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **John G. Balestriere**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Reyes**                          represented by    **Mandeep S Minhas**
                                                              (See above for address)

*TERMINATED: 01/05/2024*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**John G. Balestriere**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Howard Rubin**                    represented by    **Andrew J. Weinstein**
The Weinstein Law Firm PLLC
800 Third Avenue
18th floor
New York, NY 10022
212–582–8900
Fax: 212–582–8989
Email: aweinstein@twlf.com
*TERMINATED: 11/22/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Edward Rosenberg**
Dechert LLP
1095 Avenue Of The Americas
New York, NY 10036
212–698–3500
Fax: 212–698–0495
Email: benjamin.rosenberg@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward A. Mc Donald**
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
212–698–3672
Fax: 212–649–8777
Email: edward.mcdonald@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Gilbert**
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
212–653–8700
Email: MGilbert@sheppardmullin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrie A. Dnistrian**
The Weinstein Law Firm PLLC
800 Third Ave
18th Fl
New York, NY 10022
212–582–8900
Fax: 212–582–8989
Email: bdnistrian@twlf.com

*TERMINATED: 11/22/2017*
*ATTORNEY TO BE NOTICED*

**Benjamin Morgan Rose**
Dechert LLP
1095 Avenue Of The Americas
New York, NY 10036
(212)698–3500
Fax: (212)698–3599
Email: ben.rose@dechert.com
*TERMINATED: 03/17/2021*
*ATTORNEY TO BE NOTICED*

**Christine Isaacs**
Dechert, LLP
1095 Avenue of the Americas
New York, NY 10036
212–641–5675
Email: CIsaacs@kelleydrye.com
*ATTORNEY TO BE NOTICED*

**Katherine Anne Boy Skipsey**
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
212–896–0629
Email: kboyskipsey@sheppardmullin.com
*ATTORNEY TO BE NOTICED*

**May K Chiang**
Dechert LLP
1095 Avenue Of The Americas
New York, NY 10036
212–649–8734
Fax: 212–698–3599
Email: may.chiang@dechert.com
*ATTORNEY TO BE NOTICED*

**Nicole C Cemo**
Dechert, LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
213–808–5759
Email: ncemo@bakerlaw.com
*TERMINATED: 03/03/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer Powers**                     represented by   **Douglas E. Grover**
Schlam Stone & Dolan LLP
26 Broadway
19th floor
New York, NY
212–344–5400
Fax: 212–344–7677
Email: dgrover@schlamstone.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Eilender**
Schlam, Stone & Dolan
26 Broadway
18th Floor

New York, NY 10004
212–344–5400
Fax: 212–344–7677
Email: jme@schlamstone.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Angela Li**
Schlam Stone & Dolan LLP
26 Broadway
19th Floor
New York, NY 10004
917–929–5453
Email: ali@schlamstone.com
*ATTORNEY TO BE NOTICED*

**Jolene F. Lavigne–Albert**
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
212–344–5400
Fax: 212–344–7677
Email: jlavignealbert@schlamstone.com
*ATTORNEY TO BE NOTICED*

**Jonathan Mazer**
Schlam Stone & Dolan LLP
26 Broadway
Floor #19
New York, NY 10004
212–344–5400
Fax: 212–344–7677
Email: jmazer@mazerpllc.com
*ATTORNEY TO BE NOTICED*

**Niall Diarmuid O'Murchadha**
Lundin PLLC
405 Lexington Avenue
Ste 26th Floor
New York, NY 10174
212–541–2402
Email: nomurchadha@lundinpllc.com
*TERMINATED: 10/25/2021*
*ATTORNEY TO BE NOTICED*

**Richard Henry Dolan**
Schlam Stone & Dolan
26 Broadway
New York, NY 10004
(212) 344–5400
Fax: (212) 344–7677
Email: rhd@schlamstone.com
*ATTORNEY TO BE NOTICED*

**Yifat V. Schnur**
Yifat Schnur Esq. LLC
NJ
22 Prescott Street
Edison, NJ 08817
347–268–5347
Email: yvlslaw@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yifat Schnur**
*TERMINATED: 08/20/2018*

represented by **Eric R Breslin**
Duane Morris LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, NJ 07102
973–424–2063
Fax: 973–424–2001
Email: erbreslin@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald C. Minkoff**
Frankfurt Kurnit Klein & Selz, P.C.
28 Liberty Street
New York, NY 10005
212–705–4837
Email: rminkoff@fkks.com
*TERMINATED: 11/20/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J.D. McFerrin–Clancy**
John J.D. McFerrin–Clancy, Esq.
45 Rockefeller Plaza
Suite 2000
New York, NY 10111
(646)771–7377
Fax: (212)332–3401
Email: jmc@mcferrin–clancy.com
*ATTORNEY TO BE NOTICED*

**Melissa S. Geller**
Duane Morris LLP
One Riverfront Plaza
1540 Broadway
New York, NY 10036–4086
212–692–1077
Fax: 973–556–1562
Email: msgeller@duanemorris.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephanie Shon**
*TERMINATED: 08/20/2018*

represented by **Dawn Marie Wilson**
Ganfer & Shore LLP
Attorneys at Law
360 Lexington Avenue
New York, NY 10017
212–922–9250
Fax: 212–922–9335
Email: dwilson@bsk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Arthur Berman**
Ganfer & Shore, LLP
360 Lexington Avenue
14th Floor
New York, NY 10017
212–922–9250
Fax: 212–922–9335
Email: mberman@bsk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Icarus, LLC**
*TERMINATED: 08/20/2018*

    represented by  **Marc Steven Gottlieb**
Law Office of Marc S. Gottlieb
61 Broadway
Suite 1060
New York, NY 10006
646–961–3210
Fax: 866–294–0074
Email: beilttog@yahoo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Doe Company**
*TERMINATED: 11/12/2019*

    represented by  **Doe Company**
120 East End Avenue
Apt. 2A
New York, NY 10028
PRO SE

**Defendant**

**John Doe**
*TERMINATED: 08/20/2018*

    represented by  **John Doe**
PRO SE

**Interested Party**

**Pravati Investment Fund IV, LP**

    represented by  **Peter Bradley Foster**
Foster & Wolkind, P.C.
80 Fifth Avenue
Suite 1401
New York, NY 10011
212–691–2313
Fax: 212–691–2459
Email: pfoster@foster–wolkind.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Howard Rubin**

    represented by  **Andrew J. Weinstein**
(See above for address)
*TERMINATED: 11/22/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Edward Rosenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward A. Mc Donald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Gilbert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrie A. Dnistrian**
(See above for address)
*TERMINATED: 11/22/2017*
*ATTORNEY TO BE NOTICED*

**Benjamin Morgan Rose**
(See above for address)

*TERMINATED: 03/17/2021*
*ATTORNEY TO BE NOTICED*

**Katherine Anne Boy Skipsey**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Stephanie Caldwell**                    represented by    **John G. Balestriere**
*TERMINATED: 12/04/2018*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Brian L Grossman**
                                                            (See above for address)
                                                            *TERMINATED: 04/08/2019*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew William Schmidt**
                                                            (See above for address)
                                                            *TERMINATED: 03/04/2024*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Kristina Hallman**                      represented by    **John G. Balestriere**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Brian L Grossman**
                                                            (See above for address)
                                                            *TERMINATED: 04/08/2019*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew William Schmidt**
                                                            (See above for address)
                                                            *TERMINATED: 03/04/2024*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Hillary Lawson**                        represented by    **John G. Balestriere**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Brian L Grossman**
                                                            (See above for address)
                                                            *TERMINATED: 04/08/2019*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew William Schmidt**
                                                            (See above for address)
                                                            *TERMINATED: 03/04/2024*
                                                            *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Jennifer Powers**                       represented by    **Douglas E. Grover**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Jeffrey M. Eilender**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jolene F. Lavigne–Albert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Mazer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Niall Diarmuid O'Murchadha**
(See above for address)
*TERMINATED: 10/25/2021*
*ATTORNEY TO BE NOTICED*

**Yifat V. Schnur**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**Rosemarie Peterson**                    represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Lauren Fuller**                         represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Jennifer Powers**                       represented by **Douglas E. Grover**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Eilender**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jolene F. Lavigne–Albert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Mazer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Niall Diarmuid O'Murchadha**
(See above for address)
*TERMINATED: 10/25/2021*
*ATTORNEY TO BE NOTICED*

**Yifat V. Schnur**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Stephanie Caldwell**
*TERMINATED: 12/04/2018*

represented by

**John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Kristina Hallman**

represented by

**John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Moira Hathaway**

represented by

**John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Hillary Lawson**

represented by

**John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Macey Speight**

represented by

**John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Howard Rubin**                    represented by **Andrew J. Weinstein**
(See above for address)
*TERMINATED: 11/22/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Edward Rosenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward A. Mc Donald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Gilbert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrie A. Dnistrian**
(See above for address)
*TERMINATED: 11/22/2017*
*ATTORNEY TO BE NOTICED*

**Benjamin Morgan Rose**
(See above for address)
*TERMINATED: 03/17/2021*
*ATTORNEY TO BE NOTICED*

**Katherine Anne Boy Skipsey**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Stephanie Caldwell**              represented by **John G. Balestriere**
*TERMINATED: 12/04/2018*           (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Jennifer Powers**                    represented by   **Douglas E. Grover**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeffrey M. Eilender**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jolene F. Lavigne–Albert**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jonathan Mazer**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Niall Diarmuid O'Murchadha**
                                                        (See above for address)
                                                        *TERMINATED: 10/25/2021*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Yifat V. Schnur**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


V.

**ThirdParty Defendant**

**Hillary Lawson**                     represented by   **John G. Balestriere**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Brian L Grossman**
                                                        (See above for address)
                                                        *TERMINATED: 04/08/2019*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Matthew William Schmidt**
                                                        (See above for address)
                                                        *TERMINATED: 03/04/2024*
                                                        *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Macey Speight**                      represented by   **John G. Balestriere**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Kristina Hallman**                   represented by   **John G. Balestriere**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Brian L Grossman**
                                                        (See above for address)
                                                        *TERMINATED: 04/08/2019*

*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Stephanie Caldwell**                     represented by    **John G. Balestriere**
*TERMINATED: 12/04/2018*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Brian L Grossman**
                                                            (See above for address)
                                                            *TERMINATED: 04/08/2019*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew William Schmidt**
                                                            (See above for address)
                                                            *TERMINATED: 03/04/2024*
                                                            *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Rosemarie Peterson**                     represented by    **John G. Balestriere**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Brian L Grossman**
                                                            (See above for address)
                                                            *TERMINATED: 04/08/2019*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jillian Lee McNeil**
                                                            (See above for address)
                                                            *TERMINATED: 04/08/2019*
                                                            *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Moira Hathaway**                         represented by    **John G. Balestriere**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Lauren Fuller**                          represented by    **John G. Balestriere**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Brian L Grossman**
                                                            (See above for address)
                                                            *TERMINATED: 04/08/2019*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jillian Lee McNeil**

(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Jennifer Powers**                      represented by    **Douglas E. Grover**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Eilender**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jolene F. Lavigne–Albert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Mazer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Niall Diarmuid O'Murchadha**
(See above for address)
*TERMINATED: 10/25/2021*
*ATTORNEY TO BE NOTICED*

**Yifat V. Schnur**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Hillary Lawson**                       represented by    **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Macey Speight**                        represented by    **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Kristina Hallman**                     represented by    **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Stephanie Caldwell**          represented by     **John G. Balestriere**
*TERMINATED: 12/04/2018*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Moira Hathaway**             represented by     **John G. Balestriere**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Lauren Fuller**              represented by     **John G. Balestriere**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2017 | 1 | COMPLAINT against All Defendants filing fee $ 400, receipt number 0207−9953568 Was the Disclosure Statement on Civil Cover Sheet completed −No,, filed by Stephanie Caldwell, Kristina Hallman, Hillary Lawson. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit RICO Case Statement, # 3 Proposed Summons Summons Rubin, # 4 Proposed Summons Summons Powers, # 5 Proposed Summons Summons Schnur, # 6 Proposed Summons Summons Shon, # 7 Proposed Summons Summons Blue Icarus, # 8 Proposed Summons Summons Doe Company) (Balestriere, John) (Entered: |

| | | 11/02/2017) |
|---|---|---|
| 11/02/2017 | 2 | Notice of MOTION for Protective Order by Stephanie Caldwell, Kristina Hallman, Hillary Lawson. (Attachments: # 1 Memorandum in Support of Protective Order) (Balestriere, John) (Entered: 11/02/2017) |
| 11/07/2017 | | Case Assigned to Judge Brian M. Cogan. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly) (Entered: 11/07/2017) |
| 11/07/2017 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. Do NOT return or file the consent unless all parties have signed the consent. (Davis, Kimberly) (Entered: 11/07/2017) |
| 11/07/2017 | 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly) (Entered: 11/07/2017) |
| 11/07/2017 | 5 | Summons Issued as to All Defendants. (Attachments: # 1 Summon, # 2 Summon, # 3 Summon, # 4 Summon, # 5 Summon) (Davis, Kimberly) (Entered: 11/07/2017) |
| 11/07/2017 | 6 | Letter *Request for Pre−Motion Conference* by Stephanie Caldwell, Kristina Hallman, Hillary Lawson (Balestriere, John) (Entered: 11/07/2017) |
| 11/08/2017 | 7 | ORDER. Plaintiffs' motion for a protective order is granted subject to further review by the Court at subsequent stages of the litigation, if necessary. However, because this is a first day order and thus no opportunity to oppose has occurred, the Court will reconsider this Order *de novo* if it receives objections within 14 days from defendants or an interested party. Plaintiffs are directed to serve a copy of this Order on defendants and their known attorneys to facilitate this opportunity for response. In the meantime, and going forward in the absence of a stay of this Order, plaintiffs may use pseudonyms in this caption in all public Court filings; defendants may not reveal plaintiffs' true identities to anyone outside the scope of this litigation. Plaintiffs are further ordered to submit a sealed filing revealing their names to the Court. See attached Order for details. Ordered by Judge Brian M. Cogan on 11/8/2017. (Weisberg, Peggy) (Entered: 11/08/2017) |
| 11/09/2017 | 9 | NOTICE of Appearance by Andrew J. Weinstein on behalf of Howard Rubin (aty to be noticed) (Weinstein, Andrew) (Entered: 11/09/2017) |
| 11/09/2017 | 10 | NOTICE of Appearance by Barrie A. Dnistrian on behalf of Howard Rubin (aty to be noticed) (Dnistrian, Barrie) (Entered: 11/09/2017) |
| 11/15/2017 | 11 | NOTICE of Appearance by Jeffrey M. Eilender on behalf of Jennifer Powers (aty to be noticed) (Eilender, Jeffrey) (Entered: 11/15/2017) |
| 11/15/2017 | 12 | NOTICE of Appearance by Douglas E. Grover on behalf of Jennifer Powers (aty to be noticed) (Grover, Douglas) (Entered: 11/15/2017) |
| 11/15/2017 | 13 | NOTICE of Appearance by Niall Diarmuid O'Murchadha on behalf of Jennifer Powers (aty to be noticed) (O'Murchadha, Niall) (Entered: 11/15/2017) |
| 11/15/2017 | 14 | WAIVER OF SERVICE Returned Executed by Stephanie Caldwell, Kristina Hallman, Hillary Lawson. Blue Icarus, LLC waiver sent on 11/9/2017, answer due 1/8/2018. (Balestriere, John) (Entered: 11/15/2017) |
| 11/16/2017 | 15 | NOTICE of Appearance by Jolene F. Lavigne−Albert on behalf of Jennifer Powers (aty to be noticed) (Lavigne−Albert, Jolene) (Entered: 11/16/2017) |

| | | |
|---|---|---|
| 11/16/2017 | 16 | SUMMONS Returned Executed by Stephanie Caldwell, Kristina Hallman, Hillary Lawson. Doe Company served on 11/8/2017, answer due 11/29/2017; Jennifer Powers served on 11/9/2017, answer due 11/30/2017; Howard Rubin served on 11/8/2017, answer due 11/29/2017; Yifat Schnur served on 11/8/2017, answer due 11/29/2017. (Balestriere, John) (Entered: 11/16/2017) |
| 11/17/2017 | 17 | NOTICE of Appearance by Eric R Breslin on behalf of Yifat Schnur (aty to be noticed) (Breslin, Eric) (Entered: 11/17/2017) |
| 11/17/2017 | 18 | NOTICE of Appearance by Melissa S. Geller on behalf of Yifat Schnur (aty to be noticed) (Geller, Melissa) (Entered: 11/17/2017) |
| 11/17/2017 | 19 | NOTICE of Appearance by Ronald C. Minkoff on behalf of Yifat Schnur (aty to be noticed) (Minkoff, Ronald) (Entered: 11/17/2017) |
| 11/17/2017 | 20 | WAIVER OF SERVICE Returned Executed by Stephanie Caldwell, Kristina Hallman, Hillary Lawson. Stephanie Shon waiver sent on 11/17/2017, answer due 1/16/2018. (Balestriere, John) (Entered: 11/17/2017) |
| 11/20/2017 | 21 | Letter *addressed to Judge Brian M. Cogan from Ronald C. Minkoff dated 11/20/2017 re: Withdrawal of Appearance* by Yifat Schnur (Minkoff, Ronald) (Entered: 11/20/2017) |
| 11/20/2017 | | Attorney Ronald C. Minkoff terminated. Ordered by Judge Brian M. Cogan on 11/20/2017. (Weisberg, Peggy) (Entered: 11/20/2017) |
| 11/20/2017 | 22 | NOTICE of Appearance by Dawn Marie Wilson on behalf of Stephanie Shon (aty to be noticed) (Wilson, Dawn) (Entered: 11/20/2017) |
| 11/20/2017 | 23 | NOTICE of Appearance by Mark Arthur Berman on behalf of Stephanie Shon (aty to be noticed) (Berman, Mark) (Entered: 11/20/2017) |
| 11/21/2017 | 24 | NOTICE of Appearance by Edward A. Mc Donald on behalf of Howard Rubin (aty to be noticed) (Mc Donald, Edward) (Entered: 11/21/2017) |
| 11/21/2017 | 25 | Letter MOTION to Withdraw as Attorney by Howard Rubin. (Weinstein, Andrew) (Entered: 11/21/2017) |
| 11/21/2017 | 26 | NOTICE of Appearance by Michael J. Gilbert on behalf of Howard Rubin (aty to be noticed) (Gilbert, Michael) (Entered: 11/21/2017) |
| 11/22/2017 | 27 | Letter *for Leave to File Documents Under Seal* by Jennifer Powers (O'Murchadha, Niall) (Entered: 11/22/2017) |
| 11/22/2017 | | ORDER granting 25 Motion to Withdraw as Attorney. Attorneys Barrie A. Dnistrian and Andrew J. Weinstein terminated. Ordered by Judge Brian M. Cogan on 11/22/2017. (Weisberg, Peggy) (Entered: 11/22/2017) |
| 11/22/2017 | | ORDER re: 27 Letter for Leave to File Documents Under Seal. In the future, letter requests seeking relief from the Court must be designated as "motions" on ECF. Request granted. Counsel is directed to file the exhibits to defendant's objection under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Judge Brian M. Cogan on 11/22/2017. (Weisberg, Peggy) (Entered: 11/22/2017) |
| 11/22/2017 | 28 | MOTION to Vacate *Sealing* by Jennifer Powers. (Attachments: # 1 Memorandum in Support Memorandum in Support, # 2 Declaration Declaration of Jeffrey Eilender, # 3 Exhibit Exhibit 1, # 4 Exhibit Exhibit 2, # 5 Exhibit Exhibit 6, # 6 Exhibit Exhibit 7) (Eilender, Jeffrey) (Entered: 11/22/2017) |
| 11/22/2017 | 29 | Letter *re: 27 Order Giving Leave to File Documents Under Seal and re: 28 Attaching Exhibits Under Seal* by Jennifer Powers (Attachments: # 1 Exhibit Exhibit 3, # 2 Exhibit Exhibit 4, # 3 Exhibit Exhibit 5, # 4 Exhibit Exhibit 8, # 5 Exhibit Exhibit 9) (Eilender, Jeffrey) (Entered: 11/22/2017) |
| 11/25/2017 | 30 | MEMORANDUM in Opposition re 28 MOTION to Vacate *Sealing* filed by All Plaintiffs. (Attachments: # 1 Declaration Declaration of John G. Balestriere) (Balestriere, John) (Entered: 11/25/2017) |

| | | |
|---|---|---|
| 11/27/2017 | | ORDER re: 29 .The subject matter of the ECF entry line is mislabeled –– "Letter re: 27 Order Giving Leave to File Documents Under Seal." Because the Court previously granted defendant's request to file exhibits under seal, the description of the filing should have been "Sealed Exhibits to Motion to Vacate Sealing." Counsel is directed to pay more careful attention to the proper designation of papers on ECF to avoid confusion on the docket. Ordered by Judge Brian M. Cogan on 11/27/2017. (Weisberg, Peggy) (Entered: 11/27/2017) |
| 11/29/2017 | 31 | Letter *Requesting Pre–Motion Conference and Permission to File a Motion* by Jennifer Powers (Grover, Douglas) (Entered: 11/29/2017) |
| 11/29/2017 | 32 | Letter MOTION for pre motion conference re 31 Letter *supplementing letter filed on behalf of all defendants on November 29, 2017* by Yifat Schnur. (Breslin, Eric) (Entered: 11/29/2017) |
| 11/29/2017 | 33 | Letter MOTION for pre motion conference *requesting permission to move to dismiss and for extension of time to move or answer* by Jennifer Powers. (Grover, Douglas) (Entered: 11/29/2017) |
| 11/30/2017 | 34 | Letter MOTION for pre motion conference *requesting permission to move to dismiss and for extension of time to move or answer CORRECTED (adding missing footnote)* by Jennifer Powers. (Grover, Douglas) (Entered: 11/30/2017) |
| 11/30/2017 | | ORDER terminating 33 Motion for Pre Motion Conference as superseded by 34 . Ordered by Judge Brian M. Cogan on 11/30/2017. (Cogan, Brian) (Entered: 11/30/2017) |
| 12/04/2017 | 35 | ORDER denying 28 Motion to Vacate sealing. Defendants may not reveal plaintiffs true identities to anyone outside the scope of this litigation while this Order remains in place. ( Ordered by Judge Brian M. Cogan on 11/30/17 ) (Guzzi, Roseann) (Entered: 12/04/2017) |
| 12/04/2017 | 36 | RESPONSE in Opposition re 34 Letter MOTION for pre motion conference *requesting permission to move to dismiss and for extension of time to move or answer CORRECTED (adding missing footnote)* filed by All Plaintiffs. (Balestriere, John) (Entered: 12/04/2017) |
| 12/04/2017 | 37 | Letter MOTION for Reconsideration re 35 Order on Motion to Vacate *and Permission to File Reply Brief in Support of Motion to Vacate* by Jennifer Powers. (Attachments: # 1 Memorandum in Support Reply Memorandum of Law in Support of Motion to Vacate, # 2 Declaration Reply Declaration of J. Eilender in Support of Motion to Vacate, # 3 Exhibit Exhibit 1, # 4 Exhibit Exhibit 2, # 5 Exhibit Exhibit 3, # 6 Exhibit Exhibit 4, # 7 Exhibit Exhibit 5, # 8 Exhibit Exhibit 6, # 9 Exhibit Exhibit 7, # 10 Exhibit Exhibit 8, # 11 Exhibit Exhibit 9, # 12 Exhibit Exhibit 10) (Grover, Douglas) (Entered: 12/04/2017) |
| 12/04/2017 | 38 | RESPONSE to Motion re 37 Letter MOTION for Reconsideration re 35 Order on Motion to Vacate *and Permission to File Reply Brief in Support of Motion to Vacate* filed by All Plaintiffs. (Balestriere, John) (Entered: 12/04/2017) |
| 12/04/2017 | | ORDER denying 37 Motion for Reconsideration ; ORDER TO SHOW CAUSE ( Show Cause Hearing set for 1/3/2018 10:00 AM in Courtroom 8D South before Judge Brian M. Cogan., Show Cause Response due by 12/18/2017.) ORDER denying 37 Motion for Reconsideration.<br><br>Whether this Court were to consider defendants' motion as a reply or a motion for reconsideration, the Court would not consider additional factual material not submitted as part of the original motion and thus does not consider the entirely new factual material submitted here as most of those materials should have been submitted, with a request for sealing, with defendants' moving papers. In any event, they do not change this Court's balancing of the applicable factors.<br><br>Defendants are further ORDERED TO SHOW CAUSE by 12/18/2017 why they and their attorneys should not be held in civil contempt of court for violating this Court's 11/08/2017 Order not to reveal plaintiffs' identities, based on their memorandum and affidavit in support of their motion for reconsideration. Neither document was filed under seal and both documents provided explicit instructions on how to identify plaintiffs. Plaintiffs shall file any response to the contempt motion by 12/24/17 and the |

| | | |
|---|---|---|
| | | Court will hold a contempt hearing on 1/3/18 at 10:00 a.m. in Courtroom 8D. It should go without saying, but since it hasn't so far it will be said anyway, that any materials defendants file in response to this Order to Show Cause that would enable a third party to identify plaintiffs must be filed under seal.. Ordered by Judge Brian M. Cogan on 12/4/2017. (Cogan, Brian) (Entered: 12/04/2017) |
| 12/05/2017 | 39 | NOTICE of Appearance by Marc Steven Gottlieb on behalf of Blue Icarus, LLC (aty to be noticed) (Gottlieb, Marc) (Entered: 12/05/2017) |
| 12/11/2017 | | ORDER deferring ruling on 32 34 . If any of the defendants who are referenced in these motions have any additional grounds upon which to move, they must send a letter describing them in detail within seven days. If Blue Icarus intends to move to dismiss the complaint, it is directed to file a letter within 7 days, advising whether it intends to join in the grounds raised by the other defendants, and describing in detail any additional grounds that may be applicable to Blue Icarus. All defendants' time to answer is stayed pending further Order. Ordered by Judge Brian M. Cogan on 12/11/2017. (Weisberg, Peggy) (Entered: 12/11/2017) |
| 12/14/2017 | 40 | Letter *setting forth additional grounds for motion to dismiss* by Yifat Schnur (Breslin, Eric) (Entered: 12/14/2017) |
| 12/18/2017 | 41 | NOTICE of Appearance by Benjamin Edward Rosenberg on behalf of Howard Rubin (aty to be noticed) (Rosenberg, Benjamin) (Entered: 12/18/2017) |
| 12/18/2017 | 42 | RESPONSE TO ORDER TO SHOW CAUSE by Jennifer Powers, Howard Rubin, Yifat Schnur, Stephanie Shon (Attachments: # 1 Declaration of Jeffrey M. Eilender, # 2 Exhibit to Eilender Declaration, # 3 Declaration of Edward A. McDonald, # 4 Declaration of Eric R. Breslin, # 5 Declaration of Dawn M. Wilson, # 6 Declaration of Benjamin M. Rose) (Rosenberg, Benjamin) (Entered: 12/18/2017) |
| 12/18/2017 | 43 | Letter *to the Honorable Brian M. Cogan re: Court's Order of December 11, 2017* by Jennifer Powers, Howard Rubin, Yifat Schnur, Stephanie Shon (Gilbert, Michael) (Entered: 12/18/2017) |
| 12/18/2017 | 44 | Letter MOTION for pre motion conference *as per Court's Order of December 11, 2017* by Stephanie Shon. (Wilson, Dawn) (Entered: 12/18/2017) |
| 12/18/2017 | 45 | Letter MOTION to Stay *Discovery* by Jennifer Powers, Howard Rubin, Yifat Schnur, Stephanie Shon. (Gilbert, Michael) (Entered: 12/18/2017) |
| 12/18/2017 | 46 | Letter MOTION for pre motion conference re Order on Motion for Pre Motion Conference,,,,, by Blue Icarus, LLC. (Gottlieb, Marc) (Entered: 12/18/2017) |
| 12/19/2017 | 47 | REPLY in Opposition re 40 Letter *setting forth additional grounds for motion to dismiss* filed by All Plaintiffs. (Balestriere, John) (Entered: 12/19/2017) |
| 12/19/2017 | 48 | REPLY in Opposition re 43 Letter *to the Honorable Brian M. Cogan re: Court's Order of December 11, 2017* filed by All Plaintiffs. (Balestriere, John) (Entered: 12/19/2017) |
| 12/19/2017 | 49 | RESPONSE in Opposition re 44 Letter MOTION for pre motion conference *as per Court's Order of December 11, 2017* filed by All Plaintiffs. (Balestriere, John) (Entered: 12/19/2017) |
| 12/19/2017 | 50 | RESPONSE in Opposition re 46 Letter MOTION for pre motion conference re Order on Motion for Pre Motion Conference,,,,, filed by All Plaintiffs. (Balestriere, John) (Entered: 12/19/2017) |
| 12/22/2017 | 51 | NOTICE of Appearance by Brian L Grossman on behalf of All Plaintiffs (aty to be noticed) (Grossman, Brian) (Entered: 12/22/2017) |
| 12/22/2017 | 52 | RESPONSE TO ORDER TO SHOW CAUSE by Stephanie Caldwell, Kristina Hallman, Hillary Lawson (Attachments: # 1 Declaration of Brian L. Grossman, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D) (Balestriere, John) (Entered: 12/22/2017) |
| 12/24/2017 | | ORDER re 42 52 (Responses to Order to Show Cause). Those defense attorneys who acknowledged responsibility for the subject filing have come perilously close to contempt. On balance, however, the Court believes that the language of its Order as |

| | | |
|---|---|---|
| | | compared to the conduct in question may not be sufficiently definite to support a contempt finding, and as a matter of discretion, the Court vacates its Order to Show Cause and the hearing is canceled. Nevertheless, all attorneys are reminded that an overly aggressive approach can amount to a thoughtless approach. The Court intends to carefully consider the legal and, if necessary, factual issues in this case, and expects the parties to exercise the same level of care. All parties should take note that the Court will have no patience with scorched–earth tactics designed to distract the parties or the Court from the merits, or lack of merits, of this case. Ordered by Judge Brian M. Cogan on 12/24/17. (Cogan, Brian) (Entered: 12/24/2017) |
| 12/27/2017 | | ORDER re: 45 Motion to Stay Discovery. The Court deems defendants' filing to be their motion to stay. Plaintiffs shall respond to the motion by 1/3/2018. Ordered by Judge Brian M. Cogan on 12/27/2017. (Weisberg, Peggy) (Entered: 12/27/2017) |
| 01/02/2018 | 53 | CASE MANAGEMENT STATEMENT (Balestriere, John) (Entered: 01/02/2018) |
| 01/03/2018 | 54 | MEMORANDUM in Opposition re 45 Letter MOTION to Stay *Discovery* filed by All Plaintiffs. (Balestriere, John) (Entered: 01/03/2018) |
| 01/03/2018 | 55 | AFFIDAVIT/DECLARATION in Opposition re 45 Letter MOTION to Stay *Discovery* filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Balestriere, John) (Entered: 01/03/2018) |
| 01/09/2018 | 56 | Letter *to the Hon. Brian M. Cogan re: December 11, 2017 Order of the Court* by Stephanie Shon (Berman, Mark) (Entered: 01/09/2018) |
| 01/09/2018 | | ORDER re: 56 . As stated in the Court's Order dated 12/11/2017, all defendants' time to answer is stayed pending further order. Ordered by Judge Brian M. Cogan on 1/9/2018. (Weisberg, Peggy) (Entered: 01/09/2018) |
| 01/25/2018 | 57 | ORDER, Defendants' 45 motion for a stay of discovery is DENIED. The parties are to proceed with discovery as per the schedule attached to this order. So Ordered by Judge Brian M. Cogan on 1/24/2018. (Attachments: # 1 Discovery Schedule) (Lee, Tiffeny) (Entered: 01/25/2018) |
| 01/29/2018 | | Minute Entry for a telephone call on 1/29/2018. Counsel present representing all parties on both sides. The parties called the Court regarding pending motions to dismiss. The parties shall confer and propose a reasonable schedule to brief the pending motions to dismiss. (Weisberg, Peggy) (Entered: 01/29/2018) |
| 02/02/2018 | | ORDER re: Minute Entry entered 01/29/2018. No later than 02/05/2018, the parties shall submit their joint proposed briefing schedule for the pending motions to dismiss. If the parties have not submitted a joint proposed schedule by then, or if they cannot agree on a schedule, the Court will set an expedited schedule. Ordered by Judge Brian M. Cogan on 2/2/2018. (Weisberg, Peggy) (Entered: 02/02/2018) |
| 02/02/2018 | 58 | Letter *re Briefing Schedule* by Jennifer Powers (Eilender, Jeffrey) (Entered: 02/02/2018) |
| 02/02/2018 | | ORDER re: 58 Letter. Given that both parties have already outlined the key issues in their premotion conference letters, the parties' proposed timeline is too long. But, in light of counsel for Blue Icarus's recent illness, the briefing schedule is as follows: all defendants will file their motions to dismiss by 02/12/2018, plaintiffs' opposition is due 02/26/2018. Any reply is due 03/05/2018. Ordered by Judge Brian M. Cogan on 2/2/2018. (Weisberg, Peggy) (Entered: 02/02/2018) |
| 02/08/2018 | 59 | Motion to Dismiss for Failure to State a Claim by Yifat Schnur. (Attachments: # 1 Memorandum in Support) (Breslin, Eric) (Entered: 02/08/2018) |
| 02/09/2018 | 60 | NOTICE of Appearance by Benjamin Morgan Rose on behalf of Howard Rubin (aty to be noticed) (Rose, Benjamin) (Entered: 02/09/2018) |
| 02/09/2018 | 61 | MOTION to Dismiss by Howard Rubin. (Attachments: # 1 Memorandum in Support) (Mc Donald, Edward) (Entered: 02/09/2018) |
| 02/09/2018 | 62 | AFFIDAVIT/DECLARATION in Support re 61 MOTION to Dismiss filed by Howard Rubin. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Mc Donald, Edward) (Entered: 02/09/2018) |

| 02/12/2018 | 63 | Motion to Dismiss for Failure to State a Claim by Stephanie Shon. (Attachments: # 1 Memorandum in Support of Motion to Dismiss) (Wilson, Dawn) (Entered: 02/12/2018) |
|---|---|---|
| 02/12/2018 | 64 | MOTION to Dismiss by Jennifer Powers. (Attachments: # 1 Memorandum in Support Memorandum in Support, # 2 Declaration Declaration of J. Powers, # 3 Exhibit Exhibit 1, # 4 Exhibit Exhibit 2, # 5 Exhibit Exhibit 3, # 6 Exhibit Exhibit 4, # 7 Exhibit Exhibit 5, # 8 Exhibit Exhibit 6, # 9 Declaration Declaration of J. Eilender, # 10 Exhibit Exhibit 1) (Grover, Douglas) (Entered: 02/12/2018) |
| 02/12/2018 | 65 | Notice of Motion to Dismiss for Failure to State a Claim by Blue Icarus, LLC. (Attachments: # 1 Memorandum in Support) (Gottlieb, Marc) (Entered: 02/12/2018) |
| 02/20/2018 | 66 | AMENDED COMPLAINT against All Defendants, filed by Stephanie Caldwell, Kristina Hallman, Hillary Lawson. (Attachments: # 1 Exhibit Amended RICO Case Statement) (Balestriere, John) (Entered: 02/20/2018) |
| 02/21/2018 | 67 | Letter *seeking guidance regarding Motion to Dismiss schedule* by Stephanie Caldwell, Kristina Hallman, Hillary Lawson (Balestriere, John) (Entered: 02/21/2018) |
| 02/21/2018 | | ORDER re: 67 Letter seeking guidance. The Court has reviewed plaintiffs' amended complaint. Defendants may, to the extent they think it necessary, supplement their motions to dismiss to respond to plaintiffs' amended complaint no later than 03/07/2018. Defendants' supplemental motions should be no more than 10 pages. To the extent plaintiffs' amended complaint alleges more instances of the same type of conduct alleged in their original complaint, defendants need not rehash the same legal arguments from their original motions to address the newly alleged facts and should incorporate those legal arguments by reference. Plaintiffs' opposition to the original motions to dismiss, as well as any supplemental motions, is due 03/14/2018. Any reply by defendants is due 03/21/2018. Ordered by Judge Brian M. Cogan on 2/21/2018. (Weisberg, Peggy) (Entered: 02/21/2018) |
| 02/23/2018 | 68 | Joint MOTION to Amend/Correct/Supplement 7 Order on Motion for Protective Order,,,,,,, *stipulated by all Parties* by Stephanie Caldwell, Kristina Hallman, Hillary Lawson. (Balestriere, John) (Entered: 02/23/2018) |
| 02/25/2018 | 70 | ORDER granting 68 Motion to Amend/Correct/Supplement. Ordered by Judge Brian M. Cogan on 2/25/2018. (Cogan, Brian) (Entered: 02/25/2018) |
| 02/26/2018 | 71 | Letter MOTION to Stay *Discovery* by Blue Icarus, LLC, Jennifer Powers, Howard Rubin, Yifat Schnur, Stephanie Shon. (Mc Donald, Edward) (Entered: 02/26/2018) |
| 02/26/2018 | 72 | REPLY in Opposition re 71 Letter MOTION to Stay *Discovery* filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Balestriere, John) (Entered: 02/26/2018) |
| 03/05/2018 | 73 | Letter MOTION for Protective Order by Blue Icarus, LLC, Jennifer Powers, Howard Rubin, Yifat Schnur, Stephanie Shon. (Attachments: # 1 Proposed Order) (Mc Donald, Edward) (Entered: 03/05/2018) |
| 03/06/2018 | 74 | MEMORANDUM in Support re 59 Motion to Dismiss for Failure to State a Claim , Order,,, *directing filing of supplemental memoranda in support* filed by Yifat Schnur. (Breslin, Eric) (Entered: 03/06/2018) |
| 03/06/2018 | 75 | PROTECTIVE ORDER re: 73 Motion for Protective Order. ( Ordered by Judge Brian M. Cogan on 3/6/2018 ) (Guzzi, Roseann) (Entered: 03/06/2018) |
| 03/06/2018 | 76 | Supplemental Motion to Dismiss for Failure to State a Claim by Stephanie Shon. (Wilson, Dawn) (Entered: 03/06/2018) |
| 03/06/2018 | 77 | MEMORANDUM in Support re 64 MOTION to Dismiss *: Supplemental Memorandum of Law* filed by Jennifer Powers. (Grover, Douglas) (Entered: 03/06/2018) |
| 03/06/2018 | 78 | AFFIDAVIT/DECLARATION in Support re 64 MOTION to Dismiss *Supplemental Declaration of Jennifer Powers* filed by Jennifer Powers. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9) (Grover, Douglas) (Entered: 03/06/2018) |

| 03/06/2018 | 79 | MEMORANDUM in Support re 61 MOTION to Dismiss filed by Howard Rubin. (Mc Donald, Edward) (Entered: 03/06/2018) |
|---|---|---|
| 03/06/2018 | 80 | AFFIDAVIT/DECLARATION in Support re 61 MOTION to Dismiss filed by Howard Rubin. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Mc Donald, Edward) (Entered: 03/06/2018) |
| 03/07/2018 | 81 | ORDER granting defendant's 71 Motion for a stay of discovery pending the Court's decisions on the motions to dismiss. ( Ordered by Judge Brian M. Cogan on 3/7/2018 ) (Guzzi, Roseann) (Entered: 03/07/2018) |
| 03/07/2018 | 82 | Supplemental Motion to Dismiss for Failure to State a Claim by Blue Icarus, LLC. (Gottlieb, Marc) (Entered: 03/07/2018) |
| 03/14/2018 | 83 | NOTICE of Appearance by Matthew William Schmidt on behalf of All Plaintiffs (aty to be noticed) (Schmidt, Matthew) (Entered: 03/14/2018) |
| 03/14/2018 | 84 | MEMORANDUM in Opposition re 74 Memorandum in Support *of Motion to Dismiss* filed by All Plaintiffs. (Balestriere, John) (Entered: 03/14/2018) |
| 03/14/2018 | 85 | MEMORANDUM in Opposition re 76 Memorandum in Support *of Motion to Dismiss* filed by All Plaintiffs. (Balestriere, John) Modified on 3/15/2018 updated attachment(Clarke, Melonie). (Entered: 03/15/2018) |
| 03/15/2018 | 86 | MEMORANDUM in Opposition re 82 Supplemental Motion to Dismiss for Failure to State a Claim *against Blue Icarus* filed by All Plaintiffs. (Balestriere, John) (Entered: 03/15/2018) |
| 03/15/2018 | 87 | AFFIDAVIT/DECLARATION in Opposition re 76 Supplemental Motion to Dismiss for Failure to State a Claim , 63 Motion to Dismiss for Failure to State a Claim , 82 Supplemental Motion to Dismiss for Failure to State a Claim , 65 Notice of Motion to Dismiss for Failure to State a Claim , 61 MOTION to Dismiss , 59 Motion to Dismiss for Failure to State a Claim , 64 MOTION to Dismiss *in Opposition to All Defendants* filed by All Plaintiffs. (Attachments: # 1 Exhibit A) (Balestriere, John) (Entered: 03/15/2018) |
| 03/15/2018 | 88 | MEMORANDUM in Opposition re 77 1 – Sealed Document CV, Memorandum in Support *against Powers* filed by All Plaintiffs. (Balestriere, John) (Entered: 03/15/2018) |
| 03/15/2018 | 89 | MEMORANDUM in Opposition re 79 Memorandum in Support *against Rubin* filed by All Plaintiffs. (Balestriere, John) (Entered: 03/15/2018) |
| 03/20/2018 | 90 | MEMORANDUM in Support re 66 Amended Complaint, 86 Memorandum in Opposition, 65 Notice of Motion to Dismiss for Failure to State a Claim filed by Blue Icarus, LLC. (Gottlieb, Marc) (Entered: 03/20/2018) |
| 03/21/2018 | 91 | REPLY in Support re 74 Memorandum in Support, 59 Motion to Dismiss for Failure to State a Claim , 84 Memorandum in Opposition filed by Yifat Schnur. (Breslin, Eric) (Entered: 03/21/2018) |
| 03/21/2018 | 92 | REPLY in Support re 79 Memorandum in Support, 61 MOTION to Dismiss filed by Howard Rubin. (Mc Donald, Edward) (Entered: 03/21/2018) |
| 03/21/2018 | 93 | REPLY in Support re 64 MOTION to Dismiss , *Memorandum in Further Support* filed by Jennifer Powers. (Grover, Douglas) (Entered: 03/21/2018) |
| 03/21/2018 | 94 | REPLY in Support re 64 MOTION to Dismiss , *Declaration of J. LaVigne–Albert* filed by Jennifer Powers. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Grover, Douglas) (Entered: 03/21/2018) |
| 03/21/2018 | 95 | REPLY in Support re 63 Motion to Dismiss for Failure to State a Claim filed by Stephanie Shon. (Wilson, Dawn) (Entered: 03/21/2018) |
| 03/21/2018 | 96 | REPLY to Response to Motion re 64 MOTION to Dismiss *Letter requesting permission to file sur–reply* filed by All Plaintiffs. (Balestriere, John) (Entered: 03/21/2018) |
| 03/21/2018 | 97 | REPLY to Response to Motion re 64 MOTION to Dismiss *Letter requesting denial of Plaintiff's request for a sur–reply* filed by Jennifer Powers. (Eilender, Jeffrey) |

| | | |
|---|---|---|
| | | (Entered: 03/21/2018) |
| 04/06/2018 | 98 | MOTION for Sanctions *pursuant to Rule 11 of the Federal Rules of Civil Procedure* by Yifat Schnur. (Attachments: # 1 Declaration of Eric R. Breslin, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Memorandum in Support of Yifat Schnurs Motion for Sanctions pursuant To Rule 11, # 7 Certificate of Service) (Breslin, Eric) (Entered: 04/06/2018) |
| 04/06/2018 | | Order denying 98 Motion for Sanctions for failure to comply with this Court's Individual Practice Rules requiring a premotion conference. Ordered by Judge Brian M. Cogan on 4/6/2018. (Clarke, Melonie) (Entered: 04/06/2018) |
| 04/10/2018 | 99 | Letter by Yifat Schnur (Breslin, Eric) Modified on 4/24/2018 (Guzzi, Roseann). (Entered: 04/10/2018) |
| 04/10/2018 | 100 | Letter MOTION for pre motion conference by Howard Rubin. (Mc Donald, Edward) (Entered: 04/10/2018) |
| 04/11/2018 | | SCHEDULING ORDER: Plaintiffs are directed to file a detailed response to defendants Yifat Schnur 99 and Howard Rubin 100 letters by 4/23/2018. A Premotion Conference on the proposed motions for sanctions is scheduled for 4/30/2018 at 10:30 am in Courtroom 8D South. Ordered by Judge Brian M. Cogan on 4/11/2018. (Weisberg, Peggy) (Entered: 04/11/2018) |
| 04/23/2018 | 101 | Letter *in Response to Defendant Schnur's Pre−Motion Conference Letter* by Stephanie Caldwell, Kristina Hallman, Hillary Lawson (Balestriere, John) (Entered: 04/23/2018) |
| 04/23/2018 | 102 | RESPONSE to Motion re 100 Letter MOTION for pre motion conference filed by All Plaintiffs. (Balestriere, John) (Entered: 04/23/2018) |
| 04/25/2018 | 103 | Letter *Requesting Permission to Use Electronic Devices* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Balestriere, John) (Entered: 04/25/2018) |
| 04/25/2018 | | ORDER re 103 granting permission to use electronic devices. Ordered by Judge Brian M. Cogan on 4/25/2018. (Clarke, Melonie) (Entered: 04/25/2018) |
| 04/26/2018 | 104 | Letter *Requesting Permission to Use Electronic Devices* by Jennifer Powers (Lavigne−Albert, Jolene) (Entered: 04/26/2018) |
| 04/29/2018 | 105 | ORDER granting 59 Motion to Dismiss for Failure to State a Claim; granting in part and denying in part 61 Motion to Dismiss; granting 63 Motion to Dismiss for Failure to State a Claim; granting in part and denying in part 64 Motion to Dismiss; granting 65 Motion to Dismiss for Failure to State a Claim; granting 76 Motion to Dismiss for Failure to State a Claim; granting 82 Motion to Dismiss for Failure to State a Claim. Ordered by Judge Brian M. Cogan on 4/29/2018. (Cogan, Brian) (Entered: 04/29/2018) |
| 04/29/2018 | | ORDER RE: 99 100 motions for premotion conference. In light of the Court's order on the motions to dismiss, the pre−motion conference is waived. Defendants Schnur and Rubin may file their motions —— if they deem so to be appropriate in light of the Court's order on the motions to dismiss. Ordered by Judge Brian M. Cogan on 4/29/2018. (Cogan, Brian) (Entered: 04/29/2018) |
| 05/01/2018 | 106 | Letter MOTION for Extension of Time to File Answer , Letter MOTION for Extension of Time to Complete Discovery by Jennifer Powers. (Eilender, Jeffrey) (Entered: 05/01/2018) |
| 05/02/2018 | 107 | Notice of MOTION for Reconsideration re 105 Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,,, by Howard Rubin. (Attachments: # 1 Memorandum in Support of Motion for Reconsideration of Defendant Howard Rubin) (Mc Donald, Edward) (Entered: 05/02/2018) |
| 05/03/2018 | | ORDER granting 106 proposed amended discovery schedule. Defendants' answers to the amended complaint are due 06/13/2018. Fact discovery will close on 10/16/2018. Expert discovery will close on 12/18/2018. Ordered by Judge Brian M. Cogan on 5/3/2018. (Weisberg, Peggy) (Entered: 05/03/2018) |

| | | |
|---|---|---|
| 05/11/2018 | 108 | RESPONSE in Opposition re 107 Notice of MOTION for Reconsideration re 105 Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,,,,, filed by All Plaintiffs. (Balestriere, John) (Entered: 05/11/2018) |
| 05/11/2018 | 109 | MOTION for Reconsideration re 105 Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,,,,, by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Memorandum in Support of Plaintiffs' Motion for Reconsideration, # 2 Declaration of John G. Balestriere, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C) (Balestriere, John) (Entered: 05/11/2018) |
| 05/17/2018 | 110 | MOTION for Sanctions *pursuant to Rule 11 of the Federal Rules of Civil Procedure* by Yifat Schnur. (Attachments: # 1 Memorandum of Law in Support of Yifat Schnur's Motion for Sanctions, # 2 Declaration of Eric R. Breslin, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E) (Breslin, Eric) (Entered: 05/17/2018) |
| 05/18/2018 | 111 | REPLY to Response to Motion re 107 Notice of MOTION for Reconsideration re 105 Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,,,,, filed by Howard Rubin. (Mc Donald, Edward) (Entered: 05/18/2018) |
| 05/22/2018 | 112 | Letter *Regarding Discovery Dispute Jointly Submitted by Plaintiffs and Defendant Powers* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Balestriere, John) (Entered: 05/22/2018) |
| 05/23/2018 | | ORDER re: 112 . Plaintiffs' request for a discovery order is denied. The amended complaint (which added four new plaintiffs) and this Court's subsequent order dismissing many of plaintiffs' claims have dramatically changed the scope of the case, rendering the previous discovery requests both too broad and too narrow. The parties should have served initial discovery demands already and should serve new responses and objections and make a new production according to the amended discovery order issued on May 3, 2018. Ordered by Judge Brian M. Cogan on 5/23/2018. (Weisberg, Peggy) (Entered: 05/23/2018) |
| 05/25/2018 | 113 | MEMORANDUM in Opposition re 109 MOTION for Reconsideration re 105 Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,,,,, filed by Jennifer Powers. (Grover, Douglas) (Entered: 05/25/2018) |
| 05/25/2018 | 114 | Letter MOTION for Leave to Electronically File Document under Seal *re: 113* by Jennifer Powers. (Attachments: # 1 Declaration of Jeffrey M. Eilender re: 109 , # 2 Exhibit 1) (Grover, Douglas) (Entered: 05/25/2018) |
| 05/25/2018 | 115 | MEMORANDUM in Opposition re 109 MOTION for Reconsideration re 105 Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,,,,, filed by Howard Rubin. (Mc Donald, Edward) (Entered: 05/25/2018) |
| 05/31/2018 | 116 | MEMORANDUM in Opposition re 110 MOTION for Sanctions *pursuant to Rule 11 of the Federal Rules of Civil Procedure* filed by All Plaintiffs. (Balestriere, John) (Entered: 05/31/2018) |
| 05/31/2018 | 117 | DECLARATION re 116 Memorandum in Opposition *Motion for Sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Balestriere, John) (Entered: 05/31/2018) |
| 06/01/2018 | 118 | REPLY in Support re 109 MOTION for Reconsideration re 105 Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,,,,, filed by All Plaintiffs. (Balestriere, John) (Entered: 06/01/2018) |
| 06/01/2018 | 119 | REPLY in Support re 109 MOTION for Reconsideration re 105 Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,,,,, filed by All Plaintiffs. (Balestriere, John) (Entered: 06/01/2018) |
| 06/04/2018 | 120 | MOTION for Sanctions by Howard Rubin. (Mc Donald, Edward) (Entered: 06/04/2018) |

| | | |
|---|---|---|
| 06/04/2018 | 121 | MEMORANDUM in Support re 120 MOTION for Sanctions , AFFIDAVIT/DECLARATION in Support re 120 MOTION for Sanctions filed by Howard Rubin. (Attachments: # 1 Declaration of Benjamin M. Rose, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29) (Mc Donald, Edward) (Entered: 06/04/2018) |
| 06/04/2018 | 122 | Letter MOTION for pre motion conference by Howard Rubin. (Mc Donald, Edward) (Entered: 06/04/2018) |
| 06/04/2018 | 123 | Letter MOTION for pre motion conference by Jennifer Powers. (Eilender, Jeffrey) (Entered: 06/04/2018) |
| 06/05/2018 | | SCHEDULING ORDER: A premotion conference is scheduled for June 11, 2018 at 1:30 PM in Courtroom 8D South. Plaintiffs shall file a letter response to defendants' 122 123 letters by June 8, 2018. Ordered by Judge Brian M. Cogan on 6/5/2018. (Weisberg, Peggy) (Entered: 06/05/2018) |
| 06/05/2018 | 124 | Letter MOTION for Extension of Time to File Response/Reply as to 110 MOTION for Sanctions *pursuant to Rule 11 of the Federal Rules of Civil Procedure for one week to June 14* by Yifat Schnur. (Breslin, Eric) (Entered: 06/05/2018) |
| 06/05/2018 | | ORDER granting 124 . Defendant Schnur's reply due by 6/14/2018. Ordered by Judge Brian M. Cogan on 6/5/2018. (Weisberg, Peggy) (Entered: 06/05/2018) |
| 06/05/2018 | 125 | Letter MOTION to Adjourn Conference by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Balestriere, John) (Entered: 06/05/2018) |
| 06/05/2018 | | ORDER granting in part 125 Motion to Adjourn Conference. Premotion Conference adjourned to 6/19/2018 at 11:15 am in Courtroom 8D South. Ordered by Judge Brian M. Cogan on 6/5/2018. (Weisberg, Peggy) (Entered: 06/05/2018) |
| 06/06/2018 | 126 | Letter MOTION to Adjourn Conference by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Balestriere, John) (Entered: 06/06/2018) |
| 06/06/2018 | 127 | Letter MOTION for Leave to File Excess Pages *Regarding Plaintiffs' Response to Defendants' Letters Seeking Disqualification* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Balestriere, John) (Entered: 06/06/2018) |
| 06/06/2018 | | ORDER granting 126 . Premotion Conference adjourned to 6/26/2018 at 4:30 pm in Courtroom 8D South. Ordered by Judge Brian M. Cogan on 6/6/2018. (Weisberg, Peggy) (Entered: 06/06/2018) |
| 06/07/2018 | | ORDER granting plaintiffs' 127 Motion for Leave to File Excess Pages. Ordered by Judge Brian M. Cogan on 6/7/2018. (Weisberg, Peggy) (Entered: 06/07/2018) |
| 06/08/2018 | 128 | RESPONSE in Opposition re 122 Letter MOTION for pre motion conference , 123 Letter MOTION for pre motion conference filed by All Plaintiffs. (Balestriere, John) (Entered: 06/08/2018) |
| 06/11/2018 | 129 | ORDER granting defendant Rubin's 107 Motion for Reconsideration; 109 are therefore DENIED. ( Ordered by Judge Brian M. Cogan on 6/11/2018 ) (Guzzi, Roseann) (Entered: 06/11/2018) |
| 06/13/2018 | 130 | ANSWER to 66 Amended Complaint , COUNTERCLAIM against Stephanie Caldwell, Kristina Hallman, Hillary Lawson by Howard Rubin. (Mc Donald, Edward) (Entered: 06/13/2018) |
| 06/13/2018 | 131 | ANSWER to 66 Amended Complaint , THIRD PARTY COMPLAINT against Rosemarie Peterson, Lauren Fuller, COUNTERCLAIM against Stephanie Caldwell, Kristina Hallman, Moira Hathaway, Hillary Lawson, Macey Speight by Jennifer Powers. (Grover, Douglas) (Entered: 06/13/2018) |

| | | |
|---|---|---|
| 06/13/2018 | 132 | Letter *Enclosing Sealed Exhibits to Powers' Answer, re: 131* by Jennifer Powers (Attachments: # 1 Exhibit Ex. 1, # 2 Exhibit Ex. 2, # 3 Exhibit Ex. 3, # 4 Exhibit Ex. 4, # 5 Exhibit Ex. 5, # 6 Exhibit Ex. 6, # 7 Exhibit Ex. 7, # 8 Exhibit Ex. 8, # 9 Exhibit Ex. 9) (Lavigne–Albert, Jolene) (Entered: 06/13/2018) |
| 06/14/2018 | 133 | REPLY in Support re 110 MOTION for Sanctions *pursuant to Rule 11 of the Federal Rules of Civil Procedure* filed by Yifat Schnur. (Attachments: # 1 Declaration of Eric R. Breslin, # 2 Exhibit 1 to Breslin Declaration, # 3 Exhibit 2 to Breslin Declaration) (Breslin, Eric) (Entered: 06/14/2018) |
| 06/18/2018 | 134 | MEMORANDUM in Opposition re 121 1 – Sealed Document CV,,,, Memorandum in Support,,,, Affidavit in Support of Motion,,, filed by All Plaintiffs. (Balestriere, John) (Entered: 06/18/2018) |
| 06/18/2018 | 135 | DECLARATION re 134 Memorandum in Opposition *Motion for Sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Balestriere, John) (Entered: 06/18/2018) |
| 06/19/2018 | | **Set/Reset Hearing Time: Premotion Conference previously set at 4:30 pm on 6/26/2018 is reset to 11:30 am in Courtroom 8D South.** (Weisberg, Peggy) (Entered: 06/19/2018) |
| 06/25/2018 | 136 | Letter *re Discovery Dispute (filed Jointly)* by Jennifer Powers (Grover, Douglas) (Entered: 06/25/2018) |
| 06/25/2018 | 137 | Letter *Enclosing Sealed Exhibits to Letter re Discovery Dispute (filed Jointly), re: 136* by Jennifer Powers (Attachments: # 1 Exhibit Ex. 1, # 2 Exhibit Ex. 2, # 3 Exhibit Ex. 3, # 4 Exhibit Ex. 4, # 5 Exhibit Ex. 5, # 6 Exhibit Ex. 6, # 7 Exhibit Ex. 7, # 8 Exhibit Ex. 8) (Lavigne–Albert, Jolene) (Entered: 06/25/2018) |
| 06/25/2018 | | SCHEDULING ORDER. In light of the discovery dispute 136 filed theday before the next conference in this case, the conference previouslyscheduled for 6/26/2018 is adjourned to 7/05/2018 at 9:00 AM in Courtroom 8D South. The Court deems defendants' letters 122 , 123 for a premotion conference on the motion to disqualify to be their motions. Plaintiffs' letter opposition 128 is deemed their opposition. The parties should be fully prepared to present their positions on both the motions to disqualify and the discovery dispute at the conference on 07/05/2018, as the Court plans to rule on both from the bench. Ordered by Judge Brian M. Cogan on 6/25/2018. (Clarke, Melonie) (Entered: 06/25/2018) |
| 06/25/2018 | 138 | REPLY in Support re 120 MOTION for Sanctions filed by Howard Rubin. (Mc Donald, Edward) (Entered: 06/25/2018) |
| 06/27/2018 | 139 | Letter MOTION for pre motion conference re 130 Answer to Amended Complaint, Counterclaim, 131 Answer to Amended Complaint,, Third Party Complaint,, Counterclaim, *for Motion to Dismiss Counterclaims* by Stephanie Caldwell, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (McNeil, Jillian) (Entered: 06/27/2018) |
| 06/27/2018 | 140 | Letter MOTION for pre motion conference re 66 Amended Complaint *for Motion to Amend* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (McNeil, Jillian) (Entered: 06/27/2018) |
| 06/27/2018 | | ORDER deferring ruling on 139 Motion for Pre Motion Conference. The premotion conference is waived. This letter is deemed to constitute plaintiffs' motion to dismiss the counterclaims. Defendants' opposition due 7/5/18. The conference/hearing set for 7/5/18 is adjourned to 7/12/18 at 9:00 a.m. at which time the Court will hear this motion as well as the other pending matters. Ordered by Judge Brian M. Cogan on 6/27/2018. (Cogan, Brian) (Entered: 06/27/2018) |
| 06/27/2018 | | ORDER deferring ruling on 140 Motion for Pre Motion Conference for Motion to Amend. The premotion conference is waived. This letter is deemed to constitute plaintiffs' motion to amend the complaint. Defendants' opposition due 7/5/18. The Court will hear this motion as well as the other pending matters at the conference/hearing now set for 7/12/2018. Ordered by Judge Brian M. Cogan on |

| | | |
|---|---|---|
| | | 6/27/2018. (Clarke, Melonie) (Entered: 06/27/2018) |
| 07/05/2018 | 141 | RESPONSE in Opposition re 139 Letter MOTION for pre motion conference re 130 Answer to Amended Complaint, Counterclaim, 131 Answer to Amended Complaint,, Third Party Complaint,, Counterclaim, *for Motion to Dismiss Counterclaims* filed by Jennifer Powers. (Eilender, Jeffrey) (Entered: 07/05/2018) |
| 07/05/2018 | 142 | RESPONSE in Opposition re 140 Letter MOTION for pre motion conference re 66 Amended Complaint *for Motion to Amend with Sealed Exhibit* filed by Jennifer Powers. (Eilender, Jeffrey) (Entered: 07/05/2018) |
| 07/05/2018 | 143 | Letter MOTION for Leave to Electronically File Document under Seal *re: 142* by Jennifer Powers. (Attachments: # 1 Exhibit 1) (Eilender, Jeffrey) (Entered: 07/05/2018) |
| 07/05/2018 | 144 | RESPONSE in Opposition re 139 Letter MOTION for pre motion conference re 130 Answer to Amended Complaint, Counterclaim, 131 Answer to Amended Complaint,, Third Party Complaint,, Counterclaim, *for Motion to Dismiss Counterclaims* filed by Howard Rubin. (Rosenberg, Benjamin) (Entered: 07/05/2018) |
| 07/05/2018 | 145 | RESPONSE in Opposition re 140 Letter MOTION for pre motion conference re 66 Amended Complaint *for Motion to Amend* filed by Howard Rubin. (Rosenberg, Benjamin) (Entered: 07/05/2018) |
| 07/06/2018 | 146 | Letter MOTION for pre motion conference *Regarding Discovery Dispute Jointly Submitted by Plaintiffs and Defendants* by Stephanie Caldwell, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (McNeil, Jillian) (Entered: 07/06/2018) |
| 07/06/2018 | 147 | Letter MOTION for Leave to Electronically File Document under Seal *re: 146* by Stephanie Caldwell, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (McNeil, Jillian) (Entered: 07/06/2018) |
| 07/09/2018 | 148 | Letter *Requesting Permission to Use Electronic Devices* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (McNeil, Jillian) (Entered: 07/09/2018) |
| 07/09/2018 | 149 | Letter *Requesting Permission to Use Electronic Devices* by Jennifer Powers (Lavigne–Albert, Jolene) (Entered: 07/09/2018) |
| 07/09/2018 | 150 | Letter MOTION for pre motion conference re 146 Letter MOTION for pre motion conference *Regarding Discovery Dispute Jointly Submitted by Plaintiffs and Defendants Corrected* by Stephanie Caldwell, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (McNeil, Jillian) (Entered: 07/09/2018) |
| 07/09/2018 | | ORDER granting 148 149 . Counsel for plaintiffs and defendant Powers are permitted to bring their laptops, cellphones and iPads to the hearing scheduled for 7/12/2018. Ordered by Judge Brian M. Cogan on 7/9/2018. (Weisberg, Peggy) (Entered: 07/09/2018) |
| 07/11/2018 | 151 | Letter *Regarding Exhibits to 150* by Stephanie Caldwell, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (McNeil, Jillian) (Entered: 07/11/2018) |
| 07/11/2018 | 152 | NOTICE OF APPEAL as to 105 Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,,,,, by Lauren Fuller. Filing fee $ 505, receipt number 0207–10574873. Appeal Record due by 7/25/2018. (Balestriere, John) (Entered: 07/11/2018) |
| 07/11/2018 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 152 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 07/11/2018) |

| | | |
|---|---|---|
| 07/11/2018 | | **Set/Reset Hearing TIME: Hearing set for tomorrow, July 12 at 9:00 am is reset to 10:00 am in Courtroom 8D South.** (Weisberg, Peggy) (Entered: 07/11/2018) |
| 07/12/2018 | | Minute Entry and Order for Conference regarding pending motions and discovery disputes held before Judge Brian M. Cogan on 07/12/2018. Counsel for plaintiffs, defendants Rubin and Powers, and now–dismissed defendant Schnur present. The parties withdrew the following motions and claims on the record at the conference: defendant Rubin's and defendant Powers' motions for a pre–motion conference to disqualify plaintiff's counsel, 122 , 123 ; the discovery motions filed on the docket at 136 , 146 , and 150 ; defendant Powers' counterclaim for contribution based on plaintiffs' TVPA claim; plaintiffs' motion to dismiss the counterclaims 139 ; and defendants' objection to plaintiffs' motion to amend the amended complaint. Plaintiffs' motion to amend 140 is granted; plaintiffs are directed to file their second amended complaint with the changes described at the conference.<br><br>The Court also ruled on the following motions: now–dismissed defendant Schnur's motion for sanctions 110 is granted. Schnur should file a motion for attorneys' fees in accordance with Fed. R.Civ. P. 54 and the Local Rules of this Court. Defendant Rubin's motion for sanctions 120 is denied with leave to renew after the close of the case. Fact discovery will close October 16, 2018; expert discovery will close December 18, 2018. See transcript for details. (Court Reporter: Charleane Heading). (Weisberg, Peggy) (Entered: 07/12/2018) |
| 07/26/2018 | 153 | MOTION for Attorney Fees by Yifat Schnur. (Attachments: # 1 Memorandum in Support of Motion for Attorney's Fees, # 2 Exhibit B – Declaration of Eric R. Breslin, # 3 Exhibit C – Declaration of Melissa S. Geller, # 4 Exhibit D – Declaration of Leah A. Mintz) (Breslin, Eric) (Entered: 07/26/2018) |
| 07/26/2018 | 154 | Letter MOTION for Leave to Electronically File Document under Seal *re: Exhibit A to Motion for Attorney Fees (Dkt. 153)* by Yifat Schnur. (Attachments: # 1 Exhibit A) (Breslin, Eric) (Entered: 07/26/2018) |
| 07/27/2018 | | ORDER denying 154 Motion for Leave to Electronically File Document under seal. "How much money was expended to defend... this frivolous lawsuit" is not sensitive information and not a reason to file billing statements under seal. Defendant Schnur has not cited any cases to support her statement that billing information is "not generally made public" (nor does her statement comport with the Court's experience). Furthermore, there is a public interest in knowing that awards of attorneys' fees are properly supported. Defendant Schnur should file her supporting exhibit publicly. She may, however, redact any personal information or financial account numbers in it. Ordered by Judge Brian M. Cogan on 7/27/2018. (Weisberg, Peggy) (Entered: 07/27/2018) |
| 07/27/2018 | 155 | EXHIBIT *A to Motion for Attorney Fees* by Yifat Schnur. Related document: 153 MOTION for Attorney Fees filed by Yifat Schnur. (Breslin, Eric) (Entered: 07/27/2018) |
| 08/09/2018 | 156 | MEMORANDUM in Opposition re 153 MOTION for Attorney Fees filed by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Declaration of John G. Balestriere, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H) (Balestriere, John) (Entered: 08/09/2018) |
| 08/09/2018 | 157 | DECLARATION re 156 Memorandum in Opposition, by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Attachments: # 1 Exhibit A, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E) (Balestriere, John) (Entered: 08/09/2018) |
| 08/09/2018 | 158 | Letter MOTION for Leave to Electronically File Document under Seal *re: 156 & 157* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Exhibit A, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E) (Balestriere, John) (Entered: 08/09/2018) |
| 08/10/2018 | 159 | Letter MOTION for Leave to Electronically File Document under Seal *Regarding 156 and 157* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Exhibit A, # 2 |

| | | |
|---|---|---|
| | | Exhibit C, # 3 Exhibit D, # 4 Exhibit E) (Balestriere, John) (Entered: 08/10/2018) |
| 08/16/2018 | 160 | REPLY in Support re 153 MOTION for Attorney Fees filed by Yifat Schnur. (Attachments: # 1 Supplemental Declaration of Eric R. Breslin, # 2 Exhibit A – July 12 Transcript, # 3 Exhibit B – John G. Balestriere Website Profile, # 4 Exhibit C – Jillian L. McNeil Website Profile, # 5 Exhibit D – Email from Eric Breslin to Brian Grossman) (Breslin, Eric) (Entered: 08/16/2018) |
| 08/17/2018 | 161 | AMENDED COMPLAINT against Doe Company, Jennifer Powers, Howard Rubin, filed by Kristina Hallman, Hillary Lawson, Rosemarie Peterson, Stephanie Caldwell, Lauren Fuller, Moira Hathaway, Macey Speight. (Attachments: # 1 Exhibit A – Second Amended Complaint Redline) (Balestriere, John) (Entered: 08/17/2018) |
| 08/24/2018 | 162 | STIPULATION to Extend Fact Discovery for Deposition of Howard Rubin by Howard Rubin (Mc Donald, Edward) (Entered: 08/24/2018) |
| 08/24/2018 | 163 | Letter MOTION for Discovery Regarding Discovery Dispute Jointly Submitted by Plaintiffs and Defendants by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Grossman, Brian) (Entered: 08/24/2018) |
| 08/27/2018 | 164 | ORDER re 162 Stipulation to Extend Fact Discovery for Deposition of Howard Rubin. ( Ordered by Judge Brian M. Cogan on 8/24/2018 ) (Guzzi, Roseann) (Entered: 08/27/2018) |
| 08/29/2018 | | ORDER denying 163 . The material plaintiffs seek is irrelevant to the claims remaining in this case, none of which require them to prove a "venture." Plaintiffs may advance whatever theory of the case they wish, but that is not license to go on a fishing expedition through defendants' personal lives in the hopes of uncovering another plaintiff.

The Court has previously warned both parties about bringing frivolous discovery disputes. Plaintiffs are therefore ORDERED to pay defendants reasonable attorneys' fees for having to litigate this discovery dispute in the total amount of $1000 (to be divided evenly among both defendants). Plaintiffs must file notice on the docket of their payment by 9/5/2018. Ordered by Judge Brian M. Cogan on 8/29/2018. (Weisberg, Peggy) (Entered: 08/29/2018) |
| 08/31/2018 | 165 | CASE MANAGEMENT STATEMENT filed by Jennifer Powers, Proposed Scheduling Order Pursuant to FRCP 16 and 26(f) by Jennifer Powers (Grover, Douglas) (Entered: 08/31/2018) |
| 09/04/2018 | 166 | SCHEDULING ORDER/CIVIL CASE MANAGEMENT PLAN is hereby adopted. ( Ordered by Judge Brian M. Cogan on 8/31/18 ) (Guzzi, Roseann) (Entered: 09/04/2018) |
| 09/04/2018 | 167 | Letter Regarding Proof of Payment by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Grossman, Brian) (Entered: 09/04/2018) |
| 09/05/2018 | 169 | MOTION to Quash Subpoena Duces Tecum by Robert Aloi, Pro se. (Guzzi, Roseann) (Entered: 09/07/2018) |
| 09/06/2018 | 168 | ANSWER to 161 Amended Complaint, , COUNTERCLAIM against Stephanie Caldwell by Howard Rubin. (Mc Donald, Edward) (Entered: 09/06/2018) |
| 09/07/2018 | | ORDER REFERRING MOTION: 169 MOTION to Quash Subpoena Duces Tecum by Robert Aloi, Pro se, is referred to Magistrate Judge Gold. Ordered by Judge Brian M. Cogan on 9/7/2018. c/m (Entered: 09/07/2018) |
| 09/07/2018 | 170 | ANSWER to 161 Amended Complaint, , THIRD PARTY COMPLAINT against Hillary Lawson, Macey Speight, Kristina Hallman, Stephanie Caldwell, Rosemarie Peterson, Moira Hathaway, Lauren Fuller, COUNTERCLAIM against Hillary Lawson, Macey Speight, Kristina Hallman, Stephanie Caldwell, Moira Hathaway, Lauren Fuller by Jennifer Powers. (Grover, Douglas) (Entered: 09/07/2018) |
| 09/07/2018 | 171 | Letter Enclosing Sealed Exhibits to Powers' Answer, re: 170 by Jennifer Powers (Attachments: # 1 Exhibit Ex. 1, # 2 Exhibit Ex. 2, # 3 Exhibit Ex. 3, # 4 Exhibit Ex. 4, |

| | | |
|---|---|---|
| | | # 5 Exhibit Ex. 5, # 6 Exhibit Ex. 6, # 7 Exhibit Ex. 7, # 8 Exhibit Ex. 8, # 9 Exhibit Ex. 9) (Lavigne–Albert, Jolene) (Entered: 09/07/2018) |
| 09/07/2018 | | CASE REFERRED to Magistrate Judge Magistrate Judge Steven M. Gold. Motions referred to Steven M. Gold. (Marziliano, August) (Entered: 10/09/2018) |
| 09/11/2018 | 172 | MEMORANDUM in Opposition re 169 MOTION to Quash *Subpoena Duces Tecum by Robert Aloi, Pro se* filed by Howard Rubin. (Rose, Benjamin) (Entered: 09/11/2018) |
| 09/11/2018 | 173 | AFFIDAVIT/DECLARATION in Opposition re 169 MOTION to Quash *Subpoena Duces Tecum by Robert Aloi, Pro se* filed by Howard Rubin. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Rose, Benjamin) (Entered: 09/11/2018) |
| 09/13/2018 | | ORDER TO SHOW CAUSE. Neither plaintiffs' counsel nor now–dismissed–defendant Schnur have submitted any information about Balestriere Fariello's ability to pay a sanction. If plaintiffs' counsel wish to submit financial information (such as the firm's current account statements or its most recent tax return) under seal, they must do so no later than September 24, 2018. Ordered by Judge Brian M. Cogan on 9/13/2018. (Weisberg, Peggy) (Entered: 09/13/2018) |
| 09/17/2018 | 175 | Answers to opposition from Howard Rubin to Quash Subpoena Duces Tecum submitted by Robert Aloi, pro se. (Guzzi, Roseann) (Entered: 09/20/2018) |
| 09/19/2018 | 174 | MANDATE of USCA as to 152 Notice of Appeal filed by Lauren Fuller. The parties in the above–referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42. The stipulation is hereby "So Ordered". Issued as Mandate: 9/17/18. USCA #18–2047 (McGee, Mary Ann) (Entered: 09/19/2018) |
| 09/20/2018 | 176 | STIPULATION *to Extend Fact Discovery for Deposition of Howard Rubin* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Grossman, Brian) (Entered: 09/20/2018) |
| 09/20/2018 | 177 | ORDER re 176 Stipulation to Extend Fact Discovery for Deposition of Howard Rubin. Any future proposed stipulations must include a So Ordered line if Court approval is required. ( Ordered by Judge Brian M. Cogan on 9/20/2018 ) (Guzzi, Roseann) (Entered: 09/20/2018) |
| 09/24/2018 | 178 | Letter MOTION for Leave to File Document *In Camera* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Grossman, Brian) (Entered: 09/24/2018) |
| 09/24/2018 | 179 | RESPONSE to Motion re 178 Letter MOTION for Leave to File Document *In Camera* filed by Yifat Schnur. (Breslin, Eric) (Entered: 09/24/2018) |
| 09/24/2018 | | ORDER denying 178 . The Court's 09/13/2018 Order to Show Cause did not require plaintiffs to submit financial information –– it clearly stated that "[i]f plaintiffs' counsel wish to submit financial information...," they could do so by today. If plaintiffs' counsel choose to submit financial information, it should be filed under seal and for attorney's eyes only. Plaintiffs' counsel may redact account numbers, social security numbers, or other similar sensitive personal information. Ordered by Judge Brian M. Cogan on 9/24/2018. (Weisberg, Peggy) (Entered: 09/24/2018) |
| 09/24/2018 | 180 | Letter *Regarding Plaintiffs' Counsel's Account Statement* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Attachments: # 1 Exhibit Profit and Loss Statement) (Balestriere, John) (Entered: 09/24/2018) |
| 09/26/2018 | 181 | Letter *re Disclosure of Documents* by Jennifer Powers (Grover, Douglas) (Entered: 09/26/2018) |
| 10/02/2018 | 182 | Letter MOTION for pre motion conference *Regarding Motion to Withdraw as to Plaintiff Caldwell* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Grossman, Brian) (Entered: 10/02/2018) |

| | | |
|---|---|---|
| 10/02/2018 | 183 | RESPONSE to Motion re 182 Letter MOTION for pre motion conference *Regarding Motion to Withdraw as to Plaintiff Caldwell* filed by Jennifer Powers. (Eilender, Jeffrey) (Entered: 10/02/2018) |
| 10/02/2018 | | ORDER denying as moot 182 . The premotion conference is waived. Plaintiffs' counsel may file their motion to withdraw as to plaintiff Caldwell. To the extent the motion discloses privileged communications, it may be filed under seal, but a redacted copy shall be publicly filed. The unredacted motion shall be served on plaintiff Caldwell with a copy of this Order. Plaintiff Caldwell is advised that if her counsel's motion to withdraw is granted, she will have 14 days from the date of the Order granting the motion to have new counsel appear on her behalf, or to advise the Court that she wishes to appear pro se, failing either of which her claims will be dismissed. Ordered by Judge Brian M. Cogan on 10/2/2018. (Weisberg, Peggy) (Entered: 10/02/2018) |
| 10/02/2018 | 184 | Letter *Requesting Clarification on Order re 182* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Grossman, Brian) (Entered: 10/02/2018) |
| 10/02/2018 | | ORDER re: 184 . The non−redacted version must be filed *in camera*. Ordered by Judge Brian M. Cogan on 10/2/2018. (Weisberg, Peggy) (Entered: 10/02/2018) |
| 10/02/2018 | 185 | *Plaintiffs'* ANSWER to 170 Answer to Amended Complaint,, Third Party Complaint,, Counterclaim, , ANSWER to 170 Answer to Amended Complaint,, Third Party Complaint,, Counterclaim, by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Balestriere, John) (Entered: 10/02/2018) |
| 10/03/2018 | 186 | MOTION to Withdraw as Attorney *For Plaintiff Caldwell and to Request a Charging Lien* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Memorandum in Support For Leave to Withdraw as Counsel for Plaintiff Caldwell and to Request a Charging Lien, # 2 Declaration of John G. Balestriere, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J) (Grossman, Brian) (Entered: 10/03/2018) |
| 10/03/2018 | 187 | MOTION to Withdraw as Attorney *For Plaintiff Caldwell and to Request a Charging Lien* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Memorandum in Support For Leave to Withdraw as Counsel for Plaintiff Caldwell and to Request a Charging Lien, # 2 Declaration of John G. Balestriere, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J) (Grossman, Brian) (Entered: 10/03/2018) |
| 10/03/2018 | 188 | Letter *Regarding Motion to Withdraw Oral Argument* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Grossman, Brian) (Entered: 10/03/2018) |
| 10/05/2018 | 189 | MEMORANDUM DECISION AND ORDER dated 10/4/18 that Schnur's 153 Motion for Attorneys' fees and costs is granted in part. John G. Balestriere and/or Balestriere Fariello is to pay Schnur a total of $20,000 and to file proof of payment on the docket within 10 days of the date of this order. ( Ordered by Judge Brian M. Cogan on 10/4/2018 ) (Guzzi, Roseann) (Entered: 10/05/2018) |
| 10/09/2018 | 190 | Letter MOTION for Discovery *Regarding Alternative Service* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Exhibit A) (Grossman, Brian) (Entered: 10/09/2018) |
| 10/10/2018 | | ORDER granting 190 motion regarding alternative service. In light of plaintiffs' diligent efforts to serve deposition subpoenas on the two specified witnesses and the circumstantial evidence that the witnesses are attempting to avoid service, plaintiffs may serve the two deposition subpoenas by substitute service by (i) leaving a copy of the subpoena at their places of business; (ii) attaching a copy of the subpoena to the door of their residences; and (iii) mailing a copy of the subpoena to their residences by certified mail. Plaintiffs' counsel should note that only motion 169 has been referred to Judge Gold at this time. Ordered by Judge Brian M. Cogan on 10/10/2018. (Weisberg, Peggy) (Entered: 10/10/2018) |

| | | |
|---|---|---|
| 10/10/2018 | | SCHEDULING ORDER: A telephone conference will be held at **10:00 a.m.** on **October 17, 2018** before the undersigned. Counsel for all parties must participate. Counsel should be prepared to discuss <u>169</u> motion to quash. Counsel for defendant Rubin is directed to immediately forward a copy of this Order to the non party who is proceeding pro se, via return receipt delivery and file proof of service with the Court. Counsel for plaintiff is directed to arrange the call with all parties on the line, then call chambers at 718–613–2560. Adjournment requests will not be considered unless made in accordance with this Court's Individual Rules. Ordered by Magistrate Judge Steven M. Gold on 10/10/2018. (Gillespie, Saudia) (Entered: 10/10/2018) |
| 10/11/2018 | <u>191</u> | MOTION to Unseal Document *Request for Partial Relief from Sealing–Protective Orders* by Yifat Schnur. (McFerrin–Clancy, John) (Entered: 10/11/2018) |
| 10/11/2018 | | ORDER re: <u>191</u> . Any party opposing the motion to unseal must do so by 10/17/2018. Ordered by Judge Brian M. Cogan on 10/11/2018. (Weisberg, Peggy) (Entered: 10/11/2018) |
| 10/12/2018 | <u>192</u> | AFFIDAVIT of Service for Copy of Scheduling Order pursuant to the Court's Order of October 10, 2018 served on Robert Aloi on October 11, 2018, filed by Howard Rubin. (Rose, Benjamin) (Entered: 10/12/2018) |
| 10/12/2018 | <u>193</u> | Letter *Regarding Proof of Payment to Yifat Schnur, Esq.* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Grossman, Brian) (Entered: 10/12/2018) |
| 10/17/2018 | | ORDER granting <u>169</u> Motion to Quash for the reasons stated on the record during the proceeding held today, and without prejudice to defendant Rubin's right to seek reconsideration if he identifies case law supporting his position with respect to the questions raised by the Court. Ordered by Magistrate Judge Steven M. Gold on 10/17/2018. (Gold, Steven) (Entered: 10/17/2018) |
| 10/17/2018 | <u>194</u> | REPLY in Opposition re <u>191</u> MOTION to Unseal Document *Request for Partial Relief from Sealing–Protective Orders* filed by All Plaintiffs. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C) (Grossman, Brian) (Entered: 10/17/2018) |
| 10/17/2018 | <u>195</u> | REPLY in Support *of motion for partial relief from protective orders* filed by Yifat Schnur. (Attachments: # <u>1</u> Exhibit email with opposing counsel) (McFerrin–Clancy, John) (Entered: 10/17/2018) |
| 10/17/2018 | <u>197</u> | Minute Entry: Telephone Conference held on 10/17/2018 before Magistrate Judge Steven M. Gold. Grossman for plaintiffs, Rosenberg and Rose for Rubin, Grover and Lavigne–Albert for Powers. Non–party Aloi, pro se. Mr. Aloi's motion to quash is granted for the reasons stated on the record. Defendant Rubin may move for reconsideration if he identifies case law supporting his position with respect to the questions raised by the Court during today's proceeding. (FTR Log #10:04–10:28.) (Gillespie, Saudia) (Entered: 10/24/2018) |
| 10/18/2018 | <u>196</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on July 12, 2018, before Judge Cogan. Court Reporter/Transcriber Charleane M. Heading, Telephone number 718–613–2643. Email address: cheading@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 11/8/2018. Redacted Transcript Deadline set for 11/19/2018. Release of Transcript Restriction set for 1/16/2019. (Heading, Charleane) (Entered: 10/18/2018) |
| 10/19/2018 | | ORDER granting in part <u>191</u> Motion to Unseal Document. No party objected to Schnur sharing the plaintiffs' real names and the discovery in this case with her new counsel, so that portion of the motion is granted. Schnur must file any state court action using plaintiffs' real names and any discovery marked confidential entirely under seal before moving the state court for leave to proceed under pseudonyms instead. As Schnur proposed in her reply, her counsel should notify counsel for plaintiffs when she moves the state court to so proceed. At no point should Schnur or any other party publicly disclose discovery material or other material that is marked confidential in this case. Ordered by Judge Brian M. Cogan on 10/19/2018. (Dayton, Lauren) (Entered: 10/19/2018) |

| | | |
|---|---|---|
| 10/25/2018 | <u>198</u> | TRANSCRIPT of Proceedings held on October 17, 2018, before Judge Gold. Court Reporter/Transcriber Fiore Reporting and Transcription Service, Inc., Telephone number 203–929–9992. Email address: cmfiore@sbcglobal.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 11/15/2018. Redacted Transcript Deadline set for 11/26/2018. Release of Transcript Restriction set for 1/23/2019. (Hong, Loan) (Entered: 10/25/2018) |
| 10/29/2018 | <u>199</u> | Letter MOTION for Discovery *, Submitted Jointly,* by Jennifer Powers. (Attachments: # <u>1</u> Exhibit Ex. 1, # <u>2</u> Exhibit Ex. 2) (Grover, Douglas) (Entered: 10/29/2018) |
| 10/29/2018 | <u>200</u> | MOTION to Quash *SUBPOENA DUCES TECUM* by Robert Aloi. (Marziliano, August) (Entered: 10/31/2018) |
| 10/31/2018 | | ORDER REFERRING MOTION: <u>200</u> Motion to Quash *Subpoena Duces Tecum* is referred to Magistrate Judge Gold for decision. Ordered by Judge Brian M. Cogan on 10/31/2018. (Weisberg, Peggy) (Entered: 10/31/2018) |
| 11/01/2018 | <u>201</u> | Letter MOTION for pre motion conference *Regarding Spoliation Sanctions* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Balestriere, John) (Entered: 11/01/2018) |
| 11/01/2018 | <u>202</u> | Letter MOTION for Leave to Electronically File Document under Seal *re: <u>201</u>* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E) (Balestriere, John) (Entered: 11/01/2018) |
| 11/01/2018 | | ORDER granting <u>199</u> . Hallman, Lawson, Speight, and Hathaway are ordered to produce their current mobile phones, and any other mobile phones or electronic devices that they may have used during the period relevant to this case to communicate with one another or with the defendants, to the defendants' e–discovery vendor by November 8, 2018. The defendants' e–discovery vendor will retrieve and produce in a useable form all messages exchanged with defendants and with Shon, and, for Hallman's and Lawsons phones, all text messages involving plaintiffs Hallman, Lawson, and Caldwell since August 1, 2016. Defendants are ordered to pay all reasonable costs associated with compliance with the aforementioned order and to provide replacement phones for Hallman, Lawson, Speight, and Hathaway while their phones are in the custody of defendants or defendants' e–discovery vendor. Plaintiffs' counsel shall have the opportunity to review any documents retrieved under this order for privilege. The Court also expects the parties to continue the depositions of Hallman and Lawson, as the parties have agreed. Fact discovery is extended until November 30, 2018 solely for the purpose of complying with this Order. Ordered by Judge Brian M. Cogan on 11/1/2018. (Weisberg, Peggy) (Entered: 11/01/2018) |
| 11/02/2018 | | ORDER denying <u>201</u> <u>202</u> . This is a discovery dispute not presented in accordance with this Court's practice rules regarding discovery disputes. Ordered by Judge Brian M. Cogan on 11/2/2018. (Weisberg, Peggy) (Entered: 11/02/2018) |
| 11/05/2018 | | ORDER re <u>200</u> MOTION to Quash *SUBPOENA DUCES TECUM* filed by Robert Aloi: On October 29, 2018, non–party Robert Aloi filed a motion to quash a subpoena served upon AT&T. Any opposition to the motion shall be filed by November 9, 2018. Failure to submit opposition by that date will result in the motion being granted as unopposed.Ordered by Magistrate Judge Steven M. Gold on 11/5/2018. (Gold, Steven) (Entered: 11/05/2018) |
| 11/06/2018 | | ORDER re: <u>187</u> . Plaintiffs' counsel is ordered to file proof of the service by 11/9/2018 that it complied with the Court's 10/02/2018 order to serve plaintiff Caldwell with copies of the unredacted motion to withdraw and the Court's order permitting plaintiffs' counsel to move to withdraw. Ordered by Judge Brian M. Cogan on 11/6/2018. (Weisberg, Peggy) (Entered: 11/06/2018) |

| | | |
|---|---|---|
| 11/08/2018 | 203 | Letter *Regarding Proof of Service* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Attachments: # 1 Exhibit A) (Balestriere, John) (Entered: 11/08/2018) |
| 11/09/2018 | 204 | ORDER dated 11/8/18 that In light of her counsel's withdrawal, within 14 days of the date of this order, new counsel must appear on Caldwells behalf or she must advise the Court that she intends to represent herself. If she fails to do either of those things within 14 days, her claims will be dismissed. Plaintiffs counsel is directed to serve Caldwell with a copy of this order and to file proof of service on the docket re 187 MOTION to Withdraw as Attorney *For Plaintiff Caldwell and to Request a Charging Lien.* ( Ordered by Judge Brian M. Cogan on 11/8/2018 ) (Guzzi, Roseann) (Entered: 11/09/2018) |
| 11/09/2018 | 205 | Letter *Regarding Proof of Service of 204* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Attachments: # 1 Exhibit A) (Balestriere, John) (Entered: 11/09/2018) |
| 11/09/2018 | 206 | MEMORANDUM in Opposition re 200 MOTION to Quash *SUBPOENA DUCES TECUM* filed by Howard Rubin. (Attachments: # 1 Declaration of Benjamin M. Rose In Opposition to Aloi's Motion to Quash Subpoena, # 2 Exhibit 1., # 3 Exhibit 2., # 4 Exhibit 3., # 5 Exhibit 4.) (Rose, Benjamin) (Entered: 11/09/2018) |
| 11/16/2018 | 208 | Robert Aloi's Answers to defendant Howard Rubin's Memorandum of Law in Opposition to Motion to Quash Suboena Duces Tecum filed by Robert Aloi, pro se. (Guzzi, Roseann) (Entered: 11/20/2018) |
| 11/19/2018 | 207 | ORDER denying 200 Motion to Quash Ordered by Magistrate Judge Steven M. Gold on 11/19/2018. (Gold, Steven) (Entered: 11/19/2018) |
| 11/25/2018 | | ORDER granting 186 187 Motion to Withdraw as Attorney in light of 204 . Attorney John G. Balestriere terminated as to plaintiff Caldwell. Ordered by Judge Brian M. Cogan on 11/25/2018. (Weisberg, Peggy) (Entered: 11/25/2018) |
| 11/28/2018 | 209 | AFFIDAVIT of Service *of the Memorandum and Order on Motion to Quash to Pro Se Non−Party Robert Aloi, via e−mail.*, filed by Howard Rubin. (Rose, Benjamin) (Entered: 11/28/2018) |
| 11/29/2018 | 210 | Letter MOTION for Discovery *Submitted Jointly Regarding Spoliation* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD) (Balestriere, John) (Entered: 11/29/2018) |
| 11/29/2018 | 211 | Letter MOTION for Leave to Electronically File Document under Seal *re: 210* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Balestriere, John) (Entered: 11/29/2018) |
| 12/02/2018 | | ORDER granting 211 motion to file under seal and granting in part and denying in part 210 spoliation motion. Plaintiffs have failed to show irreparable prejudice. They do not dispute that they have photographs, which is all the Court would allow them to show to the jury in any event. However, the Court disagrees with defendants that the items and furniture in question are irrelevant to the issue of consent. Specifically, the weight to be given to the disposal of the items and furniture, if any, as an admission by conduct is for the jury to determine, and determination of that will permit the jury to consider the items themselves (e.g., throwing out a set of dinner dishes may be different than throwing out a gag). Whether and how the Court will instruct the jury on that issue will be determined at the charge conference. In addition, defendants are directed to provide the Purple Passion or other credit card records and receipts, to the extent not already provided, for the items and furniture in question within 14 days, and plaintiffs may conduct discovery within 30 days thereafter as necessary to obtain duplicates or substantially identical items and furniture. Ordered by Judge Brian M. Cogan on 12/2/2018. (Weisberg, Peggy) (Entered: 12/02/2018) |

| | | |
|---|---|---|
| 12/04/2018 | | ORDER dismissing all claims by plaintiff Caldwell in light of <u>204</u> . Plaintiff Caldwell has not advised the Court that she intends to represent herself, and no attorney has appeared on her behalf. Plaintiffs' attorney is directed to serve a copy of this Order upon Caldwell and file proof of service that he has done so. Stephanie Caldwell terminated. Ordered by Judge Brian M. Cogan on 12/4/2018. (Weisberg, Peggy) (Entered: 12/04/2018) |
| 12/04/2018 | <u>212</u> | Letter *Regarding Proof of Service* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Attachments: # <u>1</u> Exhibit A) (Balestriere, John) (Entered: 12/04/2018) |
| 12/06/2018 | <u>213</u> | Letter *regarding Discovery Dispute, filed Jointly,* by Jennifer Powers (Grover, Douglas) (Entered: 12/06/2018) |
| 12/06/2018 | <u>214</u> | Letter *Enclosing Sealed Exhibits to Joint Discovery Letter, re: 213* by Jennifer Powers (Attachments: # <u>1</u> Exhibit Defendants' Exhibit 1, # <u>2</u> Exhibit Plaintiffs' Exhibit 1, # <u>3</u> Exhibit Plaintiffs' Exhibit 2, # <u>4</u> Exhibit Plaintiffs' Exhibit 3, # <u>5</u> Exhibit Plaintiffs' Exhibit 4, # <u>6</u> Exhibit Plaintiffs' Exhibit 5, # <u>7</u> Exhibit Plaintiffs' Exhibit 6, # <u>8</u> Exhibit Plaintiffs' Exhibit 7) (Grover, Douglas) (Entered: 12/06/2018) |
| 12/07/2018 | | ORDER REFERRING to Magistrate Judge Gold for disposition <u>213</u> Letter regarding discovery dispute. Ordered by Judge Brian M. Cogan on 12/7/2018. (Weisberg, Peggy) (Entered: 12/07/2018) |
| 12/07/2018 | | **SCHEDULING ORDER: An in−person status conference will be held at 3:30 p.m. on December 13, 2018 in Courtroom 13D South before the undersigned. Counsel shall be prepared to address <u>213</u> Letter regarding discovery dispute. Counsel for all parties must attend. Adjournment requests will not be considered unless made in accordance with this Court's Individual Rules. Ordered by Magistrate Judge Steven M. Gold on 12/7/2018. (Gillespie, Saudia) (Entered: 12/07/2018)** |
| 12/10/2018 | <u>215</u> | Letter *Requesting Permission to Use Electronic Devices* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (McNeil, Jillian) (Entered: 12/10/2018) |
| 12/11/2018 | | ORDER: Application <u>215</u> is granted. The Court assumes it goes without saying but, in an abundance of caution, alerts counsel that any electronic devices brought into the courthouse shall not be used to make or transmit audio or video recordings or still images of the proceedings. Ordered by Magistrate Judge Steven M. Gold on 12/11/2018. (Gillespie, Saudia) (Entered: 12/11/2018) |
| 12/11/2018 | <u>216</u> | Letter *Requesting Permission to Use Electronic Devices* by Jennifer Powers (Lavigne−Albert, Jolene) (Entered: 12/11/2018) |
| 12/12/2018 | | ORDER: <u>216</u> is granted, subject to the same conditions as the Order dated December 11, 2018. Ordered by Magistrate Judge Steven M. Gold on 12/12/2018. (Gillespie, Saudia) (Entered: 12/12/2018) |
| 12/13/2018 | <u>217</u> | Minute Entry: Status Conference held on 12/13/2018 before Magistrate Judge Steven M. Gold. Balestriere, McNeil, and Grossman for plaintiffs; McDonald, Gilbert, and Rose for Rubin; Grover and Lavigne−Albert for Powers.Various discovery rulings on the record, including in summary form the following: (1) Defendants' application to depose plaintiffs' expert is granted. Counsel will confer and attempt to agree on a date and location for the deposition of plaintiffs' expert, and submit a letter on or before December 20, 2018 advising the Court of the date and place agreed upon; (2) Defendants' application to perform a forensic analysis on the images they have made of plaintiffs' phones to determine whether there is evidence of spoliation is granted. The protocol defendants' e−vendor intends to follow will be reduced to a detailed writing and shared with plaintiffs' counsel a reasonable time before it is performed; (3) Plaintiffs who are the subject of the pending application will provide their Instagram passwords to defendants' e−vendor no later than December 13, 2018. The protocol defendants' e−vendor will use to search for messages in plaintiffs' Instagram accounts will be shared with plaintiffs' counsel before it is performed. Any messages retrieved will be provided first to counsel for plaintiffs for review before production to counsel for defendants; (4) plaintiffs will provide a log identifying messages withheld on privilege grounds no later than December 20, 2018; and (5) the Court declines to set time limits for plaintiffs' continued depositions until the documents about which plaintiffs will be questioned have been discovered. Counsel are encouraged to contact |

| | | |
|---|---|---|
| | | my chambers if they believe a court–supervised settlement conference or referral to court–annexed mediation might be productive. (FTR Log #3:25–4:36.) (Gillespie, Saudia) (Entered: 12/14/2018) |
| 12/17/2018 | 218 | TRANSCRIPT of Proceedings held on December 13, 2018, before Judge Gold. Court Reporter/Transcriber TypeWrite Word Processing Service, Telephone number 518–581–8973. Email address: transcripts@typewp.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 1/7/2019. Redacted Transcript Deadline set for 1/17/2019. Release of Transcript Restriction set for 3/18/2019. (Hong, Loan) (Entered: 12/17/2018) |
| 12/20/2018 | 219 | Letter *re: Expert Deposition Pursuant to Court Order Dated December 14, 2018 [Dkt 217]* by Howard Rubin (Gilbert, Michael) (Entered: 12/20/2018) |
| 01/14/2019 | 220 | STIPULATION *to Extend Deadline for Dispositive Motions* by Howard Rubin (Mc Donald, Edward) (Entered: 01/14/2019) |
| 01/15/2019 | 221 | STIPULATION AND ORDER to extend deadline for dispositive motions and for permission to exceed twenty–five page limit for memoranda. ( Ordered by Judge Brian M. Cogan on 1/14/2019 ) (Guzzi, Roseann) (Entered: 01/15/2019) |
| 01/24/2019 | 222 | Letter *re Discovery Dispute (filed Jointly)* by Jennifer Powers (Attachments: # 1 Exhibit Ex. A) (Grover, Douglas) (Entered: 01/24/2019) |
| 01/24/2019 | 223 | Letter *re Discovery Dispute (Filed Jointly) (Unredacted and Under Seal)* by Jennifer Powers (Attachments: # 1 Exhibit Ex. A) (Grover, Douglas) (Entered: 01/24/2019) |
| 01/25/2019 | 224 | First MOTION for Extension of Time to File Response/Reply as to 222 Letter *Regarding Discovery Dispute* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (McNeil, Jillian) (Entered: 01/25/2019) |
| 01/25/2019 | | ORDER: Granting 224 Motion for Extension of Time to File Response/Reply. The time for Plaintiffs to file a response to defendants' discovery letter is extended from January 24, 2019 to January 31, 2019. Plaintiffs may exceed the page limit by four pages. Ordered by Magistrate Judge Steven M. Gold on 1/25/2019. (Gillespie, Saudia) (Entered: 01/25/2019) |
| 01/31/2019 | 225 | Letter *in Opposition to Defendants' Discovery Letter Dkt. No. 223* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Balestriere, John) (Entered: 01/31/2019) |
| 01/31/2019 | 226 | Letter *in Opposition to Defendants' Discovery Letter Dkt. No. 223* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Balestriere, John) (Entered: 01/31/2019) |
| 01/31/2019 | 227 | Letter MOTION for Leave to Electronically File Document under Seal *Plaintiffs' Letter Dkt. No. 226 in Opposition to Defendants' Discovery Letter Dkt. No. 223* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Balestriere, John) (Entered: 01/31/2019) |
| 02/01/2019 | | ORDER: Granting 227 Motion for Leave to Electronically File Document under Seal. Ordered by Magistrate Judge Steven M. Gold on 2/1/2019. (Gillespie, Saudia) (Entered: 02/01/2019) |
| 02/08/2019 | | SCHEDULING ORDER: The Court will hold a conference, in person, at 3:30 PM on February 27, 2019. Counsel shall be prepared to argue the pending discovery disputes outlined in the letters filed as Documents 223 and 226. Counsel for plaintiff shall bring and make available to the Court for its review the approximately 700 text messages withheld on privilege grounds. The Court will consider whether to review those text messages and if so to what extent after hearing from counsel on February 27, 2019. Ordered by Magistrate Judge Steven M. Gold on 2/8/2019. (Gillespie, Saudia) (Entered: 02/08/2019) |

| | | |
|---|---|---|
| 02/08/2019 | 228 | NOTICE of Appearance by Yifat V. Schnur on behalf of Jennifer Powers (aty to be noticed) (Schnur, Yifat) (Entered: 02/08/2019) |
| 02/08/2019 | 229 | Letter *Requesting Permission to File Joint Daubert Motion on Same Briefing Schedule as Summary Judgment Motions* by Jennifer Powers (Eilender, Jeffrey) (Entered: 02/08/2019) |
| 02/08/2019 | | ORDER granting 229 request to file joint Daubert Motion. The briefing schedule is as follows: defendants' motion due 2/13/2019; opposition due by 3/6/2019; reply due by 3/27/2019. Ordered by Judge Brian M. Cogan on 2/8/2019. (Weisberg, Peggy) (Entered: 02/08/2019) |
| 02/12/2019 | 230 | NOTICE of Appearance by Yifat V. Schnur on behalf of Jennifer Powers (notification declined or already on case) (Schnur, Yifat) (Entered: 02/12/2019) |
| 02/13/2019 | 231 | MOTION for Summary Judgment by Howard Rubin. (Attachments: # 1 Memorandum in Support, # 2 Rule 56.1 Statement, # 3 Declaration of Benjamin M. Rose In Support, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Exhibit 25, # 29 Exhibit 26, # 30 Exhibit 27, # 31 Exhibit 28, # 32 Exhibit 29, # 33 Exhibit 30, # 34 Exhibit 31, # 35 Exhibit 32, # 36 Exhibit 33–A, # 37 Exhibit 33–B, # 38 Exhibit 33–C, # 39 Exhibit 33–D, # 40 Exhibit 34, # 41 Exhibit 35, # 42 Exhibit 36, # 43 Exhibit 37, # 44 Exhibit 38, # 45 Exhibit 39, # 46 Exhibit 40, # 47 Exhibit 41, # 48 Exhibit 42, # 49 Exhibit 43, # 50 Exhibit 44, # 51 Exhibit 45, # 52 Exhibit 46, # 53 Exhibit 47, # 54 Exhibit 48, # 55 Exhibit 49, # 56 Exhibit 50, # 57 Exhibit 51, # 58 Exhibit 52, # 59 Exhibit 53, # 60 Exhibit 54, # 61 Exhibit 55, # 62 Exhibit 56, # 63 Exhibit 57, # 64 Exhibit 58, # 65 Exhibit 59, # 66 Exhibit 60, # 67 Exhibit 61, # 68 Exhibit 62, # 69 Exhibit 63, # 70 Exhibit 64, # 71 Exhibit 65, # 72 Exhibit 66, # 73 Exhibit 67, # 74 Exhibit 68, # 75 Exhibit 69, # 76 Exhibit 70, # 77 Exhibit 71, # 78 Exhibit 72, # 79 Exhibit 73, # 80 Exhibit 74, # 81 Exhibit 75, # 82 Exhibit 76, # 83 Exhibit 77, # 84 Exhibit 78, # 85 Exhibit 79, # 86 Exhibit 80, # 87 Exhibit 81, # 88 Exhibit 82, # 89 Exhibit 83, # 90 Exhibit 84, # 91 Exhibit 84–A, # 92 Exhibit 85, # 93 Exhibit 86, # 94 Exhibit 87, # 95 Exhibit 88, # 96 Exhibit 89, # 97 Exhibit 90, # 98 Exhibit 91, # 99 Exhibit 92, # 100 Exhibit 93, # 101 Exhibit 94, # 102 Exhibit 95, # 103 Exhibit 96, # 104 Exhibit 97, # 105 Exhibit 98, # 106 Exhibit 99, # 107 Exhibit 100, # 108 Exhibit 101, # 109 Exhibit 102, # 110 Exhibit 103, # 111 Exhibit 104, # 112 Exhibit 105, # 113 Exhibit 106, # 114 Exhibit 107, # 115 Exhibit 108, # 116 Exhibit 109, # 117 Exhibit 110, # 118 Exhibit 111, # 119 Exhibit 112) (Mc Donald, Edward) (Entered: 02/13/2019) |
| 02/13/2019 | 232 | Joint MOTION to Strike *Expert Testimony (Daubert)* by Jennifer Powers. (Attachments: # 1 Memorandum of Law in Support, # 2 Declaration of Jeffrey M. Eilender in Support, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4) (Eilender, Jeffrey) (Entered: 02/13/2019) |
| 02/13/2019 | 233 | MOTION for Summary Judgment by Jennifer Powers. (Attachments: # 1 Memorandum of Law in Support, # 2 Rule 56.1 Statement, # 3 Declaration of Jolene LaVigne–Albert in Support, # 4 Ex. 1, # 5 Ex. 2, # 6 Ex. 3, # 7 Ex. 4, # 8 Ex. 5, # 9 Ex. 6, # 10 Ex. 7, # 11 Ex. 8, # 12 Ex. 9, # 13 Ex. 10, # 14 Ex. 11, # 15 Ex. 12, # 16 Ex. 13, # 17 Ex. 14, # 18 Ex. 15, # 19 Ex. 16, # 20 Ex. 17, # 21 Ex. 18, # 22 Ex. 19, # 23 Ex. 20, # 24 Ex. 21, # 25 Ex. 22, # 26 Ex. 23, # 27 Ex. 24, # 28 Ex. 25, # 29 Ex. 26, # 30 Ex. 27, # 31 Ex. 28, # 32 Ex. 29, # 33 Ex. 30, # 34 Ex. 31, # 35 Ex. 32, # 36 Ex. 33, # 37 Ex. 34, # 38 Ex. 35, # 39 Ex. 36, # 40 Ex. 37, # 41 Ex. 38, # 42 Ex. 39, # 43 Ex. 40, # 44 Ex. 41, # 45 Ex. 42, # 46 Ex. 43, # 47 Ex. 44, # 48 Ex. 45, # 49 Ex. 46, # 50 Ex. 47, # 51 Ex. 48, # 52 Ex. 49, # 53 Ex. 50, # 54 Ex. 51, # 55 Ex. 52, # 56 Ex. 53, # 57 Ex. 54, # 58 Ex. 55, # 59 Ex. 56, # 60 Ex. 57, # 61 Ex. 58, # 62 Ex. 59, # 63 Ex. 60, # 64 Ex. 61, # 65 Ex. 62, # 66 Ex. 63, # 67 Ex. 64, # 68 Ex. 65, # 69 Declaration of Jennifer Powers in Support, # 70 Ex. 1, # 71 Ex. 2) (Grover, Douglas) (Entered: 02/13/2019) |
| 02/13/2019 | 234 | MOTION for Summary Judgment by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Memorandum in Support, # 2 Rule 56.1 Statement, # 3 Declaration, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 |

| | | |
|---|---|---|
| | | Exhibit M, # 17 Exhibit N, # 18 Exhibit O, # 19 Exhibit P, # 20 Exhibit Q, # 21 Exhibit R, # 22 Exhibit S, # 23 Exhibit T, # 24 Exhibit U) (Balestriere, John) (Entered: 02/13/2019) |
| 02/13/2019 | 235 | Letter MOTION for Leave to Electronically File Document under Seal by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Balestriere, John) (Entered: 02/13/2019) |
| 02/14/2019 | | ORDER denying 235 . In light of the findings contained in the Court's 11/8/2017 order, the Court finds it appropriate to redact the real names of plaintiffs. However, there is no basis to file any of the [231, 232, 233, 234] motions filed on 2/13/2019 entirely under seal. The parties are ordered to publicly file redacted versions of these four submissions in accordance with this order by 2/21/2019. Ordered by Judge Brian M. Cogan on 2/14/2019. (Weisberg, Peggy) (Entered: 02/14/2019) |
| 02/19/2019 | 236 | Letter *Requesting Permission to Use Electronic Devices* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Grossman, Brian) (Entered: 02/19/2019) |
| 02/19/2019 | | ORDER: 236 Letter Requesting Permission to Use Electronic Devices is hereby approved. Ordered by Magistrate Judge Steven M. Gold on 2/19/2019. (Gillespie, Saudia) (Entered: 02/19/2019) |
| 02/21/2019 | 237 | Letter *Requesting Permission to Use Electronic Devices* by Jennifer Powers (Lavigne−Albert, Jolene) (Entered: 02/21/2019) |
| 02/21/2019 | | ORDER: 237 Letter Requesting Permission to Use Electronic Devices is hereby approved. Ordered by Magistrate Judge Steven M. Gold on 2/21/2019. (Gillespie, Saudia) (Entered: 02/21/2019) |
| 02/21/2019 | 238 | MEMORANDUM in Support re 232 Joint MOTION to Strike *Expert Testimony (Daubert) Redacted Version of D.E. 232−1* filed by Jennifer Powers. (Eilender, Jeffrey) (Entered: 02/21/2019) |
| 02/21/2019 | 239 | AFFIDAVIT/DECLARATION in Support re 232 Joint MOTION to Strike *Expert Testimony (Daubert) Redacted Versions of D.E. 232− 2−6* filed by Jennifer Powers. (Attachments: # 1 Ex. 1− Redacted, # 2 Ex. 2, # 3 Ex. 3− Redacted, # 4 Ex. 4− Redacted) (Eilender, Jeffrey) (Entered: 02/21/2019) |
| 02/21/2019 | 240 | MEMORANDUM in Support re 233 Motion for Summary Judgment,,,,, 1 − Sealed Document CV,,,, *Redacted Version of D.E. 233−1* filed by Jennifer Powers. (Grover, Douglas) (Entered: 02/21/2019) |
| 02/21/2019 | 241 | RULE 56.1 STATEMENT re 233 Motion for Summary Judgment,,,,, 1 − Sealed Document CV,,,, *Redacted Version of D.E. 233−2* filed by Jennifer Powers. (Grover, Douglas) (Entered: 02/21/2019) |
| 02/21/2019 | 242 | AFFIDAVIT/DECLARATION in Support re 233 Motion for Summary Judgment,,,,, 1 − Sealed Document CV,,,, *Declaration of Jolene LaVigne−Albert, Redacted Version of D.E. 233−3−68,* filed by Jennifer Powers. (Attachments: # 1 Ex. 1, # 2 Ex. 2, # 3 Ex. 3, # 4 Ex. 4, # 5 Ex. 5, # 6 Ex. 6, # 7 Ex. 7, # 8 Ex. 8, # 9 Ex. 9, # 10 Ex. 10, # 11 Ex. 11, # 12 Ex. 12, # 13 Ex. 13, # 14 Ex. 14, # 15 Ex. 15, # 16 Ex. 16, # 17 Ex. 17, # 18 Ex. 18, # 19 Ex. 19, # 20 Ex. 20, # 21 Ex. 21, # 22 Ex. 22, # 23 Ex. 23, # 24 Ex. 24, # 25 Ex. 25, # 26 Ex. 26, # 27 Ex. 27, # 28 Ex. 28, # 29 Ex. 29, # 30 Ex. 30, # 31 Ex. 31, # 32 Ex. 32, # 33 Ex. 33, # 34 Ex. 34, # 35 Ex. 35, # 36 Ex. 36, # 37 Ex. 37, # 38 Ex. 38, # 39 Ex. 39, # 40 Ex. 40, # 41 Ex. 41, # 42 Ex. 42, # 43 Ex. 43, # 44 Ex. 44, # 45 Ex. 45, # 46 Ex. 46, # 47 Ex. 47, # 48 Ex. 48, # 49 Ex. 49, # 50 Ex. 50, # 51 Ex. 51, # 52 Ex. 52, # 53 Ex. 53, # 54 Ex. 54, # 55 Ex. 55, # 56 Ex. 56, # 57 Ex. 57, # 58 Ex. 58, # 59 Ex. 59, # 60 Ex. 60, # 61 Ex. 61, # 62 Ex. 62, # 63 Ex. 63, # 64 Ex. 64, # 65 Ex. 65) (Grover, Douglas) (Entered: 02/21/2019) |
| 02/21/2019 | 243 | AFFIDAVIT/DECLARATION in Support re 233 Motion for Summary Judgment,,,,, 1 − Sealed Document CV,,,, *Declaration of Jennifer Powers, Redacted Version of D.E. 233−69−71* filed by Jennifer Powers. (Attachments: # 1 Ex. 1, # 2 Ex. 2) (Grover, Douglas) (Entered: 02/21/2019) |
| 02/21/2019 | 244 | MOTION for Summary Judgment by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Memorandum in Support, # 2 Rule 56.1 Statement, # 3 Declaration, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit N, # 18 Exhibit O, # 19 Exhibit P, # 20 Exhibit Q, # 21 Exhibit R, # 22 Exhibit S, # 23 Exhibit T, # 24 Exhibit U) (Grossman, Brian) (Entered: 02/21/2019) |
| 02/21/2019 | 245 | MOTION for Summary Judgment by Howard Rubin. (Attachments: # 1 Memorandum in Support, # 2 Rule 56.1 Statement, # 3 Declaration of Benjamin M. Rose In Support, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Exhibit 25, # 29 Exhibit 26, # 30 Exhibit 27, # 31 Exhibit 28, # 32 Exhibit 29, # 33 Exhibit 30, # 34 Exhibit 31, # 35 Exhibit 32, # 36 Exhibit 33A, # 37 Exhibit 33B, # 38 Exhibit 33C, # 39 Exhibit 33D, # 40 Exhibit 34, # 41 Exhibit 35, # 42 Exhibit 36, # 43 Exhibit 37, # 44 Exhibit 38, # 45 Exhibit 39, # 46 Exhibit 40, # 47 Exhibit 41, # 48 Exhibit 42, # 49 Exhibit 43, # 50 Exhibit 44, # 51 Exhibit 45, # 52 Exhibit 46, # 53 Exhibit 47, # 54 Exhibit 48, # 55 Exhibit 49, # 56 Exhibit 50, # 57 Exhibit 51, # 58 Exhibit 52, # 59 Exhibit 53, # 60 Exhibit 54, # 61 Exhibit 55, # 62 Exhibit 56, # 63 Exhibit 57, # 64 Exhibit 58, # 65 Exhibit 59, # 66 Exhibit 60, # 67 Exhibit 61, # 68 Exhibit 62, # 69 Exhibit 63, # 70 Exhibit 64, # 71 Exhibit 65, # 72 Exhibit 66, # 73 Exhibit 67, # 74 Exhibit 68, # 75 Exhibit 69, # 76 Exhibit 70, # 77 Exhibit 71, # 78 Exhibit 72, # 79 Exhibit 73, # 80 Exhibit 74, # 81 Exhibit 75, # 82 Exhibit 76, # 83 Exhibit 77, # 84 Exhibit 78, # 85 Exhibit 79, # 86 Exhibit 80, # 87 Exhibit 81, # 88 Exhibit 82, # 89 Exhibit 83, # 90 Exhibit 84, # 91 Exhibit 84A, # 92 Exhibit 85, # 93 Exhibit 86, # 94 Exhibit 87, # 95 Exhibit 88, # 96 Exhibit 89, # 97 Exhibit 90, # 98 Exhibit 91, # 99 Exhibit 92, # 100 Exhibit 93, # 101 Exhibit 94, # 102 Exhibit 95, # 103 Exhibit 96, # 104 Exhibit 97, # 105 Exhibit 98, # 106 Exhibit 99, # 107 Exhibit 100, # 108 Exhibit 101, # 109 Exhibit 102, # 110 Exhibit 103, # 111 Exhibit 104, # 112 Exhibit 105, # 113 Exhibit 106, # 114 Exhibit 107, # 115 Exhibit 108, # 116 Exhibit 109, # 117 Exhibit 110, # 118 Exhibit 111, # 119 Exhibit 112) (Mc Donald, Edward) (Attachment 110 replaced due to corruption on 7/19/2021) (Lee, Tiffeny). (Entered: 02/21/2019) |
| 02/25/2019 | | ORDER terminating 244 245 Motions for Summary Judgment as duplicative of 234 231 . Ordered by Judge Brian M. Cogan on 2/25/2019. (Weisberg, Peggy) (Entered: 02/25/2019) |
| 02/26/2019 | | **RE–SCHEDULING ORDER:** The **TIME** of the status conference previously scheduled for February 27, 2019 has moved from 3:30 p.m. to **2:00 p.m.** in Courtroom 13D South before Magistrate Judge Steven M. Gold. Ordered by Magistrate Judge Steven M. Gold on 2/26/2019. (Gillespie, Saudia) (Entered: 02/26/2019) |
| 02/27/2019 | 246 | Letter *Regarding Discovery Conference* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Balestriere, John) (Entered: 02/27/2019) |
| 02/27/2019 | 247 | Minute Entry: Status Conference held on 2/27/2019 before Magistrate Judge Steven M. Gold. Balestriere and Grossman for plaintiffs; McDonald, Gilbert, Rosenberg, and Rose for Rubin; Grover and Lavigne–Albert for Powers; Schnur for Powers and Rubin. First, with respect to defendants' arguments regarding privilege, plaintiffs shall review the text messages withheld on privilege grounds in light of the discussion held today and provide defendants with messages it no longer contends are privileged by March 13, 2019. By the same date, plaintiffs shall provide a copy of the production to the Court with any redacted content highlighted rather than deleted or blacked out. Second, with respect to defendants' arguments regarding text messages withheld on grounds of relevance, the Court will view a sample of the 12,000 withheld messages. By noon tomorrow, defendants shall provide plaintiffs with the date ranges of the withheld messages they seek to have the Court review. By noon on March 1, plaintiffs will provide defendants with the "row numbers" of all withheld messages falling within that date range. By noon on March 4, defendants will provide plaintiffs with the "row numbers" of no more than 100 of the messages. Plaintiffs shall provide the Court with the content of those messages, ex parte, by March 13, 2019. THE COURT WILL HOLD A CONFERENCE TO REVIEW THE 100 SAMPLED MESSAGES, AND ANY QUESTIONS RAISED BY PLAINTIFFS' PRIVILEGE DESIGNATIONS, AT |

| | | |
|---|---|---|
| | | 2:00 PM ON MARCH 19, 2019. (FTR Log #2:12–3:05.) (Gillespie, Saudia) (Entered: 02/28/2019) |
| 02/28/2019 | 248 | Letter *re: 246 Letter re Discovery* by Jennifer Powers (Grover, Douglas) (Entered: 02/28/2019) |
| 03/01/2019 | 249 | TRANSCRIPT of Proceedings held on February 27, 2019, before Judge Gold. Court Transcriber: Typewrite Word Processing Service, Telephone number 518–581–8973. Email address: transcripts@typewp.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 3/22/2019. Redacted Transcript Deadline set for 4/1/2019. Release of Transcript Restriction set for 5/30/2019. (Rocco, Christine) (Entered: 03/01/2019) |
| 03/01/2019 | 250 | Letter *Regarding Discovery Conference* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Balestriere, John) (Entered: 03/01/2019) |
| 03/01/2019 | 251 | Transcript Redaction Request re 249 Transcript,, by attorney Brian L Grossman (Grossman, Brian) (Entered: 03/01/2019) |
| 03/04/2019 | | ORDER:Transcript Redaction Request 251 is hereby approved. Ordered by Magistrate Judge Steven M. Gold on 3/4/2019. (Gillespie, Saudia) (Entered: 03/04/2019) |
| 03/06/2019 | 252 | MEMORANDUM in Opposition re 238 Memorandum in Support *of Defendants' Daubert Motion* filed by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (Balestriere, John) (Entered: 03/06/2019) |
| 03/06/2019 | 253 | MEMORANDUM in Opposition re 232 Joint MOTION to Strike *Expert Testimony (Daubert)* filed by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (Balestriere, John) (Entered: 03/06/2019) |
| 03/06/2019 | 254 | RESPONSE to Motion re 234 Motion for Summary Judgment,,, 1 – Sealed Document CV,, *Memorandum of Law in Opposition* filed by Jennifer Powers. (Attachments: # 1 Response to Plaintiffs' Rule 56.1 Statement, # 2 Declaration of Jolene LaVigne–Albert, # 3 Ex. 66, # 4 Ex. 67, # 5 Ex. 68, # 6 Ex. 69, # 7 Ex. 70, # 8 Ex. 71, # 9 Ex. 72, # 10 Ex. 73, # 11 Ex. 74, # 12 Ex. 75, # 13 Ex. 76) (Eilender, Jeffrey) (Entered: 03/06/2019) |
| 03/06/2019 | 255 | RESPONSE to Motion re 234 Motion for Summary Judgment,,, 1 – Sealed Document CV,, *Memorandum of Law in Opposition, with Redacted Supporting Documents re: 254* filed by Jennifer Powers. (Attachments: # 1 Response to Plaintiffs' Rule 56.1 Statement, # 2 Declaration of Jolene LaVigne–Albert, # 3 Ex. 66, # 4 Ex. 67, # 5 Ex. 68, # 6 Ex. 69, # 7 Ex. 70, # 8 Ex. 71, # 9 Ex. 72, # 10 Ex. 73, # 11 Ex. 74, # 12 Ex. 75, # 13 Ex. 76) (Eilender, Jeffrey) (Entered: 03/06/2019) |
| 03/06/2019 | 256 | RESPONSE to Motion re 234 Motion for Summary Judgment,,, 1 – Sealed Document CV,, *Memorandum of Law in Opposition* filed by Howard Rubin. (Attachments: # 1 Response to Plaintiffs' Rule 56.1 Statement, # 2 Declaration of Benjamin M. Rose, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9) (Mc Donald, Edward) (Entered: 03/06/2019) |
| 03/06/2019 | 257 | RESPONSE to Motion re 234 Motion for Summary Judgment,,, 1 – Sealed Document CV,, *Memorandum of Law in Opposition, with Redacted Supporting Documents* filed by Howard Rubin. (Attachments: # 1 Response to Plaintiffs' Rule 56.1 Statement, # 2 Declaration of Benjamin M. Rose, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9) (Mc Donald, Edward) (Entered: 03/06/2019) |
| 03/07/2019 | 258 | MEMORANDUM in Opposition re 233 Motion for Summary Judgment,,,,, 1 – Sealed Document CV,,,, filed by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Rule 56.1 Statement Opposition to Defendant's 56.1, # 2 Declaration Declaration of John G. Balestriere, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 |

| | | |
|---|---|---|
| | | Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T) (Balestriere, John) (Entered: 03/07/2019) |
| 03/07/2019 | 259 | MEMORANDUM in Opposition re 231 MOTION for Summary Judgment filed by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Rule 56.1 Statement) (Balestriere, John) (Entered: 03/07/2019) |
| 03/07/2019 | 260 | Letter MOTION for Leave to Electronically File Document under Seal *Regarding Dkt Nos. 253, 258 259* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Balestriere, John) (Entered: 03/07/2019) |
| 03/08/2019 | 261 | MEMORANDUM in Opposition re 240 Memorandum in Support *of Powers' Motion for Summary Judgment* filed by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Rule 56.1 Statement Opposition to Defendant's 56.1, # 2 Declaration of John G. Balestriere, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J 1, # 13 Exhibit J 2, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit N, # 18 Exhibit O, # 19 Exhibit P, # 20 Exhibit Q, # 21 Exhibit R, # 22 Exhibit S, # 23 Exhibit T) (Balestriere, John) (Entered: 03/08/2019) |
| 03/08/2019 | 262 | MEMORANDUM in Opposition re 231 MOTION for Summary Judgment *by Defendant Rubin* filed by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Rule 56.1 Statement Opposition to Defendant's 56.1) (Balestriere, John) (Entered: 03/08/2019) |
| 03/11/2019 | | ORDER granting 260 letter motion. In light of the findings contained in the Court's 11/8/2017 order, the Court finds it appropriate to file the documents identified in this letter motion under seal because they contain the real names of plaintiffs. Ordered by Judge Brian M. Cogan on 3/11/2019. (Weisberg, Peggy) (Entered: 03/11/2019) |
| 03/14/2019 | | **SCHEDULING ORDER**: A telephone conference will be held at **2:30 p.m. today** before the undersigned. Counsel for all parties must participate. Plaintiffs' counsel is directed to assemble the parties on the line and call Chambers at 718–613–2560. Ordered by Magistrate Judge Steven M. Gold on 3/14/2019. (Gillespie, Saudia) (Entered: 03/14/2019) |
| 03/14/2019 | 263 | Minute Entry: Telephone Conference held on 3/14/2019 before Magistrate Judge Steven M. Gold. Grossman for plaintiffs, Rosenberg for plaintiffs, Lavigne–Albert for Powers, Schnur for Rubin and Powers. Counsel for plaintiffs confirms the Court's understanding of the materials submitted for in camera review. (FTR Log #2:41–2:49.) (Gillespie, Saudia) (Entered: 03/14/2019) |
| 03/15/2019 | 264 | Letter *to Judge Gold re: Privilege Documents* by Howard Rubin (Mc Donald, Edward) (Entered: 03/15/2019) |
| 03/15/2019 | 265 | Letter *Regarding Defendants' Letter (Dkt No. 264)* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Balestriere, John) (Entered: 03/15/2019) |
| 03/19/2019 | 266 | NOTICE of Appearance by David Alan Forrest on behalf of Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (aty to be noticed) (Forrest, David) (Entered: 03/19/2019) |
| 03/19/2019 | 267 | Letter *Requesting Permission to Use Electronic Devices* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Forrest, David) (Entered: 03/19/2019) |
| 03/19/2019 | | ORDER re 267 Letter filed by Moira Hathaway, Kristina Hallman, Rosemarie Peterson, Lauren Fuller, Hillary Lawson, Macey Speight. The application for permission to bring electronic devices to the conference scheduled for 2:00 pm today is GRANTED. Ordered by Magistrate Judge Steven M. Gold on 3/19/2019. (Gold, Steven) (Entered: 03/19/2019) |

| 03/19/2019 | 268 | Minute Entry: Status Conference held on 3/19/2019 before Magistrate Judge Steven M. Gold. Grossman and Forrest for plaintiffs; Rosenberg, Gilbert, and Rose for Rubin; Lavigne–Albert for Powers; Schnur for Rubin and Powers. Plaintiffs' privilege log and messages withheld on relevance grounds reviewed. Rulings on the record. Counsel are encouraged to contact my chambers if they believe a settlement conference or court–annexed mediation might be productive. (FTR Log #2:15–3:04.) (Salaam, Monisola) (Entered: 03/19/2019) |
|---|---|---|
| 03/22/2019 | 269 | TRANSCRIPT of Proceedings held on March 19, 2019, before Judge Gold. Court Reporter/Transcriber Transcription Plus II, Inc. Email address: laferrara44@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 4/12/2019. Redacted Transcript Deadline set for 4/22/2019. Release of Transcript Restriction set for 6/20/2019. (Hong, Loan) (Entered: 03/22/2019) |
| 03/27/2019 | 270 | REPLY in Support re 233 Motion for Summary Judgment,,,,, 1 – Sealed Document CV,,,, *Memorandum of Law in Further Support* filed by Jennifer Powers. (Grover, Douglas) (Entered: 03/27/2019) |
| 03/27/2019 | 271 | REPLY in Support re 233 Motion for Summary Judgment,,,,, 1 – Sealed Document CV,,,, *and Opposition to Plaintiffs' Rule 56.1 Counter–Statements* filed by Jennifer Powers. (Grover, Douglas) (Entered: 03/27/2019) |
| 03/27/2019 | 272 | REPLY in Support re 233 Motion for Summary Judgment,,,,, 1 – Sealed Document CV,,,, *Declaration of Jolene F. LaVigne–Albert in Further Support* filed by Jennifer Powers. (Attachments: # 1 Ex. 77, # 2 Ex. 78, # 3 Ex. 79, # 4 Ex. 80, # 5 Ex. 81, # 6 Ex. 82, # 7 Ex. 83, # 8 Ex. 84, # 9 Ex. 85, # 10 Ex. 86, # 11 Ex. 87, # 12 Ex. 88, # 13 Ex. 89, # 14 Ex. 90) (Grover, Douglas) (Entered: 03/27/2019) |
| 03/27/2019 | 273 | REPLY in Support re 232 Joint MOTION to Strike *Expert Testimony (Daubert) Memorandum of Law* filed by Jennifer Powers. (Grover, Douglas) (Entered: 03/27/2019) |
| 03/27/2019 | 274 | REPLY in Support re 232 Joint MOTION to Strike *Expert Testimony (Daubert) Declaration of Jeffrey M. Eilender* filed by Jennifer Powers. (Attachments: # 1 Ex. 1, # 2 Ex. 2, # 3 Ex. 3) (Grover, Douglas) (Entered: 03/27/2019) |
| 03/27/2019 | 275 | REPLY in Support re 234 Motion for Summary Judgment,,, 1 – Sealed Document CV,, filed by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Declaration, # 2 Exhibit V, # 3 Exhibit W) (Balestriere, John) (Entered: 03/27/2019) |
| 03/27/2019 | 276 | REPLY in Support re 234 Motion for Summary Judgment,,, 1 – Sealed Document CV,, filed by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Declaration, # 2 Exhibit V, # 3 Exhibit W) (Balestriere, John) (Entered: 03/27/2019) |
| 03/27/2019 | 277 | Letter MOTION for Leave to Electronically File Document under Seal *Regarding Dkt. No. 276* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Balestriere, John) (Entered: 03/27/2019) |
| 03/27/2019 | 278 | REPLY in Support re 233 Motion for Summary Judgment,,,,, 1 – Sealed Document CV,,,, 270 1 – Sealed Document CV, Reply in Support *Memorandum of Law in Further Support– With Redactions* filed by Jennifer Powers. (Grover, Douglas) (Entered: 03/27/2019) |
| 03/27/2019 | 279 | REPLY in Support re 233 Motion for Summary Judgment,,,,, 1 – Sealed Document CV,,,, 271 1 – Sealed Document CV, Reply in Support *and Opposition to Plaintiffs' Rule 56.1 Counter–Statements– With Redactions* filed by Jennifer Powers. (Grover, Douglas) (Entered: 03/27/2019) |
| 03/27/2019 | 280 | REPLY in Support re 272 1 – Sealed Document CV,, Reply in Support, 233 Motion for Summary Judgment,,,,, 1 – Sealed Document CV,,,, *Declaration of Jolene LaVigne–Albert– With Redactions* filed by Jennifer Powers. (Attachments: # 1 Ex. 77, # 2 Ex. 78, # 3 Ex. 79, # 4 Ex. 80, # 5 Ex. 81, # 6 Ex. 82, # 7 Ex. 83, # 8 Ex. 84, # 9 |

| | | |
|---|---|---|
| | | Ex. 85, # <u>10</u> Ex. 86, # <u>11</u> Ex. 87, # <u>12</u> Ex. 88, # <u>13</u> Ex. 89, # <u>14</u> Ex. 90) (Grover, Douglas) (Entered: 03/27/2019) |
| 03/27/2019 | <u>281</u> | RULE 56.1 STATEMENT re <u>231</u> MOTION for Summary Judgment *(Amended Rule 56.1 Statement)* filed by Howard Rubin. (Mc Donald, Edward) (Entered: 03/27/2019) |
| 03/27/2019 | <u>282</u> | REPLY in Support re <u>231</u> MOTION for Summary Judgment filed by Howard Rubin. (Attachments: # <u>1</u> Declaration of Benjamin M. Rose, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Rule 56.1 Statement) (Mc Donald, Edward) (Entered: 03/27/2019) |
| 03/27/2019 | <u>283</u> | RULE 56.1 STATEMENT re <u>231</u> MOTION for Summary Judgment *(Amended Rule 56.1 Statement With Redactions)* filed by Howard Rubin. (Mc Donald, Edward) (Entered: 03/27/2019) |
| 03/27/2019 | <u>284</u> | REPLY in Support re <u>231</u> MOTION for Summary Judgment filed by Howard Rubin. (Attachments: # <u>1</u> Declaration of Benjamin M. Rose, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Rule 56.1 Statement / With Redactions) (Mc Donald, Edward) (Entered: 03/27/2019) |
| 03/28/2019 | | ORDER granting <u>277</u> motion for leave to electronically file document under seal. In light of the findings contained in the Court's 11/8/2017 order, the Court finds it appropriate to file the documents identified in this letter motion under seal because they contain the real names of plaintiffs. Ordered by Judge Brian M. Cogan on 3/28/2019. (Weisberg, Peggy) (Entered: 03/28/2019) |
| 03/29/2019 | <u>285</u> | Letter *re: Correction in Defendant Rubin's Reply Brief [Dkt. No. 282]* by Howard Rubin (Rosenberg, Benjamin) (Entered: 03/29/2019) |
| 03/29/2019 | <u>286</u> | REPLY in Support re <u>282</u> 1 – Sealed Document CV, Reply in Support, <u>231</u> MOTION for Summary Judgment *(Corrected Reply)* filed by Howard Rubin. (Mc Donald, Edward) (Entered: 03/29/2019) |
| 03/29/2019 | <u>287</u> | REPLY in Support re <u>284</u> Reply in Support, <u>231</u> MOTION for Summary Judgment *(Corrected Reply with Redactions)* filed by Howard Rubin. (Mc Donald, Edward) (Entered: 03/29/2019) |
| 04/08/2019 | <u>288</u> | Proposed MOTION to Withdraw as Attorney by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Balestriere, John) (Entered: 04/08/2019) |
| 04/08/2019 | <u>289</u> | Proposed MOTION to Withdraw as Attorney by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Balestriere, John) (Entered: 04/08/2019) |
| 04/08/2019 | | ORDER granting <u>288</u> <u>289</u> Motions to Withdraw as Attorney. Attorneys Jillian Lee McNeil and Brian L. Grossman terminated. Ordered by Judge Brian M. Cogan on 4/8/2019. (Weisberg, Peggy) (Entered: 04/08/2019) |
| 04/08/2019 | | Email Notification Test – DO NOT REPLY (Layne, Monique) (Entered: 04/08/2019) |
| 07/31/2019 | | SCHEDULING ORDER: The Court sets a pretrial schedule as follows: 1) the parties are required to file a Joint Pretrial Order using the form posted on the Court's website by 8/22/2019; 2) the parties are to simultaneously deliver to Chambers a set of those exhibits to which objection has been made, and those portions of deposition testimony that a party intends to offer and to which the adversary objects, both as reflected in the Joint Pretrial Order, so that the Court can rule on the objections at the Final Pretrial Conference to the extent practicable. Exhibits and deposition testimony which the parties may use solely for the purposes of impeachment or rebuttal should be omitted from the Joint Pretrial Order; 3) a Final Pretrial Conference is set for 9/5/2019 at 11:00 A.M. in Courtroom 8D South. Ordered by Judge Brian M. Cogan on 7/31/2019. (Weisberg, Peggy) (Entered: 07/31/2019) |
| 08/01/2019 | <u>291</u> | Letter MOTION for Extension of Time to File *Joint Pretrial Order* by Jennifer Powers, Howard Rubin. (Eilender, Jeffrey) (Entered: 08/01/2019) |
| 08/01/2019 | | ORDER granting <u>291</u> . Joint Pretrial Order is due by 9/23/2019 and the parties are reminded to simultaneously deliver to Chambers those exhibits and deposition testimony as described in the 7/31/2019 Scheduling Order. Pretrial Conference is reset to 10/7/2019 at 10:45 am in Courtroom 8D South. Ordered by Judge Brian M. Cogan on 8/1/2019. (Weisberg, Peggy) (Entered: 08/01/2019) |

| | | |
|---|---|---|
| 08/01/2019 | 292 | Letter MOTION to Adjourn Conference *Pretrial* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Balestriere, John) (Entered: 08/01/2019) |
| 08/02/2019 | | ORDER granting 292 . Pretrial Conference adjourned to 10/23/2019 at 10:00 am in Courtroom 8D South and the parties will file the joint pretrial order by 10/9/2019. Ordered by Judge Brian M. Cogan on 8/2/2019. (Weisberg, Peggy) (Entered: 08/02/2019) |
| 08/02/2019 | 293 | Letter *re: Joint Consent to Unseal the Summary Judgment Order* by Jennifer Powers (Eilender, Jeffrey) (Entered: 08/02/2019) |
| 08/09/2019 | 294 | MOTION for Reconsideration *re: 290 July 29, 2019 Order* by Jennifer Powers. (Attachments: # 1 Memorandum in Support) (Dolan, Richard) (Entered: 08/09/2019) |
| 08/23/2019 | 295 | MEMORANDUM in Opposition re 294 MOTION for Reconsideration *re: 290 July 29, 2019 Order Denying Powers's Motion for Summary Judgment* filed by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Balestriere, John) (Entered: 08/23/2019) |
| 08/30/2019 | 296 | REPLY in Support re 294 MOTION for Reconsideration *re: 290 July 29, 2019 Order* filed by Jennifer Powers. (Dolan, Richard) (Entered: 08/30/2019) |
| 09/05/2019 | 297 | ORDER dated 9/5/19 denying defendant's 294 Motion for Reconsideration as to defendant Jennifer Powers. ( Ordered by Judge Brian M. Cogan on 9/5/2019 ) (Guzzi, Roseann) (Entered: 09/05/2019) |
| 09/10/2019 | 298 | MOTION for Reconsideration re 7 Order on Motion for Protective Order,,,,,,, by Howard Rubin. (Attachments: # 1 Memorandum in Support of Motion for Reconsideration, # 2 Declaration of Benjamin M. Rose In Support of Motion for Reconsideration (REDACTED), # 3 Exhibit A (REDACTED), # 4 Exhibit B (REDACTED), # 5 Exhibit C (REDACTED), # 6 Exhibit D (REDACTED), # 7 Exhibit E (REDACTED), # 8 Exhibit F (REDACTED), # 9 Exhibit G (REDACTED), # 10 Exhibit H (REDACTED), # 11 Exhibit I (REDACTED), # 12 Exhibit J (REDACTED), # 13 Exhibit K (REDACTED)) (Mc Donald, Edward) (Entered: 09/10/2019) |
| 09/10/2019 | 299 | AFFIDAVIT/DECLARATION in Support re 298 MOTION for Reconsideration re 7 Order on Motion for Protective Order,,,,,, filed by Howard Rubin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K) (Mc Donald, Edward) (Entered: 09/10/2019) |
| 09/24/2019 | 300 | MEMORANDUM in Opposition re 298 MOTION for Reconsideration re 7 Order on Motion for Protective Order,,,,,, filed by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Declaration of John G. Balestriere, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F) (Balestriere, John) (Entered: 09/24/2019) |
| 09/25/2019 | 301 | RESPONSE in Opposition re 298 MOTION for Reconsideration re 7 Order on Motion for Protective Order,,,,,, *SEALED* filed by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Attachments: # 1 Declaration in Support of Plaintiffs' Opposition to Defendants' Motion for Reconsideration, # 2 Exhibit A – Article, # 3 Exhibit B – Lawson Dep., # 4 Exhibit C – Letter, # 5 Exhibit D – Email Exchange, # 6 Exhibit E – Rubin Dep., # 7 Exhibit F – NXIVM Order) (Balestriere, John) (Entered: 09/25/2019) |
| 09/25/2019 | 302 | Letter MOTION for Leave to Electronically File Document under Seal *Regarding Dkt. No. 301* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Balestriere, John) (Entered: 09/25/2019) |
| 09/26/2019 | | ORDER granting 302 motion. Sealing is essential to protecting individuals' privacy and is narrowly tailored to protect their privacy. Ordered by Judge Brian M. Cogan on 9/26/2019. (Weisberg, Peggy) (Entered: 09/26/2019) |
| 10/01/2019 | 303 | REPLY to Response to Motion re 298 MOTION for Reconsideration re 7 Order on Motion for Protective Order,,,,,, filed by Howard Rubin. (Attachments: # 1 Declaration of Benjamin M. Rose) (Mc Donald, Edward) (Entered: 10/01/2019) |

| | | |
|---|---|---|
| 10/08/2019 | 304 | Letter MOTION for Extension of Time to File *the Joint Pretrial Order* by Howard Rubin. (Mc Donald, Edward) (Entered: 10/08/2019) |
| 10/08/2019 | | ORDER granting 304 . Joint Pretrial Order due by 10/15/2019. The parties are reminded to simultaneously deliver to Chambers all disputed exhibits and deposition excerpts as described in the 7/31/2019 Scheduling Order. Ordered by Judge Brian M. Cogan on 10/8/2019. (Weisberg, Peggy) (Entered: 10/08/2019) |
| 10/15/2019 | 305 | Proposed Pretrial Order by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Attachments: # 1 Exhibit 1 – Payment Stipulation, # 2 Exhibit 2 – Communication Stipulation) (Balestriere, John) (Entered: 10/15/2019) |
| 10/16/2019 | 306 | Proposed Pretrial Order *Corrected* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight (Attachments: # 1 Exhibit 1 – Payment Stipulation, # 2 Exhibit 2 – Communications Stipulation) (Balestriere, John) (Entered: 10/16/2019) |
| 10/18/2019 | 307 | MEMORANDUM DECISION AND ORDER dated 10/17/19 granting defendants' 298 Motion for Reconsideration to vacate sealing is GRANTED. Within one week of the entry of this order, plaintiffs shall file an amended complaint to include their actual names. ( Ordered by Judge Brian M. Cogan on 10/17/2019 ) (Guzzi, Roseann) (Entered: 10/18/2019) |
| 10/22/2019 | | **Set/Reset Hearing: Final Pretrial Conference previously set for 10/23/2019 is reset to 11/7/2019 at 11:30 AM in Courtroom 8D South.** (Weisberg, Peggy) (Entered: 10/22/2019) |
| 10/25/2019 | 308 | Letter MOTION to Amend/Correct/Supplement *Forthcoming Third Amended Complaint* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Balestriere, John) (Entered: 10/25/2019) |
| 10/25/2019 | 309 | AMENDED COMPLAINT *(Third)* against Jennifer Powers, Howard Rubin, filed by Kristina Hallman, Hillary Lawson, Rosemarie Peterson, Moira Hathaway, Macey Speight, Lauren Fuller. (Balestriere, John) (Entered: 10/25/2019) |
| 10/29/2019 | 310 | Letter MOTION to Amend/Correct/Supplement *Case Caption* by Lauren Fuller, Kristina Hallman, Moira Hathaway, Hillary Lawson, Rosemarie Peterson, Macey Speight. (Schmidt, Matthew) (Entered: 10/29/2019) |
| 10/30/2019 | | ORDER granting 310 Motion to Amend/Correct/Supplement Case Caption. The Clerk of the Court is directed to amend the caption in this case to reflect plaintiffs' real names and to terminate parties that have been dismissed. Ordered by Judge Brian M. Cogan on 10/30/2019. (Weisberg, Peggy) (Entered: 10/30/2019) |
| 11/11/2019 | 311 | AMENDED COMPLAINT *(Fourth)* against Jennifer Powers, Howard Rubin, filed by Brittany Reyes, Mia Lytell, Emma Hopper, Natasha Tagai, Amy Moore, Brittany Hassen. (Balestriere, John) (Entered: 11/11/2019) |
| 11/20/2019 | | Minute Entry and Order for Pre Trial Conference held on 11/7/2019 before Brian M. Cogan. Counsel for all parties present. The Court heard argument and ruled on objections raised by the parties to various exhibits and witnesses. Parties may file motion in limine by 12/5/2019; opposition due 12/19/2019. Jury selection will occur on 3/16/2020 before a Magistrate Judge. Trial shall commence immediately thereafter. See transcript for details (Court Reporter: Annette Montalvo). (Weisberg, Peggy) (Entered: 11/20/2019) |
| 11/27/2019 | 312 | Proposed MOTION to Withdraw as Attorney by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Schmidt, Matthew) (Entered: 11/27/2019) |
| 11/27/2019 | | ORDER granting 312 Motion to Withdraw as Attorney. Attorney David A. Forrest terminated. Ordered by Judge Brian M. Cogan on 11/27/2019. (Weisberg, Peggy) (Entered: 11/27/2019) |
| 12/05/2019 | 313 | MOTION in Limine by Howard Rubin. (Attachments: # 1 Memorandum in Support) (Mc Donald, Edward) (Entered: 12/05/2019) |

| 12/05/2019 | 314 | Notice of MOTION in Limine by Jennifer Powers. (Attachments: # 1 Memorandum in Support) (Grover, Douglas) (Entered: 12/05/2019) |
|---|---|---|
| 12/05/2019 | 315 | MOTION in Limine by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F) (Balestriere, John) (Entered: 12/05/2019) |
| 12/05/2019 | 316 | MOTION in Limine *Sealed* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F) (Balestriere, John) (Entered: 12/05/2019) |
| 12/05/2019 | 317 | Letter MOTION for Leave to Electronically File Document under Seal by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Balestriere, John) (Entered: 12/05/2019) |
| 12/06/2019 | 318 | Letter MOTION to Amend/Correct/Supplement 315 MOTION in Limine *Exhibit* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Attachments: # 1 Exhibit 1) (Schmidt, Matthew) (Entered: 12/06/2019) |
| 12/06/2019 | 319 | Letter MOTION for Leave to Electronically File Document under Seal *Plaintiffs' Motion to Amend* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Schmidt, Matthew) (Entered: 12/06/2019) |
| 12/19/2019 | 320 | MEMORANDUM in Opposition re 316 Motion in Limine,, 1 – Sealed Document CV, 315 MOTION in Limine filed by Howard Rubin. (Mc Donald, Edward) (Entered: 12/19/2019) |
| 12/19/2019 | 321 | MEMORANDUM in Opposition re 314 Notice of MOTION in Limine , 313 MOTION in Limine filed by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Balestriere, John) (Entered: 12/19/2019) |
| 01/17/2020 | | ORDER denying 317 Letter Motion for Leave to Electronically File Document Under Seal, and granting 318 Plaintiffs' Motion to Amend Exhibit and 319 Motion to Amend Exhibit Under Seal. Plaintiffs may redact the real name of former plaintiff on Exhibit F, and any reference to her in plaintiffs' memorandum of law in support of motions in limine, as well as the accompanying exhibits only. But the request to seal plaintiffs' entire memorandum of law and exhibits, due to the few references of this one individual, is denied because the name of this person can be redacted. Ordered by Judge Brian M. Cogan on 1/17/2020. (Weisberg, Peggy) (Entered: 01/17/2020) |
| 01/20/2020 | | ORDER deferring ruling on 313 , 315 . Those portions of these motions pertaining to plaintiffs' alleged prior sexual conduct were not filed under seal as required by Fed. R. Evid. 412. In addition, neither side has asked for an in camera hearing as the Rule permits. If either side wishes to seal those portions of these motions, or if either side desires an in camera hearing, they shall advise the Court by 1/24/2020. Any request for a hearing shall specify why a hearing is necessary and what the Court would learn beyond what has already been set forth in the motions. Ordered by Judge Brian M. Cogan on 1/20/2020. (Clarke, Melonie) (Entered: 01/20/2020) |
| 01/21/2020 | 322 | EXHIBIT *F AMENDED* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. Related document: 315 MOTION in Limine filed by Brittany Reyes, Mia Lytell, Amy Moore, Brittany Hassen, Natasha Tagai, Emma Hopper. (Balestriere, John) (Entered: 01/21/2020) |
| 01/23/2020 | 323 | NOTICE of Appearance by Christine Isaacs on behalf of Howard Rubin (aty to be noticed) (Isaacs, Christine) (Entered: 01/23/2020) |
| 01/23/2020 | 324 | Letter MOTION for Leave to Electronically File Document under Seal *Regarding Motions in Limine* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Attachments: # 1 Exhibit 1 – Dkt. No. 315–1 Proposed Redactions, # 2 Exhibit 2 – Dkt. No. 315–4 Proposed Redactions, # 3 Exhibit 3 – Dkt. No. 321 Proposed Redactions, # 4 Exhibit 4 – Dkt. No. 313–1 Proposed Redactions, # 5 Exhibit 5 – Dkt. No. 320 Proposed Redactions) (Schmidt, Matthew) (Entered: 01/23/2020) |

| | | |
|---|---|---|
| 01/24/2020 | 325 | Letter *re: Response to the Court's Order of January 20, 2020* by Howard Rubin (Mc Donald, Edward) (Entered: 01/24/2020) |
| 01/31/2020 | | ORDER granting 324 . The parties shall immediately make the redactions proposed in 324 to the publicly available versions of defendants' motion in limine 313 and plaintiffs' opposition 315 . Defendants should also immediately refile a sealed and unredacted version of 313 to the Court's docket. Ordered by Judge Brian M. Cogan on 1/31/2020. (Clarke, Melonie) (Entered: 01/31/2020) |
| 01/31/2020 | 327 | ORDER granting in part and denying in part 313 , denying 314 , and granting in part and denying in part 315 and 316 . Portions pertaining to the Court's ruling pursuant to Rule 412 are redacted. Ordered by Judge Brian M. Cogan on 1/31/2020. (Clarke, Melonie) (Entered: 01/31/2020) |
| 02/03/2020 | 328 | MOTION in Limine *(Redacted as per court order dated 1−31−2020)* by Howard Rubin. (Attachments: # 1 Memorandum in Support) (Mc Donald, Edward) (Entered: 02/03/2020) |
| 02/03/2020 | 329 | MOTION in Limine *(Sealed per court order dated 1−31−2020)* by Howard Rubin. (Attachments: # 1 Memorandum in Support) (Mc Donald, Edward) (Entered: 02/03/2020) |
| 02/03/2020 | 330 | MEMORANDUM in Opposition re 316 Motion in Limine,, 1 − Sealed Document CV, *(Redacted per court order dated 1−31−2020)* filed by Howard Rubin. (Mc Donald, Edward) (Entered: 02/03/2020) |
| 02/03/2020 | 331 | MEMORANDUM in Opposition re 316 Motion in Limine,, 1 − Sealed Document CV, *(Sealed per court order dated 1−31−2020)* filed by Howard Rubin. (Mc Donald, Edward) (Entered: 02/03/2020) |
| 02/03/2020 | | ORDER terminating 328 , as disposed of by 327 . Ordered by Judge Brian M. Cogan on 2/3/2020. (Clarke, Melonie) (Entered: 02/03/2020) |
| 02/04/2020 | 332 | Amended MOTION in Limine *REDACTED Pursuant to 2020−01−31 Court Order* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Attachments: # 1 Memorandum in Support REDACTED Pursuant to 2020−01−31 Court Order, # 2 Declaration of John G. Balestriere, # 3 Exhibit A − Text Messages, # 4 Exhibit B − REDACTED Pursuant to 2020−01−31 Court Order, # 5 Exhibit C − Transcript, # 6 Exhibit D − Agreement, # 7 Exhibit E− Text Messages, # 8 Exhibit F − Text Messages) (Balestriere, John) (Entered: 02/04/2020) |
| 02/04/2020 | 333 | MEMORANDUM in Opposition re 329 MOTION in Limine *(Sealed per court order dated 1−31−2020) REDACTED Pursuant to 2020−01−31 Court Order* filed by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Balestriere, John) (Entered: 02/04/2020) |
| 02/04/2020 | | Order terminating 332 , as disposed of by 327 . Ordered by Judge Brian M. Cogan on 2/4/2020. (Clarke, Melonie) Modified on 2/4/2020 to reference DE 327. (Entered: 02/04/2020) |
| 02/13/2020 | 334 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC−12390408. by Howard Rubin. (Attachments: # 1 Affidavit of Nicole C. Delgado, # 2 Exhibit A, # 3 Proposed Order) (Delgado, Nicole) (Entered: 02/13/2020) |
| 02/24/2020 | | NOTICE of Hearing: A jury selection will be held at **9:30 a.m.** on **March 16, 2020** in Courtroom 8−D South before Magistrate Judge Steven M. Gold. The parties must submit by March 9, 2020, proposed questions to ask prospective jurors during voir dire, a short description of the case and a list of the names of all persons, entities, and locations that the parties expect may be mentioned during trial. Only questions specifically addressing the issues to be tried should be submitted; routine background questions are not necessary. (Gillespie, Saudia) (Entered: 02/24/2020) |
| 02/24/2020 | | ORDER: Granting 334 Motion for Leave to Appear Pro Hac Vice. Attorney Nicole Cherie Delgado shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150.00 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Steven M. |

| | | |
|---|---|---|
| | | Gold on 2/24/2020. (Gillespie, Saudia) (Entered: 02/24/2020) |
| 02/24/2020 | | SCHEDULING ORDER: A telephone conference will be held at **11:00 a.m.** on **February 25, 2020** before the undersigned. Counsel for all parties must participate. Counsel for plaintiffs are directed to arrange the call with all parties as well as immediately confirm this conference date and time with defendants' counsel. Adjournment requests will not be considered unless made in accordance with this Court's Individual Rules. Ordered by Magistrate Judge Steven M. Gold on 2/24/2020. (Gillespie, Saudia) (Entered: 02/24/2020) |
| 02/25/2020 | [335](#) | NOTICE of Appearance by Nicole Cherie Delgado on behalf of Howard Rubin (notification declined or already on case) (Delgado, Nicole) (Entered: 02/25/2020) |
| 02/25/2020 | [336](#) | NOTICE of Appearance by Douglas E. Grover on behalf of Jennifer Powers (notification declined or already on case) (Grover, Douglas) (Entered: 02/25/2020) |
| 02/25/2020 | [337](#) | Minute Entry: Telephone Conference held on 2/25/2020 before Magistrate Judge Steven M. Gold. Schmidt, Balestriere and McKenzie for plaintiffs; McDonald, Gilbert, Rosenberg, Delgado, and Rose for Rubin; Grover, Mazer, and Lavigne–Albert for Powers; Schnur for Powers and Rubin. The parties shall submit proposed voir dire and a statement of plaintiffs' claims and defendants' denials and defenses, to be read to prospective jurors to acquaint them with the issues in the case, by March 9, 2020. (Gillespie, Saudia) (Entered: 02/26/2020) |
| 02/28/2020 | [338](#) | NOTICE of Appearance by Jonathan Mazer on behalf of Jennifer Powers (aty to be noticed) (Mazer, Jonathan) (Entered: 02/28/2020) |
| 03/04/2020 | [339](#) | Letter *re: Personal Electronic Devices* by Howard Rubin (Mc Donald, Edward) (Entered: 03/04/2020) |
| 03/05/2020 | | ORDER re [339](#) . The parties are permitted to bring electronic devices and equipment for the duration of trial. Ordered by Judge Brian M. Cogan on 3/5/2020. (Clarke, Melonie) (Entered: 03/05/2020) |
| 03/09/2020 | [340](#) | Proposed Voir Dire by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai (Balestriere, John) (Entered: 03/09/2020) |
| 03/09/2020 | [341](#) | Proposed Voir Dire by Howard Rubin (Attachments: # [1](#) Exhibit A (Redacted)) (Mc Donald, Edward) (Entered: 03/09/2020) |
| 03/09/2020 | [342](#) | Proposed Voir Dire by Howard Rubin (Attachments: # [1](#) Exhibit A (Sealed)) (Mc Donald, Edward) (Entered: 03/09/2020) |
| 03/10/2020 | | **SCHEDULING ORDER: The Court will hold a telephone conference tomorrow, 3/11/2020 at 10:30 AM to discuss whether trial should be adjourned in light of the cancellation or curtailment of public gatherings. Defendants' counsel is directed to arrange and initiate the conference call and the parties will jointly call Chambers no. at 718–613–2230. Ordered by Judge Brian M. Cogan on 3/10/2020.** (Weisberg, Peggy) (Entered: 03/10/2020) |
| 03/11/2020 | | Minute Entry and Order for Telephone Conference held on 3/11/2020 before Judge Brian M. Cogan. Counsel for all sides present on call. Jury Selection and trial scheduled for 3/16/2020 is adjourned. A telephone Conference is set for 4/8/2020 at 10:00 AM. Defendants' counsel is directed to arrange and initiate the conference call and the parties will jointly call Chambers no. at 718–613–2230. Jury Selection before a magistrate judge is reset for 4/27/2020 with trial to follow before Judge Cogan in courtroom 8D South. A back up jury selection and trial date is set for 5/11/2020. So Ordered by Judge Brian M. Cogan. (Clarke, Melonie) (Entered: 03/11/2020) |
| 03/11/2020 | [343](#) | Letter *Requesting Adjournment of Trial Date* by Jennifer Powers (Grover, Douglas) (Entered: 03/11/2020) |
| 03/12/2020 | | ORDER re: [343](#) . Jury Selection will occur on 4/27/2020 and trial will begin on 5/4/2020. If requested, the Court will instruct the jury that parties are not required to attend every day of a trial, especially for one of this length. In addition, this letter should have been designated as an ECF event Letter "Motion" since it seeks relief from the Court. Do not refile the letter. Ordered by Judge Brian M. Cogan on 3/12/2020. (Weisberg, Peggy) (Entered: 03/12/2020) |

| | | |
|---|---|---|
| 03/25/2020 | | ORDER: Pursuant to the Administrative Order and to reduce the size of public gatherings and travel, the jury selection and trial previously scheduled for April 27, 2020 is adjourned. The Court may issue other orders concerning future continuances as necessary and appropriate. The parties are directed to confer and jointly propose alternative dates in May and June (and, if need be) July, to be submitted to the Court by April 3, 2020. Ordered by Judge Brian M. Cogan on 3/25/2020. (Clarke, Melonie) (Entered: 03/25/2020) |
| 04/03/2020 | <u>344</u> | Letter */ Joint response to the Court's Order of March 25, 2020* by Howard Rubin (Mc Donald, Edward) (Entered: 04/03/2020) |
| 04/03/2020 | | ORDER re: <u>344</u> . The parties are advised as follows: (1) the Court considers the risk of a continuing public health situation to be too high to reset the trial in May; (2) the Court has had to cancel a number of trials and is not going to reset any of their trial dates until there is more clarity. This case has a relatively high priority due to its age, and when the Court resets its trial calendar for all the bumped cases, it will take into account the other engagements of the parties and attorneys as set forth in this letter. The parties should alert the Court if those engagements change; and (3) telephone conference scheduled for 4/8/2020 is canceled. Ordered by Judge Brian M. Cogan on 4/3/2020. (Weisberg, Peggy) (Entered: 04/03/2020) |
| 07/25/2020 | | ORDER denying as moot <u>308</u> Motion to Amend/Correct/Supplement in light of the filing of the third and fourth amended complaints. Ordered by Judge Brian M. Cogan on 7/25/2020. (Cogan, Brian) (Entered: 07/25/2020) |
| 10/19/2020 | | SCHEDULING ORDER: Pursuant to the E.D.N.Y.'s Health and Safety Protocols, the Court has scheduled jury trials to be conducted in 2021. This case is scheduled for jury selection before a Magistrate Judge on 4/26/2021; trial shall commence before Judge Cogan immediately thereafter in Courtroom 8D South. The parties shall file joint proposed jury instructions on the first day of trial. See Courthouse Protocols at www.nyed.uscourts.gov. Ordered by Judge Brian M. Cogan on 10/19/2020. (Clarke, Melonie) (Entered: 10/19/2020) |
| 01/04/2021 | <u>345</u> | Letter *Regarding Request to Postpone Trial Date* by Howard Rubin (Mc Donald, Edward) (Entered: 01/04/2021) |
| 01/04/2021 | | ORDER re: <u>345</u> . It is too early to postpone the trial. The situation is so volatile that there is no way to tell what medical and emotional issues like jury sensitivity might or might not stand in the way by next April. In addition, the cessation of jury trials in the district has caused a back up of criminal trials, which will take precedence over civil cases, and may require an adjournment of this trial in any event. Although the Court appreciates defendants' desire to avoid a stop–and–start scenario, that may well be an unavoidable aspect of the judicial process catching up with the pandemic.<br><br>Of course, if both sides were willing to waive jury trial, the Court would have great flexibility in conducting a video bench trial where the witnesses could stay where they are. But the Court should be notified of that possibility only if all parties agree. Ordered by Judge Brian M. Cogan on 1/4/2021. (Weisberg, Peggy) (Entered: 01/04/2021) |
| 01/07/2021 | | Case Reassigned to Chief Magistrate Cheryl L. Pollak. Magistrate Judge Steven M. Gold no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our <u>website</u>. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Gillespie, Saudia) (Entered: 01/07/2021) |
| 03/17/2021 | <u>346</u> | Letter *Regarding Defendants Request For A Postponement of the Trial Date Until September* by Howard Rubin (Mc Donald, Edward) (Entered: 03/17/2021) |
| 03/17/2021 | <u>347</u> | MOTION to Withdraw as Attorney *Benjamin Rose* by Howard Rubin. (Attachments: # <u>1</u> Proposed Order) (Mc Donald, Edward) (Entered: 03/17/2021) |
| 03/17/2021 | <u>348</u> | NOTICE of Appearance by May K Chiang on behalf of Howard Rubin (aty to be noticed) (Chiang, May) (Entered: 03/17/2021) |
| 03/17/2021 | <u>349</u> | ORDER granting <u>347</u> Motion to Withdraw as Attorney. Attorney Benjamin Morgan Rose terminated ( Ordered by Judge Brian M. Cogan on 3/17/2021 ) (Guzzi, Roseann) (Entered: 03/17/2021) |

| | | |
|---|---|---|
| 03/17/2021 | | ORDER re <u>346</u> . The Court has determined that, due to the ongoing COVID–19 pandemic, the jury trial can no longer be safely held on the scheduled date. Jury Selection before a magistrate judge is adjourned to 11/8/2021 with trial to commence on 11/15/2021 in Courtroom 8D South. Ordered by Judge Brian M. Cogan on 3/17/2021. (Clarke, Melonie) (Entered: 03/17/2021) |
| 07/08/2021 | | ORDER REFERRING CASE to the EDNY's Trial Ready Rapid Mediation Pilot Program. Cases that are referred to the Trial Ready Rapid Mediation Pilot will be mediated within 60 days of the referral to the Court's mediation program. Ordered by Judge Brian M. Cogan on 7/8/2021. (Weisberg, Peggy) (Entered: 07/08/2021) |
| 07/08/2021 | | MEDIATION INSTRUCTIONS for Counsel are available at: https://www.nyed.uscourts.gov/adr–forms. <br><br> Counsel are to select a mediator, schedule the first mediation session, and file the name of the mediator, date, time and place of the first mediation session via CM/ECF using the event Selection of Mediator. For a list of the EDNY Mediators and their qualifications, see the Court's website at https://www.nyed.uscourts.gov/adr/Mediation/displayAll.cfm. EDNY Mediators are compensated in accordance with EDNY Local Civil Rule 83.8(f)(1)[formerly EDNY Local Civil Rule 83.11(f)(1)]. <br><br> The Confidentiality Stipulation must be signed at the mediation session by all participants, including the mediator, and sent via email to Robyn_Weinstein@nyed.uscourts.gov. The Confidentiality Stipulation is available at: https://www.nyed.uscourts.gov/adr–forms. <br><br> Upon completion of the mediation, both parties must submit a Mediation Report which can be found at: https://www.nyed.uscourts.gov/adr–forms. The Mediation Report must be e–mailed to nyed_adr@nyed.uscourts.gov within two weeks following mediation session. (Priftakis, Tina) (Entered: 07/08/2021) |
| 09/09/2021 | | SELECTION OF MEDIATOR Marjorie Berman selected as Mediator. The first mediation sessions took place on August 30, 31 and September 1, 2021. The Mediation Report must be e–mailed to nyed_adr@nyed.uscourts.gov within two weeks following mediation session.Mediation Report due by 9/15/2021. (Weinstein, Robyn) (Entered: 09/09/2021) |
| 09/22/2021 | <u>350</u> | Letter *re Trial Schedule* by Jennifer Powers, Howard Rubin (Mc Donald, Edward) (Entered: 09/22/2021) |
| 09/22/2021 | | SCHEDULING ORDER: A telephone conference regarding <u>350</u> is scheduled for 9/24/2021 at 10:00 AM. Parties will use toll–free number 888–684–8852, access code 6427877# and security code 6404#. Ordered by Judge Brian M. Cogan on 9/22/2021. (Weisberg, Peggy) (Entered: 09/22/2021) |
| 09/24/2021 | | Minute Entry and Order for hearing held on 9/24/2021 before Judge Brian M. Cogan. Counsel for parties appeared by telephone. Next telephone status conference is set for 10/26/2021 at 2:15 PM. Parties will use toll–free number 888–684–8852, access code 6427877# and security code 6404#. (Weisberg, Peggy) (Entered: 09/24/2021) |
| 10/13/2021 | | ORDER. The Court has been following the cases with priority ahead of this one that are set for jury selection on November 8th and it appears highly unlikely that those cases are going to resolve. Therefore, to avoid the parties having to unnecessarily make further preparations for trial, the Court reluctantly resets this trial for 2/22/22 for jury selection before a Magistrate Judge with trial to commence immediately thereafter. The status conference scheduled for 10/26/2021 is cancelled. Ordered by Judge Brian M. Cogan on 10/13/2021. (Weisberg, Peggy) (Entered: 10/13/2021) |
| 10/13/2021 | <u>351</u> | Letter *Requesting Adjournment of Trial to March 1, 2022* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai (Balestriere, John) (Entered: 10/13/2021) |
| 10/14/2021 | | TRIAL MANAGEMENT ORDER re <u>351</u> . Jury Selection will be held before a Magistrate Judge on 2/22/2022 with trial to commence on 3/1/2022 at 9:30 AM in Courtroom 8D South. Ordered by Judge Brian M. Cogan on 10/14/2021. (Clarke, Melonie) (Entered: 10/14/2021) |

| 10/18/2021 | | REVISED TRIAL MANAGEMENT ORDER: Jury Selection will be held before a Magistrate Judge on 3/14/2022 with trial to commence on 3/21/2022 at 9:30 AM in Courtroom 8D South. Ordered by Judge Brian M. Cogan on 10/18/2021. (Clarke, Melonie) (Entered: 10/18/2021) |
|---|---|---|
| 10/25/2021 | 352 | NOTICE by Jennifer Powers *Notice of Withdrawal of Attorney* (O'Murchadha, Niall) (Entered: 10/25/2021) |
| 01/25/2022 | | ORDER: Jury Selection before a Magistrate Judge is reset to Wednesday, 3/16/2022. Trial remains to commence on 3/21/2022 at 9:30 AM in Courtroom 8D South. Ordered by Judge Brian M. Cogan on 1/25/2022. (Clarke, Melonie) (Entered: 01/25/2022) |
| 02/23/2022 | 353 | Letter MOTION for Discovery *Regarding Discovery Dispute Jointly Submitted by Plaintiffs and Defendant Rubin* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Schmidt, Matthew) (Entered: 02/23/2022) |
| 02/24/2022 | 354 | Letter *requesting a final pre−trial conference* by Howard Rubin (Mc Donald, Edward) (Entered: 02/24/2022) |
| 02/24/2022 | | ORDER: This matter was assigned to me for jury selection on March 16, 2022. The Court shall hold a telephone conference on March 8, 2022 at 2:00 p.m. The parties shall call the Chambers telephone conference line at (888) 363−4734 and use the access code 4444221 promptly at 2:00 p.m. on March 8, 2022. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy−two (72) hours before the scheduled conference.<br>The parties shall supplement their proposed voir dire with a list of any additional names that will be mentioned at trial, including lawyers, witnesses and any other persons by noon on March 7, 2022. The parties shall meet and confer to make one list that is all inclusive that can be given to prospective jurors to review. Ordered by Magistrate Judge Lois Bloom on 2/24/2022. (Rein, Gilbert) (Entered: 02/24/2022) |
| 02/25/2022 | 355 | ORDER dated 2/25/22 re: The Court resolves the parties' discovery dispute and requests for information about the trial. This Order obviates the need for the requested conference. ( Ordered by Judge Brian M. Cogan on 2/25/2022 ) (Guzzi, Roseann) (Entered: 02/25/2022) |
| 03/02/2022 | 356 | ORDER dated 3/1/22 re: the Court authorizing parties to allow to enter Courthouse with certain items/exhibits. ( Ordered by Judge Brian M. Cogan on 3/1/2022 ) (Guzzi, Roseann) (Entered: 03/02/2022) |
| 03/03/2022 | 357 | MOTION to Withdraw as Attorney *of Nicole Cherie Delgado* by Howard Rubin. (Attachments: # 1 Proposed Order) (Mc Donald, Edward) (Entered: 03/03/2022) |
| 03/03/2022 | | ELECTRONIC ORDER re 357 : Granting Motion to Withdraw as Attorney. Attorney Nicole Cherie Delgado terminated. So Ordered by Chief Magistrate Judge Cheryl L. Pollak on 3/3/2022. (Henney, Scott) (Entered: 03/03/2022) |
| 03/04/2022 | 358 | Letter *re: Trial Logistics* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai (Balestriere, John) (Entered: 03/04/2022) |
| 03/04/2022 | | ORDER denying 358 . Internal pictures of the courtroom are prohibited for security reasons. Any of plaintiffs and defendants attorneys or paralegals who want to view or use a measuring tape for the courtroom can arrange it through the Courtroom Deputy. Ordered by Judge Brian M. Cogan on 3/4/2022. (Weisberg, Peggy) (Entered: 03/04/2022) |
| 03/07/2022 | 359 | Proposed Voir Dire by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai (Schmidt, Matthew) (Entered: 03/07/2022) |
| 03/07/2022 | 360 | Proposed Voir Dire by Howard Rubin (Attachments: # 1 Exhibit A. (Redacted)) (Mc Donald, Edward) (Entered: 03/07/2022) |
| 03/07/2022 | 362 | NOTICE of Appearance by Katherine Anne Boy Skipsey on behalf of Howard Rubin (aty to be noticed) (Boy Skipsey, Katherine Anne) (Entered: 03/07/2022) |
| 03/07/2022 | 363 | Letter *re: Plaintiffs' Proposed Voir Dire* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai (Balestriere, John) (Entered: |

| | | |
|---|---|---|
| | | 03/07/2022) |
| 03/08/2022 | 364 | TRIAL MANAGEMENT ORDER is hereby adopted. ( Ordered by Judge Brian M. Cogan on 3/8/2022 ) (Guzzi, Roseann) (Entered: 03/08/2022) |
| 03/08/2022 | 365 | NOTICE of Appearance by Angela Li on behalf of Jennifer Powers (aty to be noticed) (Li, Angela) (Entered: 03/08/2022) |
| 03/08/2022 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Telephone Conference held on 3/8/2022 (AT&T Log#: 2:17–4:00). (Wilhelm, Samantha) (Entered: 03/08/2022) |
| 03/08/2022 | | ORDER: The Court held a telephone conference regarding jury selection on March 8, 2022. As discussed at the conference, the parties shall submit a revised list of names to be presented to prospective jurors to the Court by March 11, 2022 at noon. The parties shall report to the Ceremonial Courtroom at 225 Cadman Plaza East, Brooklyn, NY 11201 at 8:30 a.m. on March 16, 2022 to select the jury. The Court encourages the parties to redouble their efforts to settle this matter. Ordered by Magistrate Judge Lois Bloom on 3/8/2022. (Wilhelm, Samantha) (Entered: 03/08/2022) |
| 03/09/2022 | 366 | Letter MOTION in Limine *Seeking to Preclude Testimony From Stephanie Caldwell at Trial* by Jennifer Powers. (Attachments: # 1 Exhibit) (Lavigne–Albert, Jolene) (Entered: 03/09/2022) |
| 03/09/2022 | | ORDER re: 366 . Plaintiff shall respond to defendants' letter by 3/14/2022. Ordered by Judge Brian M. Cogan on 3/9/2022. (Weisberg, Peggy) (Entered: 03/09/2022) |
| 03/10/2022 | 367 | TRANSCRIPT of Proceedings held on March 8, 2022, before Judge Bloom. Court Transcriber: Transcriptions Plus II, Inc.. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 3/31/2022. Redacted Transcript Deadline set for 4/10/2022. Release of Transcript Restriction set for 6/8/2022. (Rocco, Christine) (Entered: 03/10/2022) |
| 03/11/2022 | 368 | NOTICE of Appearance by Angela Li on behalf of Jennifer Powers (aty to be noticed) (Li, Angela) (Entered: 03/11/2022) |
| 03/12/2022 | 369 | Letter MOTION in Limine *Opposing Defendants' MIL Seeking to Preclude Testimony From Stephanie Caldwell at Trial* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Schmidt, Matthew) (Entered: 03/12/2022) |
| 03/14/2022 | 370 | Letter *re: Personal Electronic Devices* by Jennifer Powers (Lavigne–Albert, Jolene) (Entered: 03/14/2022) |
| 03/14/2022 | 371 | Letter *dated March 14, 2022 to Honorable Brian M. Cogan from Edward A. McDonald re: Electronic Device Request* by Howard Rubin (Mc Donald, Edward) (Entered: 03/14/2022) |
| 03/15/2022 | 372 | ORDER dated 3/14/22 re: device authorization; Granted. Court Security Officers are directed to allow entry of the devices below. Counsel is advised that should anyone's cellphone ring during trial, that's a mandatory $100 fine, no excuses. re 370 Letter filed by Jennifer Powers. ( Ordered by Judge Brian M. Cogan on 3/14/2022 ) (Guzzi, Roseann) (Entered: 03/15/2022) |
| 03/15/2022 | 373 | ORDER re 371 Letter filed by Howard Rubin regarding personal electronic devices PERMISSION GRANTED. ( Ordered by Judge Brian M. Cogan on 3/14/2022 ) (Guzzi, Roseann) (Entered: 03/15/2022) |
| 03/15/2022 | | ORDER: The parties shall promptly appear for jury selection tomorrow, March 16, 2022, at 8:30 a.m. in the Ceremonial Courtroom, Second Floor, 225 Cadman Plaza East, Brooklyn, NY 11201. Ordered by Magistrate Judge Lois Bloom on 3/15/2022. (Rein, Gilbert) (Entered: 03/15/2022) |

| 03/15/2022 | 374 | Letter *re: Personal Electronic Devices* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai (Balestriere, John) (Entered: 03/15/2022) |
|---|---|---|
| 03/16/2022 | 375 | ORDER dated 3/15/22 re 374 Letter dated 3/15/2022 re: Personal Electronic Devices by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai; GRANTED. ( Ordered by Judge Brian M. Cogan on 3/15/2022 ) (Guzzi, Roseann) (Entered: 03/16/2022) |
| 03/16/2022 | 376 | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Jury Selection held on 3/16/2022. Trial to begin on March 21, 2022. (Court Reporter Jennifer Thun, Michele Lucchese.) (Guzzi, Roseann) (Entered: 03/17/2022) |
| 03/17/2022 | | ORDER granting 366 and denying 369 . The purpose of this Court's 2/25/2022 Order was to allow the parties to narrow the witnesses they had listed in the pretrial order, if they so chose, and to provide disclosure of the order in which they intend to call witnesses. It was not to allow plaintiffs to ambush defendants on the eve of trial by adding a new witness about whom they have known since the beginning of the case and from whom defendants had already attempted to obtain discovery without success. The Court has considered whether allowing defendants to take this witness's deposition at plaintiffs' expense would alleviate the prejudice to defendants. However, at this late stage, that would not be sufficient because defendants need additional document and electronic device discovery from the witness that, based on the course this case has run, would at least delay and would likely require another adjournment of the trial. The motion to preclude plaintiffs from calling Stephanie Caldwell is therefore granted. Ordered by Judge Brian M. Cogan on 3/17/2022. (Weisberg, Peggy) (Entered: 03/17/2022) |
| 03/18/2022 | 377 | NOTICE of Appearance by Mandeep S Minhas on behalf of Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai (aty to be noticed) (Minhas, Mandeep) (Entered: 03/18/2022) |
| 03/21/2022 | 378 | Letter *enclosing Revised Proposed Joint Pre−Trial Order* by Howard Rubin (Attachments: # 1 Revised Proposed Joint Pre−Trial Order, # 2 Ex. 1 − Revised Payments Stipulation, # 3 Ex. 2 − Communications Stipulation, # 4 Ex. 3 − Authentication Stipulation) (Chiang, May) (Entered: 03/21/2022) |
| 03/21/2022 | | Minute Entry for proceedings held before Judge Brian M. Cogan: Jury Trial held on 3/21/2022. Counsel for both sides were present. Counsel gave their opening statements. Testimony taken. Jury Trial continued for 3/22/2022 at 9:30 AM in Courtroom 8D South. (Court Reporter Jennifer Thun.) (Jackson, Andrew) (Court Reporter Jennifer Thun.) (Jackson, Andrew) (Entered: 03/21/2022) |
| 03/22/2022 | | Minute Entry for proceedings held before Judge Brian M. Cogan: Jury Trial held on 3/22/2022. Counsel for both sides were present. Testimony taken. Trial continued for 3/23/2022 at 9:30 AM in Courtroom 8D South. (Court Reporter Jennifer Thun.) (Jackson, Andrew) (Entered: 03/22/2022) |
| 03/23/2022 | | Minute Entry for proceedings held before Judge Brian M. Cogan: Jury Trial held on 3/23/2022. Counsel for both sides were present. Testimony taken. Trial continued for 3/24/2022 at 9:30 a.m. in Courtroom 8D South. (Court Reporter Jennifer Thun.) (Jackson, Andrew) (Entered: 03/23/2022) |
| 03/24/2022 | | Minute Entry for proceedings held before Judge Brian M. Cogan: Jury Trial held on 3/24/2022. Counsel for both sides were present. Testimony taken. Trial continued for 3/28/2022 at 9:30 a.m. in Courtroom 8D South. (Court Reporter Jennifer Thun.) (Jackson, Andrew) (Entered: 03/24/2022) |
| 03/25/2022 | 379 | Letter *to Judge Cogan* by Jennifer Powers (Attachments: # 1 Supplement Proposed Jury Charge) (Dolan, Richard) (Entered: 03/25/2022) |
| 03/25/2022 | 380 | Proposed Jury Instructions/Verdict Form by Jennifer Powers, Howard Rubin (Mc Donald, Edward) (Entered: 03/25/2022) |
| 03/25/2022 | 381 | Proposed Jury Instructions/Verdict Form by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai (Attachments: # 1 Exhibit Proposed Verdict Sheet, # 2 Exhibit Proposed jury Instructions) (Schmidt, Matthew) (Entered: 03/25/2022) |

| | | |
|---|---|---|
| 03/26/2022 | 382 | Letter *on behalf of all parties regarding resolution of evidentiary issue obviating the need for briefing* by Jennifer Powers (Attachments: # 1 Exhibit Trial Transcript, # 2 Exhibit DXJP−225 as originally introduced, # 3 Exhibit Modified DXJP−225, # 4 Exhibit Trial Transcript) (Lavigne−Albert, Jolene) (Entered: 03/26/2022) |
| 03/28/2022 | | Minute Entry for proceedings held before Judge Brian M. Cogan: Jury Trial held on 3/28/2022. Counsel for both sides were present. Testimony taken. Trial continued for 3/29/2022 at 9:30 a.m. in Courtroom 8D South. (Court Reporter Linda Danelczyk.) (Jackson, Andrew) (Entered: 03/28/2022) |
| 03/28/2022 | 383 | Letter *to Honorable Brian M. Cogan from Edward A. McDonald dated March 28, 2022 regarding Deposition Designations* by Howard Rubin (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Mc Donald, Edward) (Entered: 03/28/2022) |
| 03/28/2022 | 384 | Letter MOTION for Judgment as a Matter of Law *for Defendant Powers* by Jennifer Powers. (Attachments: # 1 Exhibit Tagai Testimony Excerpt, # 2 Exhibit Reyes Testimony Excerpt, # 3 Exhibit Moore Testimony Excerpt, # 4 Exhibit Lytell Testimony Excerpt, # 5 Exhibit Hopper Testimony Excerpt, # 6 Exhibit DX−C2 Exhibit Excerpt, # 7 Exhibit Reyes Testimony Excerpt, # 8 Exhibit Moore Testimony Excerpt, # 9 Exhibit Lytell Testimony Excerpt, # 10 Exhibit DX−D, # 11 Exhibit DX−E2, # 12 Exhibit DX−M2−1) (Dolan, Richard) (Entered: 03/28/2022) |
| 03/29/2022 | | Minute Entry for proceedings held before Judge Brian M. Cogan: Jury Trial held on 3/29/2022. Counsel for both sides were present. Testimony taken. Plaintiffs rests. Trial continued for 3/30/2022 at 9:30 a.m. in Courtroom 8D South. (Court Reporter Linda Danelczyk.) (Jackson, Andrew) (Entered: 03/29/2022) |
| 03/29/2022 | 385 | Letter MOTION to Amend/Correct/Supplement *Operative Complaint* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Balestriere, John) (Entered: 03/29/2022) |
| 03/30/2022 | 386 | Letter MOTION for Judgment as a Matter of Law by Howard Rubin. (Gilbert, Michael) (Entered: 03/30/2022) |
| 03/30/2022 | | ORDER denying 384 Motion for Judgment as a Matter of Law for the reasons stated on the record on 3/29/22. Ordered by Judge Brian M. Cogan on 3/30/2022. (Jackson, Andrew) (Entered: 03/30/2022) |
| 03/30/2022 | | ORDER denying 386 Motion for Judgment as a Matter of Law for the reasons stated on the record on 3/29/22. Ordered by Judge Brian M. Cogan on 3/30/2022. (Jackson, Andrew) (Entered: 03/30/2022) |
| 03/30/2022 | 387 | ORDER resolving plaintiff's objections to defendants' proposed introduction of several excerpts from the depositions of Ms. Taren Cassidy and Ms. Stephanie Shone. So Ordered by Judge Brian M. Cogan on 3/30/2022. (c/m) (Lee, Tiffeny) (Entered: 03/30/2022) |
| 03/30/2022 | 388 | Letter *dated March 30, 2022 to Honorable Brian M. Cogan from Edward A. McDonald re: Trial Management Order dated March 8, 2022 [Dkt. No. 364]* by Howard Rubin (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Mc Donald, Edward) (Entered: 03/30/2022) |
| 03/30/2022 | 389 | Letter *dated March 30, 2022 to Honorable Brian M. Cogan from May Chiang re: Hassen Designations* by Howard Rubin (Attachments: # 1 Exhibit A) (Chiang, May) (Entered: 03/30/2022) |
| 03/30/2022 | 390 | Letter *re: Defendants deposition designations* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai (Schmidt, Matthew) (Entered: 03/30/2022) |
| 03/30/2022 | | Minute Entry for proceedings held before Judge Brian M. Cogan: Jury Trial held on 3/30/2022. Counsel for both sides were present. Testimony taken. Trial continued for 3/31/2022 at 9:30 a.m. in Courtroom 8D South. (Court Reporter Linda Danelczyk.) (Jackson, Andrew) (Entered: 03/31/2022) |
| 03/31/2022 | 391 | ORDER re: resolves plaintiff's objections to defendants' proposed introduction of excerpts from the depositions of plaintiffs Lytell, Hassen, Moore, Reyes, and Tagai. ( Ordered by Judge Brian M. Cogan on 3/31/2022 ) (Guzzi, Roseann) (Entered: 03/31/2022) |

| | | |
|---|---|---|
| 03/31/2022 | | Minute Entry for proceedings held before Judge Brian M. Cogan: Jury Trial held on 3/31/2022. Counsel for both sides were present. Testimony taken. Defendants rests. Trial continued for 4/4/2022 at 9:30 a.m. in Courtroom 8D South. (Court Reporter Linda Danelczyk.) (Jackson, Andrew) (Entered: 03/31/2022) |
| 03/31/2022 | 392 | Proposed Jury Instructions/Verdict Form by Jennifer Powers (Attachments: # 1 Exhibit Proposed Charges) (Dolan, Richard) (Entered: 03/31/2022) |
| 03/31/2022 | 393 | Letter *re: Court's Proposed Jury Instructions* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Balestriere, John) (Entered: 03/31/2022) |
| 03/31/2022 | 394 | Proposed Jury Instructions/Verdict Form by Howard Rubin (Attachments: # 1 Exhibit A. Defendant Rubin's Comments on Court's Proposed Jury Charge., # 2 Exhibit B. Defendant Rubin's Comments on Court's Proposed Verdict Sheet.) (Rosenberg, Benjamin) (Entered: 03/31/2022) |
| 04/02/2022 | 395 | Letter *dated April 2, 2022 to the Honorable Brian M. Cogan from Benjamin Rosenberg re: Objections and Comments to the Court's Amended Proposed Jury Charge* by Howard Rubin (Attachments: # 1 Court's Amended Proposed Jury Charge) (Rosenberg, Benjamin) (Entered: 04/02/2022) |
| 04/02/2022 | 396 | Letter *in Response to Defendant Rubin's April 2, 2022 Letter (Dkt. No. 395)* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai (Attachments: # 1 Exhibit Redlined Amended Proposed Jury Charge) (Balestriere, John) (Entered: 04/02/2022) |
| 04/03/2022 | 397 | Letter *regarding jury instructions* by Howard Rubin (Chiang, May) (Entered: 04/03/2022) |
| 04/03/2022 | 398 | Second MOTION to Amend/Correct/Supplement *Operative Complaint* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Balestriere, John) (Entered: 04/03/2022) |
| 04/03/2022 | 399 | Letter *re: Defense Exhibit G8* by Howard Rubin (Attachments: # 1 PX–212, # 2 DX–G8, # 3 DXJP–235) (Rosenberg, Benjamin) (Entered: 04/03/2022) |
| 04/04/2022 | | Minute Entry for Jury Trial held on 4/4/2022 before Judge Brian M. Cogan. Counsel for both sides present. Closing arguments held. Jury Trial continued to 4/5/2022 at 9:30 AM in Courtroom 8D South. See transcript for details. (Court Reporter: Stacy Mace). (Weisberg, Peggy) (Entered: 04/04/2022) |
| 04/04/2022 | 400 | Letter *dated April 4, 2022 from Benjamin Rosenberg to the Honorable Brian M. Cogan* by Jennifer Powers, Howard Rubin (Attachments: # 1 Slide 85, # 2 Slide 146, # 3 Slide 150, # 4 Slide 266, # 5 Slide 271, # 6 Slide 272, # 7 Slide 321) (Rosenberg, Benjamin) (Entered: 04/04/2022) |
| 04/04/2022 | 401 | Letter *Seeking Curative Instruction and Other Relief re PX–102–B* by Jennifer Powers (Attachments: # 1 Exhibit PX–102–B, # 2 Exhibit March 31 Transcript Excerpt, # 3 Exhibit Excerpt of Plaintiffs' Closing Presentation) (Lavigne–Albert, Jolene) (Entered: 04/04/2022) |
| 04/04/2022 | 402 | Letter *in Response to Defendants' Letters (Dkt. Nos. 400, 401)* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Balestriere, John) (Entered: 04/04/2022) |
| 04/05/2022 | 403 | Letter *dated April 5, 2022 from May Chiang to Honorable Brian M. Cogan re: Correction to Trial Transcript* by Howard Rubin (Attachments: # 1 Exhibit A) (Chiang, May) (Entered: 04/05/2022) |
| 04/05/2022 | 404 | Letter *dated April 5, 2022 from May Chiang to Honorable Brian M. Cogan re: Court Exhibit 3* by Howard Rubin (Chiang, May) (Entered: 04/05/2022) |
| 04/05/2022 | | ORDER re 404 Letter filed by Howard Rubin. The Reyes testimony to be provided to the jury shall include the excerpts from her deposition that were designated and played in Defendant Rubin's case. Ordered by Judge Brian M. Cogan on 4/5/2022. (Cogan, Brian) (Entered: 04/05/2022) |

| 04/05/2022 | 405 | Letter *re: response to Jury questions* by Jennifer Powers, Howard Rubin (Dolan, Richard) (Entered: 04/05/2022) |
|---|---|---|
| 04/05/2022 | | Minute Entry for proceedings held before Judge Brian M. Cogan: Jury Trial held on 4/5/2022. Counsel for both sides were present. The jury was charged. The jurors began deliberating, and they will continue to deliberate on 4/6/2022 at 9:30 A.M. in Courtroom 8D South. (Court Reporter Stacy Mace.) (Jackson, Andrew) (Entered: 04/07/2022) |
| 04/06/2022 | | Minute Entry for proceedings held before Judge Brian M. Cogan: Jury Trial held on 4/6/2022. Counsel for both sides were present. After deliberations, the jury rendered a partial verdict of $500,000 per plaintiff against defendant Rubin in compensatory damages, and found in favor of defendant Powers. The jury was instructed on punitive damages and retired to deliberate. The jury will continue their deliberations on 4/7/2022 at 9:30 A.M. in Courtroom 8D South. (Court Reporter Stacy Mace.) (Jackson, Andrew) (Entered: 04/12/2022) |
| 04/07/2022 | | Minute Entry for proceedings held before Judge Brian M. Cogan: Jury Trial completed on 4/7/2022. Counsel for both sides were present. After deliberations, the jury rendered a verdict of $120,000 in punitive damages for five plaintiffs and $250,000 as to one plaintiff. The jury was polled and excused. The verdict sheets will be filed separately. (Court Reporter Stacy Mace.) (Jackson, Andrew) (Entered: 04/12/2022) |
| 04/07/2022 | 406 | JURY VERDICT. (Attachments: # 1 Verdict Sheet Punitive Damages) (Guzzi, Roseann) (Entered: 04/12/2022) |
| 04/13/2022 | 407 | JUDGMENT 4/12/2022 ORDERED AND ADJUDGED, that plaintiffs shall take nothing of defendant Jennifer Powers, and the claims against Jennifer Powers are dismissed; and it is further ORDERED AND ADJUDGED, that plaintiff Amy Moore shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory and $250,000 in punitive damages, for a total of $750,000; and it is further ORDERED AND ADJUDGED, that plaintiff Mia Lytell shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory and $120,000 in punitive damages, for a total of $620,000; and it is further ORDERED AND ADJUDGED, that plaintiff Natasha Tagai shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory and $120,000 in punitive damages, for a total of $620,000; and it is further ORDERED AND ADJUDGED, that plaintiff Emma Hopper shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory and $120,000 in punitive damages, for a total of $620,000; and it is further ORDERED AND ADJUDGED, that plaintiff Brittany Hassen shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory and $120,000 in punitive damages, for a total of $620,000; and it is further ORDERED AND ADJUDGED, that plaintiff Brittany Reyes shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory and $120,000 in punitive damages, for a total of $620,000. ( Ordered by Judge Brian M. Cogan on 4/12/2022 ) (Guzzi, Roseann) (Entered: 04/13/2022) |
| 04/20/2022 | 408 | Mail Returned as Undeliverable. Mail sent to Robert Aloi 15480 Annapolis Road, #202, Bowie, MD 20715 (Brown, Marc) (Entered: 04/21/2022) |
| 04/21/2022 | 409 | Notice of MOTION for Attorney Fees *and Costs* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Balestriere, John) (Entered: 04/21/2022) |
| 05/02/2022 | 410 | Letter MOTION for Extension of Time to File *Documents re: Post Trial Proceedings from Edward McDonald dated May 2, 2022 to the Hon. Brian M. Cogan* by Howard Rubin. (Mc Donald, Edward) (Entered: 05/02/2022) |
| 05/02/2022 | 411 | RESPONSE in Opposition re 410 Letter MOTION for Extension of Time to File *Documents re: Post Trial Proceedings from Edward McDonald dated May 2, 2022 to the Hon. Brian M. Cogan* filed by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Balestriere, John) (Entered: 05/02/2022) |
| 05/03/2022 | 412 | ORDER re: 410 Motion for Extension of Time to File; Granted in part and denied in parts as indicated below. *The reason offered to avoid the requirement of a bond is insufficient. If defendant has sufficient assets to pay the judgment, as he asserts, then |

| | | |
|---|---|---|
| | | he also has sufficient assets to post a bond. Plaintiffs are entitled to protection for their judgment beyond a judgment debtor's representations. ( Ordered by Judge Brian M. Cogan on 5/3/2022 ) (Guzzi, Roseann) (Entered: 05/03/2022) |
| 05/11/2022 | <u>413</u> | Notice of MOTION for Judgment as a Matter of Law *or in The Alternative, For a New Trial* by Howard Rubin. (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Exhibit A.) (Mc Donald, Edward) (Entered: 05/11/2022) |
| 05/18/2022 | <u>414</u> | SUPERSEDEAS BOND in the amount of $ $4,273,500.00 posted by Howard Rubin (Mc Donald, Edward) (Entered: 05/18/2022) |
| 06/02/2022 | <u>415</u> | MEMORANDUM in Opposition re <u>413</u> Notice of MOTION for Judgment as a Matter of Law *or in The Alternative, For a New Trial* filed by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Attachments: # <u>1</u> Declaration of John G. Balestriere, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Exhibit 5, # <u>7</u> Exhibit 6, # <u>8</u> Exhibit 7, # <u>9</u> Exhibit 8, # <u>10</u> Exhibit 9, # <u>11</u> Exhibit 10, # <u>12</u> Exhibit 11, # <u>13</u> Exhibit 12, # <u>14</u> Exhibit 13, # <u>15</u> Exhibit 14) (Balestriere, John) (Entered: 06/02/2022) |
| 06/16/2022 | <u>416</u> | REPLY to Response to Motion re <u>413</u> Notice of MOTION for Judgment as a Matter of Law *or in The Alternative, For a New Trial* filed by Howard Rubin. (Mc Donald, Edward) (Entered: 06/16/2022) |
| 06/21/2022 | <u>417</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on March 28, 2022, before Judge Brian M. Cogan. Court Reporter/Transcriber Linda D. Danelczyk, Telephone number 718–613–2330. Email address: LindaDan226@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 7/12/2022. Redacted Transcript Deadline set for 7/22/2022. Release of Transcript Restriction set for 9/19/2022. (Danelczyk, Linda) (Entered: 06/21/2022) |
| 06/21/2022 | <u>418</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on March 29, 2022, before Judge Brian M. Cogan. Court Reporter/Transcriber Linda D. Danelczyk, Telephone number 718–613–2330. Email address: LindaDan226@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 7/12/2022. Redacted Transcript Deadline set for 7/22/2022. Release of Transcript Restriction set for 9/19/2022. (Danelczyk, Linda) (Entered: 06/21/2022) |
| 06/21/2022 | <u>419</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on March 30, 2022, before Judge Brian M. Cogan. Court Reporter/Transcriber Linda D. Danelczyk, Telephone number 718–613–2330. Email address: LindaDan226@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 7/12/2022. Redacted Transcript Deadline set for 7/22/2022. Release of Transcript Restriction set for 9/19/2022. (Danelczyk, Linda) (Entered: 06/21/2022) |
| 06/21/2022 | <u>420</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on March 31, 2022, before Judge Brian M. Cogan. Court Reporter/Transcriber Linda D. Danelczyk, Telephone number 718–613–2330. Email address: LindaDan226@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 7/12/2022. Redacted Transcript Deadline set for 7/22/2022. Release of Transcript Restriction set for 9/19/2022. (Danelczyk, Linda) (Entered: 06/21/2022) |

| | | |
|---|---|---|
| 06/21/2022 | 421 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on April 2, 2022, before Judge Brian M. Cogan. Court Reporter/Transcriber Linda D. Danelczyk, Telephone number 718–613–2330. Email address: LindaDan226@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 7/12/2022. Redacted Transcript Deadline set for 7/22/2022. Release of Transcript Restriction set for 9/19/2022. (Danelczyk, Linda) (Entered: 06/21/2022) |
| 01/17/2023 | 422 | Proposed MOTION to Withdraw as Attorney by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Balestriere, John) (Entered: 01/17/2023) |
| 10/26/2023 | 423 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Jury Trial held on 3/21/2022, before Judge Brian M. Cogan. Court Reporter Jennifer Thun. Email address: JenniferThun.CSR@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 11/16/2023. Redacted Transcript Deadline set for 11/27/2023. Release of Transcript Restriction set for 1/24/2024. (TLH) (Entered: 10/26/2023) |
| 01/05/2024 | | ORDER granting 422 Motion to Withdraw as Attorney. Attorney Mandeep S Minhas terminated. Ordered by Judge Brian M. Cogan on 1/5/2024. (PW) (Entered: 01/05/2024) |
| 02/22/2024 | 424 | MOTION to Withdraw as Attorney by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Balestriere, John) (Entered: 02/22/2024) |
| 03/04/2024 | | ORDER granting 424 Motion to Withdraw as Attorney. Attorney Matthew William Schmidt terminated. Ordered by Judge Brian M. Cogan on 3/4/2024. (PW) (Entered: 03/04/2024) |
| 03/20/2024 | 425 | MEMORANDUM DECISION AND ORDER dated 3/19/24 denying defendant Howard Rubin's 413 Motion for Judgment as a Matter of Law or a new trial. ( Ordered by Judge Brian M. Cogan on 3/19/2024 ) (RG) (Entered: 03/20/2024) |
| 03/26/2024 | 426 | Letter by Amy Moore (Attachments: # 1 Exhibit) (Balestriere, John) (Entered: 03/26/2024) |
| 03/27/2024 | 427 | Letter *to Honorable Brian M. Cogan dated March 27, 2024 from May Chiang, Esq. re Plaintiffs' Motion for Attorney's Fees* by Howard Rubin (Chiang, May) (Entered: 03/27/2024) |
| 03/27/2024 | | ORDER re: 426 427 . The Court adopts the proposed briefing schedule: plaintiffs' motion for attorneys' fees due by 5/2/2024; defendant's opposition due 5/23/2024; reply brief due by 6/23/2024. Defendant's time to appeal shall begin to run upon entry of a decision on plaintiffs' motion for attorneys' fees. Ordered by Judge Brian M. Cogan on 3/27/2024. (PW) (Entered: 03/27/2024) |
| 05/02/2024 | 428 | MOTION for Attorney Fees *and Reimbursement of Costs* by Stephanie Caldwell, Lauren Fuller, Kristina Hallman, Brittany Hassen, Moira Hathaway, Emma Hopper, Hillary Lawson, Mia Lytell, Amy Moore, Rosemarie Peterson, Brittany Reyes, Macey Speight, Natasha Tagai. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Notice of Motion) (Balestriere, John) (Entered: 05/02/2024) |
| 05/03/2024 | 429 | Letter MOTION to Amend/Correct/Supplement *Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Attorney's Fees and Reimbursement of Costs* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Attachments: # 1 Memorandum in Support) (Balestriere, John) (Entered: 05/03/2024) |
| 05/03/2024 | | ORDER granting 429 . The brief is deemed corrected as per [429–1]. Ordered by Judge Brian M. Cogan on 5/3/2024. (PW) (Entered: 05/03/2024) |

| | | |
|---|---|---|
| 05/14/2024 | 430 | Letter *[JOINT] to Honorable Brian M. Cogan from May Chiang dated May 14, 2024, Requesting Extension on Briefing* by Howard Rubin (Chiang, May) (Entered: 05/14/2024) |
| 05/15/2024 | | ORDER granting 430 . Defendant's opposition due June 7, 2024; plaintiffs' reply due July 10, 2024. Ordered by Judge Brian M. Cogan on 5/15/2024. (PW) (Entered: 05/15/2024) |
| 05/31/2024 | 431 | Letter MOTION for Discovery *regarding Alternative Service* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Attachments: # 1 Exhibit Rule 45 Subpoena, # 2 Exhibit Affidavit of Darren Mays) (Balestriere, John) (Entered: 05/31/2024) |
| 06/04/2024 | 432 | Letter *[Joint] to Honorable Brian M. Cogan from May Chiang dated June 4, 2024, Requesting Extension on Briefing* by Howard Rubin (Chiang, May) (Entered: 06/04/2024) |
| 06/04/2024 | 433 | ORDER granting extension re 432 Letter filed by Howard Rubin Requesting Extension on Briefing deadlines. ( Ordered by Judge Brian M. Cogan on 6/4/2024 ) (RG) (Entered: 06/04/2024) |
| 06/05/2024 | | ORDER granting 431 . Because plaintiffs have attempted multiple times and through various methods to effect service on Pravati Capital, LLC, the Court permits plaintiffs to serve Pravati through substitute service by (1) emailing the copy of the subpoena to its CEO, Alexander Chucri, (2) emailing a copy of the subpoena to Pravatis counsel, Ben Pierce, and (3) mailing a copy of the subpoena to Pravatis corporate address by certified mail. See GEICO v. Kalitenko, No. 22−cv−3804, 2022 WL 16798219, at *1 (E.D.N.Y. Nov. 8, 2022) (authorizing alternate service on nonparty when attempted service was ineffective). Ordered by Judge Brian M. Cogan on 6/5/2024. (PW) (Entered: 06/05/2024) |
| 06/20/2024 | 434 | Third Party MOTION to Quash *Subpoena* by Pravati Investment Fund IV, LP. (Attachments: # 1 Exhibit Reply All Decision, # 2 Exhibit Reply All Decision confirming award, # 3 Exhibit Bernstein Confirmation, # 4 Exhibit Subpoena to Pravati, # 5 Exhibit Chucri Declaration, # 6 Proposed Order) (Foster, Peter) (Entered: 06/20/2024) |
| 06/21/2024 | 435 | Letter *regarding non−party's Motion to Quash* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai (Balestriere, John) (Entered: 06/21/2024) |
| 06/21/2024 | | ORDER re: 435 . Plaintiffs may file a cross−motion to compel. Ordered by Judge Brian M. Cogan on 6/21/2024. (PW) (Entered: 06/21/2024) |
| 06/24/2024 | 436 | REPLY in Opposition *to Pravati's Motion to Quash and In Support of Plaintiffs' Motion to Compel* filed by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Attachments: # 1 Memorandum in Opposition, # 2 Declaration of John G. Balestriere, # 3 Exhibit Exhibit 1, # 4 Exhibit Exhibit 2, # 5 Exhibit Exhibit 3, # 6 Exhibit Exhibit 4, # 7 Exhibit Exhibit 5, # 8 Exhibit Exhibit 6, # 9 Exhibit Exhibit 7, # 10 Exhibit Exhibit 8, # 11 Exhibit Exhibit 9, # 12 Exhibit Exhibit 10, # 13 Exhibit Exhibit 11) (Balestriere, John) (Entered: 06/24/2024) |
| 06/28/2024 | 437 | Letter *to Honorable Brian M. Cogan, Dated June 28, 2024 re: Briefing Schedule* by Howard Rubin (Chiang, May) (Entered: 06/28/2024) |
| 07/01/2024 | 438 | REPLY to Response to Motion re 434 Third Party MOTION to Quash *Subpoena* , RESPONSE in Opposition re 434 Third Party MOTION to Quash *Subpoena* , RESPONSE to Motion re 434 Third Party MOTION to Quash *Subpoena* , REPLY in Opposition re 436 Reply in Opposition,, , REPLY in Support filed by Pravati Investment Fund IV, LP. (Attachments: # 1 Exhibit EXH 1− Email Sending Balestriere Award Calculation to Balestriere on February 26, 2024, # 2 Exhibit EXH 2− Re_ March 2018 Rubin Agreement − Loan and Interest Amount Rubin Funding Damages Calculation, # 3 Exhibit EXH 3− Subpoena to Pravati, # 4 Exhibit EXH 4− RE_ Pravati Investment Fund IV, LP, a Delaware limited v. Balestriere PLLC, a New York professional service −−Witness Subpoenas−1, # 5 Exhibit EXH 05− Bales' Order Declining to Issue a Subpoena to Natale) (Foster, Peter) (Entered: 07/01/2024) |

| | | |
|---|---|---|
| 07/01/2024 | | ORDER denying 434 non–party Pravati Investment Fund IV, LP's ("Pravati") motion to quash; ORDER denying 436 plaintiffs' motion to compel Pravati.<br><br>First, the Court cannot order compliance with an invalid subpoena. Plaintiffs' subpoena to Pravati does not contain a "place of compliance," so it is impossible to tell whether the subpoena complies with Rule 45(c)'s requirement that the place of compliance be within 100 miles of where Pravati transacts business. Even if the place of compliance were in New York, however, the Court is not convinced that Pravati "regularly transacts business in person" in New York, so that would not be a valid place of compliance either. The only valid place of compliance would be in Arizona, i.e., within 100 miles of where Pravati transacts business in person regularly.<br><br>Second, even if the subpoena's place of compliance was within 100 miles of where Pravati transacts business, this would still not be the proper court in which to move to quash or enforce the subpoena. Indeed, motions seeking to enforce subpoenas against an out–of–state non–party are properly made in the court within the district where compliance is sought, not the issuing court. See, e.g., Avila v. Target Corp., 21–cv–907, 2022 WL 17540322, at *2 (E.D.N.Y. Nov. 18, 2022); Arrowhead Cap. Fin., Ltd. v. Seven Arts Ent., Inc., No. 14–cv–6512, 2021 WL 411379, at *2 (S.D.N.Y. Feb. 5, 2021); see also Fed. R. Civ. P. 45(d)(3)(A)(ii) ("**the court for the district where compliance is required**... must quash or modify a subpoena that... requires a person to comply beyond the geographical limits specified in Rule 45(c)") (emphasis added).<br><br>If plaintiffs still would like to obtain a deposition and documents from Pravati, they are advised to re–serve a valid subpoena (i.e., with a proper place of compliance 100 miles or less from Pravati's places of business in Arizona. At that point, Pravati may re–file its motion to quash in the District of Arizona (or plaintiffs may file a motion to enforce their subpoena). For these reasons, both Pravati and plaintiffs' motions are denied without prejudice to re–file in the District of Arizona. Ordered by Judge Brian M. Cogan on 7/1/2024. (PW) (Entered: 07/01/2024) |
| 07/11/2024 | 439 | MOTION to Appear Pro Hac Vice *for Benjamin Pierce* Filing fee $ 200, receipt number ANYEDC–18060060 by Pravati Investment Fund IV, LP. (Attachments: # 1 Affidavit affidavit in support of motion, # 2 Exhibit certificate of good standing TX, # 3 Exhibit certificate of good standing AZ) (Foster, Peter) (Entered: 07/11/2024) |
| 07/12/2024 | | ORDER granting 439 Benjamin Pierce's Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance to ensure electronic notification of activity in this case. Also, the attorney shall ensure the $200 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Judge Brian M. Cogan on 7/12/2024. (PW) (Entered: 07/12/2024) |
| 07/15/2024 | 440 | Letter MOTION for Discovery *regarding Alternative Service* by Brittany Hassen, Emma Hopper, Mia Lytell, Amy Moore, Brittany Reyes, Natasha Tagai. (Attachments: # 1 Exhibit Rule 45 Subpoena, # 2 Affidavit Affidavit of Darren Mays) (Balestriere, John) (Entered: 07/15/2024) |
| 07/17/2024 | | ORDER granting 440 . Plaintiffs may serve Pravati with the subpoena attached to its motion through substitute service via (1) emailing a copy of the subpoena to Pravati's counsel, Ben Pierce, and (2) mailing a copy of the subpoena to Pravati's corporate address by certified mail. Ordered by Judge Brian M. Cogan on 7/17/2024. (PW) (Entered: 07/17/2024) |
| 07/18/2024 | 441 | Letter *to Honorable Brian M. Cogan, Dated July 18, 2024 re: Revised Briefing Schedule* by Howard Rubin (Chiang, May) (Entered: 07/18/2024) |
| 07/19/2024 | | ORDER re: 441 Letter. This letter should have been designated as an ECF event Letter "Motion" since it seeks relief from the Court. Do not refile. The request to extend the briefing schedule is granted: defendant Rubins opposition due 7/22/2024; plaintiffs' reply due 8/20/2024. Ordered by Judge Brian M. Cogan on 7/19/2024. (PW) (Entered: 07/19/2024) |
| 07/22/2024 | 442 | MEMORANDUM in Opposition re 428 MOTION for Attorney Fees *and Reimbursement of Costs* filed by Howard Rubin. (Attachments: # 1 Declaration of May Chiang In Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 |

| | | |
|---|---|---|
| | | Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M) (Mc Donald, Edward) (Entered: 07/22/2024) |
| 07/26/2024 | 443 | NOTICE OF APPEAL as to 407 Judgment,,,,,, 425 Order on Motion for Judgment as a Matter of Law by Howard Rubin. (Mc Donald, Edward) (Entered: 07/26/2024) |
| 07/26/2024 | | APPEAL FILING FEE DUE re 443 Notice of Appeal Payment in the amount of $605.00, can be made in person to the clerks office, or mailed in or paid online with the event *Civil Case Appeal Filing Fee*. (VJ) (Entered: 07/26/2024) |
| 07/26/2024 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 443 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 07/26/2024) |