UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of August, two thousand twenty-four,

_____

| | |
|---|---|
| Amy Moore, Mia Lytell, Natasha Tagai, Emma Hopper, Brittany Hassen, Brittany Reyes, | **ORDER**<br>Docket No. 24-2018 |

      Plaintiffs-Appellees,

Stephanie Caldwell,

      Plaintiff-Counter-Defendant-Third-Party-Defendant,

  v.

Howard Rubin,

      Defendant-Counter-Claimant-Appellant,

Jennifer Powers,

      Defendant-Third-Party-Plaintiff-Counter-Claimant,

Yifat Schnur, Stephanie Shon, Blue Icarus, LLC, Doe Company, John Doe,

      Defendants.

_____

      Counsel for Appellant Howard Rubin has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 4, 2024, as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before November 4, 2024. The appeal is dismissed effective November 4, 2024, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court