# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| **CASE TITLE:**<br>Lawson v. Rubin | **USCA DOCKET NUMBER:**<br>24-2018 | **COUNSEL'S NAME:**<br>Brian J. Isaac, Esq. |
| | **DISTRICT/AGENCY:**<br>EDNY | **COUNSEL'S ADDRESS:**<br>250 Broadway, Suite 600,<br>New York, New York 10007 |
| | **DISTRICT/AGENCY NUMBER:**<br>17-CV-6404 | **DATE:**<br>December 5, 2025 |

Counsel for

Plaintiffs-Appellees Amy Moore and Emma Hopper

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the

Defendant-Appellant Howard Rubin

and in favor of

Plaintiffs-Appellees

for insertion in the mandate.

Docketing Fee  _____

Costs of printing appendix (necessary copies 9 _____ )  3996.27

Costs of printing brief (necessary copies 9 _____ )  246.08

Costs of printing reply brief (necessary copies _____ )  _____

**(VERIFICATION HERE)**

_____
Signature

Rev. April, 2011



**PrintingHousePress**

**10 East 39th Street, 7th Floor**
**New York, NY 10016**
**Phone: (212) 719-0990   Fax: (212) 398-9253**

# Invoice #87985

*Please refer to invoice number with Payment*

To:   Conrad Pollack, Esq.
      Pollack, Pollack, Isaac & DeCicco, LLP
      250 Broadway, Suite 600
      New York, NY 10007

**Please remit payment to: PHP LTD**
**P.O. Box 22910 New York, NY 10087-2910**
**We also accept all major credit cards. If you**
**wish to pay by credit card, please contact our**
**Accounts Receivable Department on our main**
**line or please email ar@phpny.com**

| Invoice Date | Net Terms | Appellate Consultant | Court |
|---|---|---|---|
| 2/3/2025 | Net 30 Days | Soroya Brantley HOUSE | Court of Appeals for the 2nd Circuit |

### Lawson v. Rubin
### Supplemental Appendix & Brief

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 2337 | Appendix Pages (9 Volumes) @ - 9 Copies @ $0.19 per copy | 1.71 | 3,996.27 |
| 1 | 2-Sided Typeset Cover @ | 110.00 | 110.00 |
| 8 | Additional 2-Sided Volume Cover(s) @ | 70.00 | 560.00 |
| 2 | Typeset Table(s) of Contents @ | 55.00 | 110.00 |
| 2 | Paralegal Hour(s) @ No Charge | 0.00 | 0.00 |
| | **Appellee's Brief** | | |
| 1 | 70 Page Brief @ 9 Copies - @ $0.39 per copy | 246.08 | 246.08 |
| 3 | Typeset Table(s) of Contents @ No Charge | 0.00 | 0.00 |
| 6 | Typeset Table(s) of Authorities @ No Charge | 0.00 | 0.00 |
| 1 | Typeset Form(s) @ No Charge | 0.00 | 0.00 |
| 1 | Electronic File Production & Review @ | 343.21 | 343.21 |

*Law Office of Joshua Irwin*

| | |
|---|---|
| Subtotal: | **5,365.56** |
| Sales Tax: | **476.19** |
| Total Invoice Amount: | **5,841.75** |
| Payment Received: | **5,841.75** |

**Please remit payment by:  3/5/2025**

**Total Amount Due:   Paid In Full**

**Tax ID: 13-3771850**

6015 HOUSE SB  108969     (212) 233-8100                    Page 1 of 1