# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of February, two thousand twenty-six.

Before:     John M. Walker, Jr.,
              Denny Chin,
              Michael H. Park,
                  *Circuit Judges.*

---

Amy Moore, Mia Lytell, Natasha Tagai, Emma Hopper, Brittany Hassen, Brittany Reyes,

    Plaintiffs - Appellees,

v.

Howard Rubin,

    Defendant - Appellant.

---

**ORDER**

Docket No. 24-2018

Appellant moves for a stay of the Court's mandate pending the filing of a petition for a writ of certiorari to the United States Supreme Court. Appellees oppose the motion.

IT IS HEREBY ORDERED that the motion to stay the mandate is DENIED.

                                                        For the Court**:**
                                                        Catherine O'Hagan Wolfe,
                                                       Clerk of Court